# Exhibit 1

## RESUME OF JACK J. GRYNBERG

### (June, 2007)

### EDUCATION
Colorado School of Mines
Professional Degrees:

1/1950-5/1952  Master of Engineering* (Petroleum Refining
(Chemical) Engineer)

8/1952-5/1953  Completed Graduate Studies for a Doctor of
Science in Geophysical Engineering except thesis

1/1959-5/1959  Master of Engineering* (Professional Degree
as Petroleum (Production) Engineer)

5/1976  Honorary Degree and Distinguished Achievement
Medal in the Field of Mineral Engineering

3/1976-3/1981  Member Board of Trustees, Colorado School of
Mines, Golden, Colorado

*Formerly Professional Engineer's Degree

### REGISTERED PROFESSIONAL ENGINEER
Active and in Good Standing
Colorado          - Registration No. 29586
Oklahoma          - Registration No.  3663
South Dakota      - Registration No.  5581
Texas             - Registration No. 14578

### PROFESSIONAL EXPERIENCE
2006-Present   Chairman of Superior Energy Company

2005-Present   President /CEO of GADECO, LLC

1996 (Jan) -   Chairman, President & CEO
Present        RSM Production Corporation

1990-Present   Founder and Partner in a number of oil &
gas and gold ventures in the former
Soviet Union

1988-Present   Active in international oil and natural gas and gold
exploration and development in the former
Soviet Union, Middle East, Africa, Far East
and Latin America.

| | |
|---|---|
| 1985-Present | President/CEO, Grynberg Production Corporation |
| 1980-Present | Chairman/CEO, Transworld Resources Corporation |
| 1962-Present | Independent Oil, Gas, and Mineral Operator, U.S.A. Domestic operations within the continental United States with oil and gas production and exploration in California, Colorado, Louisiana, Michigan, Mississippi, South Dakota, Montana, New Mexico, North Dakota, Oklahoma, Texas, Utah and Wyoming. |
| 1954-Present | President/CEO, Grynberg Petroleum Company and its predecessor, Jack Grynberg and Associates |
| 1976-1982 | President/CEO, Olympic Uranium Company. Uranium exploration and development, U.S.A. |
| 1974-1981 | Founder, Chairman, and CEO, Universal Drilling Company and Universal Drilling Services, Inc., a six-rig drilling contractor with 10,000 to 22,000-foot rigs. Companies sold in 1981. |
| 1974-1981 | President/CEO, Universal Drilling S.A., Panama |
| 1973-1974 | President of Hess Exploration Company (affiliate of Amerada Hess) and beneficiary of 20% credited interest |
| 1969-1976 | Founder and Principal Stockholder (76%), Chairman, President and Chief Executive Officer of Oceanic Exploration Company, a public company whose stock is traded over-the-counter. The company is engaged in off-shore and onshore oil, gas and mineral exploration and production in the following areas outside the continental United States: British North Sea, Dutch North Sea, Cameroon, Greece, Madagascar, Malaysia, Nicaragua, Peru, Timor and Taiwan. Company sold in 1981. |
| 1954-1962 | Partner (60%-owner) in Pirson-Grynberg Associates. Through this partnership with Dr. Sylvain J. Pirson, jointly conducted two-week intensive well log interpretation and four-week advanced reservoir engineering courses in the U.S.A. (Austin, Texas and Denver, Colorado), Canada, Venezuela, England, France, Italy and the Middle East. |
| 1954-1962 | Owner, Jack Grynberg and Associates, consulting petroleum, petrophysical, geological and geophysical engineers. |

1953-1954      Research Engineer, Research and Development
Department, Continental Oil Company, Ponca
City, Oklahoma.


## PROFESSIONAL ATTAINMENTS, APPOINTMENTS & MEMBERSHIPS

**Patent Holder:**      United States Patent #4,492,862 - January 8, 1985
"Method and Apparatus for Analyzing Components of Hydrocarbon Gases
Recovered from Oil, Natural Gas and Coal Drilling Operations"
Invented by: Jack J. Grynberg, Leonard Y. Nelson and Stephen E. Moody

**Appointments:**      Appointed by Colorado Governor Richard Lamm to the Board of
Trustees, Colorado School of Mines, March 1975 to March 1981
Appointed to the International Board of Advisors,
Gubkin State Oil and Gas University, Moscow, Russia-1992
Appointed to the Presidential Council, Colorado School of
Mines, 1989-Present
Committee on Nuclear and Alternative Energy Systems of
the National Academy of Sciences and National Academy of
Engineering -- Presidential Appointments by President
Gerald Ford (1974-1976) and President Jimmy Carter
(1976-1980)
Appointed by President Bill Clinton to panel consisting
of chief executives of American oil and gas companies
to represent the American oil and gas industry in the
Russian Republic in order to enhance American-Russian
oil and gas joint ventures - 1994

**Speaking Invitations:**      Speaker at the 6th African United Nations Oil & Gas, Trade & Finance
Conference in Douala, Cameroon in October of 2002.
Represented the U.S. Department of Energy and U.S. Department
of Commerce at the 7th African United Nations Oil & Gas, Trade &
Finance Conference in Luanda, Angola and made a presentation on
behalf of the U.S. Government in May of 2003.
Speaker at the African Petroleum Forum in March of 2004 in London,
England.
Speaker at 8th African United Nations Oil & Gas, Trade & Finance
Conference in Marrakech, Morocco in April of 2004.
Speaker at the 10th Annual Latin Oil & Gas 2004 Conference in June
of 2004 in Rio de Janeiro, Brazil.
Speaker at the African Petroleum Forum April 14 and April 15, 2005 in Houston,
Texas.
Speaker at the African Energy Forum 2005, June 22 – June 24 in Barcelona,
Spain.
Speaker at the Upstream Oil & Gas Summit at Amelia, Island, Florida, February
5 – 7, 2006.  Topic "Effective Strategies to Deal with the top Challenges of
Remote Supply Markets."
Speaker & Chairman of a Gas21 Session at the Africa Energy Forum 2006, Lille,
France 28-30 June, 2006.  Topic "The Gas Potential of Africa".
Speaker at Tribal (American Indian) Energy in the Southwest Conference 11-12,
December, 2006.

|              | Speaker & Chairman of a Gas21 Session at the Africa Energy Forum 2007, Hamburg, Germany 27-29 June, 2007. |
|--------------|-----|

Memberships:   National Society of Professional Engineers
Society of Exploration Geophysicists (SEG)
American Association of Petroleum Geologists (AAPG)
American Institute of Mining and Engineers (AIME)
Society of Petroleum Engineers (SPE)
Association of International Petroleum Negotiators
European Society of Exploration Geophysicists (ESEG)*
Rocky Mountain Association of Geologists (RMAG)
American Petroleum Institute (API)*
Member Board of Trustees, Colorado Energy Research Institute, March 1975 to March 1981
Honorary Consul, Republic of Panama, 1974-1986
Member, Uranium Subpanel of Supply and Delivery Panel,

**\*Member Emeritus**

## PUBLICATIONS

"Induction Log Departure Curves for No Invasion" (Oil Base Mud or Air)
By:  Jack J. Grynberg - 1953

"The Microlog - Its Application and Interpretation"
By:  Jack J. Grynberg and Leendert de Witte - 1954

"Quantitative Electric Log Interpretation of "D" and "J" Sands–Denver Basin"
By:  Jack J. Grynberg - 1956

"The Continuous Dipmeter"
Articles in April 1 and 22, 1957, The Oil and Gas Journal
By:  Jack J. Grynberg and Morris I. Ettinger

"Log Interpretation Charts"
By:  Sylvain J. Pirson and Jack J. Grynberg - 1958

"Selected Well Logging Problems for Geologists and Petroleum Engineers"
By:  Sylvain J. Pirson and Jack J. Grynberg - 1958

"DST - Success or Failure?"
Article in June 22, 1959, The Oil and Gas Journal
By:  Jack J. Grynberg

"Log Interpretation Manual Number 2"
Supplement-A-Ri-Rt Conversion Charts
Based on Lectures by Jack J. Grynberg and Sylvain J. Pirson - 1960
"Handbook of Well Log Analysis"
McGraw-Hill - 1964
Based on Lectures by Sylvain J. Pirson and Jack J. Grynberg

"Application of Water Resistivity Data"

By:  Jack J. Grynberg and B.L. Carlberg - 1974

Study of Nuclear and Alternative Energy Systems
Supporting Paper 1 - 1978
"Problems of U.S. Uranium Resources and Supply to the Year 2010"
     By:  The National Research Council, The National Academy of  Science
     By:  Leon T. Silver, Jack J. Grynberg, David S. Robertson, Joseph B. Rosenbaum
        and Arnold J. Silverman

Study of Nuclear and Alternative Energy Systems
"U.S. Energy Supply Prospects to 2010" - 1979
     By:  The National Research Council, National Academy of Science
     By:  Jack J. Grynberg and others.


**LANGUAGES**
     English, French, German, Polish, Russian, Hebrew


**MILITARY SERVICE**
     U.S. Army Corps of Engineers; U.S. Army Research and
     Development Command, Soviet Radioactive Warfare Section, and
     Worked as a scientific spy 1956-1957
     Honorable discharge


**PERSONAL**
     U.S. Citizen, born January 21, 1932, Brest, Poland
     Married June, 1959, to Celeste C. Bachove; three
     adult children and 3 grandchildren