CO-386-online
10/03



FILED

FEB 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Jack J. Grynberg et al.       )
                              )
                              )
                              )
              Plaintiff       )    Ci   Case: 1:08-cv-00301
       vs                     )         Assigned To : Bates, John D.
BP P.L.C et al                )         Assign. Date : 2/21/2008
                              )         Description: General Civil
                              )
              Defendant       )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Grynberg Production Corporation (TX)__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Grynberg Production Corporation (TX)__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Kelly Pride Hebron*
Signature

MD13597
BAR IDENTIFICATION NO.

Kelly Pride Hebron
Print Name

1400 Mercantile Lane, Suite 208
Address

Largo, MD 20774
City      State      Zip Code

301.583.4633
Phone Number

2