CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

FEB 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jack J. Grynberg et al. )
)
)
)
          Plaintiff )          Civil A(   Case: 1:08-cv-00301
vs )                                      Assigned To : Bates, John D.
BP P.L.C et. al. )                        Assign. Date : 2/21/2008
)                                         Description: General Civil
)
          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Grynberg Production Corporation (CO)__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Grynberg Production Corporation (CO)__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature: Kelly Pride Hebron]*
Signature

MD13597
BAR IDENTIFICATION NO.

Kelly Pride Hebron
Print Name

1400 Mercantile Lane, Suite 208
Address

Largo, MD 20774
City          State          Zip Code

301.583.4633
Phone Number

3