**CT**
a Wolters Kluwer business

CT
350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 979 9450 tel
214 754 0921 fax
www.ctlegalsolutions.com

March 13, 2008

Kelly Pride Hebron
Pride Law Office LLC
1400 Merchantile Lane,
Suite 208,
Largo, MD  20774

Re: Jack J. Grynberg, et al., Pltfs. vs. BP P.L.C., et al. including BG Group P.L.C., etc., Dfts.

Case No.  108CV00301

Dear Sir/Madam:

After checking our records and the records of the State of TX, it has been determined that C T Corporation System is not the registered agent for an entity by the name of BG North America, LLC.

Accordingly, we are returning the documents received from you.

Very truly yours,


Marie-Dominique Sheeter
Process Specialist

Log# 513191695

cc:  United States District Court, District of Columbia
     333 Constitution Avenue, N.W.,
     Nancy Mayer-Whittington, Clerk,
     Washington, DC  20001

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jack J. Grynberg et. al.

**SUMMONS IN A CIVIL CASE**

V.

P P.L.C et. al.

Case: 1:08-cv-00301
Assigned To : Bates, John D.
Assign. Date : 2/21/2008
Description: General Civil

TO: (Name and address of Defendant)

BG GROUP P.L.C.
d/b/a BG North America LLC
Serve: CT Corporation Systems
350 N. St. Paul Street
Dallas, TX 75201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kelly Pride Hebron
PRIDE LAW OFFICE LLC
1400 Mercantile Lane, Suite 208
Largo, MD 20774

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

FEB 21 2008

DATE

3-13-08
3-11-08
SCH 00000 12 26

|  |  |  |
|---|---|---|
| 'HELGE LUND,<br>   Serve at : N-4035 Stavanger, Norway | )<br>)<br>)<br>) |  |
| EIVIND REITEN,<br>   Serve at : 3783 Kragerø skjærgårdsrute, Norway,<br>Drammensveien 264 0283 Oslo, Norway | )<br>)<br>)<br>) |  |
| ROBERT WILSON,<br>   Serve at : 100 Thames Valley Park Drive, Reading<br>Berkshire,          , England | )<br>)<br>)<br>) |  |
| and | )<br>) |  |
| FRANK CHAPMAN,<br>   Serve at : 100 Thames Valley Park Drive, Reading<br>Berkshire,          , England | )<br>)<br>) | NO. |
|              Defendants. |  |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## VERIFIED COMPLAINT AND JURY DEMAND

COME NOW the Plaintiffs, Jack J. Grynberg ("Grynberg"), Grynberg Production Corporation, a Texas corporation ("GPC Texas"), Grynberg Production Corporation, a Colorado corporation ("GPC Colorado") and Pricaspian Development Corporation, a Texas corporation ("PDC"), collectively, the "Grynberg Plaintiffs," through their undersigned counsel and for their Complaint against Defendants B.P. P.L.C. ("BP"), BP Corp North America Inc., StatoilHydro ASA ("StatoilHydro"), John Browne ("Browne"), Anthony Hayward ("Hayward"), Peter Sutherland ("Sutherland"), Helge Lund ("Lund"), British Gas ("BG") and Eivind Reiten ("Reiten"), respectfully allege as follows:

## INTRODUCTION

Plaintiffs in this action seek to recover from Defendants Plaintiffs' proportionate share of bribes charged unwillingly and unknowingly to Plaintiffs and paid to foreign nationals to secure various oil rights from joint ventures in which Plaintiffs have an interest. Plaintiffs also seek

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA.

------------------------------------- x
                                      )
                                      )
JACK J. GRYNBERG, GRYNBERG             )
PRODUCTION CORPORATION (TX), GRYNBERG  )
PRODUCTION CORPORATION (CO) and        )
PRICASPIAN DEVELOPMENT                 )
CORPORATION (TX),                      )

           Plaintiffs,

Case: 1:08-cv-00301
Assigned To : Bates, John D.
Assign. Date : 2/21/2008
Description: General Civil

           v.

BP P.L.C., a United Kingdom corporation d/b/a BP   )
CORP NORTH AMERICA INC., an Indiana corporation,   )
   Serve: The Prentice Hall Corp. Systems, Inc. 251   )
East Ohio Street, Suite 500, Indianapolis, IN 46204   )
                                                     )
STATOILHYDRO ASA, a Norwegian corporation,           )
   Serve at: Forusbeen 50, N-4035 Stavanger, Norway;  )
Corporation Service Company, 50 Weston St., Hartford, )
Connecticut 06120                                    )
                                                     )
BG GROUP P.L.C., a United Kingdom corporation        )
   Serve at: 100 Thames Valley Park Drive, Reading    )
Berkshire, England                                   )
                                                     )
d/b/a BG NORTH AMERICA, LLC, a Texas corporation,    )
   Serve at: CT Corporation Systems, 350 N. St. Paul  )
Street, Dallas, TX 75201 USA                         )
                                                     )
JOHN BROWNE,                                         )
   Serve at : Lansdowne House, 57 Berkley Square,    )
London, W1J6ER, United Kingdom                       )
                                                     )
ANTHONY HAYWARD,                                     )
   Serve at: 1 St. James Place, London, SW1Y4PD,     )
United Kingdom,                                      )
                                                     )
PETER SUTHERLAND,                                    )
   Serve at: 1 St. James Place, London, SW1Y4PD,     )
United Kingdom                                       )
                                                     )
                                                     )