IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- x
                                      )
JACK J. GRYNBERG, GRYNBERG             )
PRODUCTION CORPORATION (TX),           )
GRYNBERG PRODUCTION CORPORATION        )
(CO) and PRICASPIAN DEVELOPMENT        )
CORPORATION (TX),                      )     08 Civ. 301
                                      )     Judge Bates
                  Plaintiffs,          )
                                      )
       -and-                           )
                                      )
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana  )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE       )
LUND, EIVIND REITEN, ROBERT WILSON,    )
FRANK CHAPMAN, individuals,            )
                                      )
                  Defendants.          )
                                      )
------------------------------------- X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Daniel L. Abrams, Plaintiffs will move this Court at a time and date that the Court may direct, at the United States Courthouse located at 333 Conatitution Avenue, N.W. for an Order pursuant to Local Rule 83.2(d)

permitting Daniel L. Abrams, Esq., to appear as counsel for the Plaintiffs, along with the undersigned, in this case.

Dated: March 31, 2008

>PRIDE LAW OFFICE
>
>By: *Kelly Pride Hebron*
>Kelly Pride Hebron
>1400 Merchantile Lane, Suite 208
>Largo, MD 20774
>(301) 583-4633

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- x
                                      )
JACK J. GRYNBERG, GRYNBERG            )
PRODUCTION CORPORATION (TX),          )
GRYNBERG PRODUCTION CORPORATION       )
(CO) and PRICASPIAN DEVELOPMENT       )
CORPORATION (TX),                     )
                                      )   08 Civ. 301
                                      )   Judge Bates
                  Plaintiffs,         )
                                      )
      -and-                           )
                                      )
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE      )
LUND, EIVIND REITEN, ROBERT WILSON,   )
FRANK CHAPMAN, individuals,           )
                                      )
                  Defendants.         )
                                      )
------------------------------------- X

## DECLARATION OF DANIEL L. ABRAMS

I, DANIEL L. ABRAMS, hereby affirm under penalty of perjury.

1.  I am a member in good standing of the bar of the State of New York and am the principal of the Law Office of Daniel L. Abrams, PLLC. I submit this Declaration in support of my motion, pursuant to

Local Rule 83.2(d) to be admitted *pro hac vice* in the above-captioned case.

2. My office address is Two Penn Plaza, Suite 1910, New York, New York, 10121. My office telephone number is 212 292-5663.

3. I am not admitted to practice in any State other than New York. I am admitted to practice in the following federal courts: Southern District of New York, Eastern District of New York, Sixth Circuit Court of Appeals, and Tenth Circuit Court of Appeals.

4. I have never been disciplined by any bar authority. And I have not been admitted *pro hac vice* in this Court within the last two years.

Dated: New York, New York
       March 27, 2008

_____
Daniel L. Abrams