IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
                                    )
JACK J. GRYNBERG, GRYNBERG          )
PRODUCTION CORPORATION (TX),        )
GRYNBERG PRODUCTION CORPORATION     )
(CO) and PRICASPIAN DEVELOPMENT     )
CORPORATION (TX),                   )   08 Civ. 301 (JDB)
                                    )
           Plaintiffs,              )
                                    )
     -and-                          )
                                    )
BP P.L.C., a United Kingdom corporation d/b/a )   NOTICE OF APPEARANCE
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE    )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals,     )
                                    )
           Defendants.              )
                                    )
------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned appears as counsel of record for defendant StatoilHydro ASA. Please serve copies of all papers at the address listed below.

Dated: New York, New York
       April 8, 2008

                              EMMET, MARVIN & MARTIN, LLP

                              By: _____
                                  Paul T. Weinstein
                                  D.C. Bar No. NY0093

                              120 Broadway, 32nd Floor
                              New York, New York 10271
                              Phone: (212) 238-3000

                              *Attorneys for Defendant StatoilHydro ASA*

932236_1

## CERTIFICATE OF SERVICE

I certify that on April 8, 2008, I caused a copy of the Notice of Appearance of counsel of record for defendant StatoilHydro ASA to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following:

> Kelly Pride Hebron
> PRIDE LAW OFFICE LLC
> 1400 Mercantile Lane, Suite 208
> Largo, MD  20774
>
> Daniel L. Abrams, Esq.
> Law Office of Daniel L. Abrams, PLLC
> 2 Penn Plaza, Suite 1910

Dated:  April 8, 2008                                              _____
                                                                                    Paul T. Weinstein