IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), ) Civil Action No. 1:08-cv-00301 JDB
)
Plaintiffs, )
)
-and- )
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON )
and FRANK CHAPMAN, individuals, )
)
Defendants. )
)
---------------------------------x

**MOTION FOR ADMISSION *PRO HAC VICE* AND
DECLARATION OF KENNETH MARC BIALO**

Pursuant to Local Rule 83.2(d) of the United States District Court for the District of Columbia, Paul T. Weinstein, a member of the Bar of this Court, and an attorney of record for StatoilHydro ASA in this action, hereby moves the admission *pro hac vice* of Kenneth Marc Bialo to participate in the above-entitled action on behalf of StatoilHydro ASA. Pursuant to Local Rule 7(m), counsel has conferred with counsel for Jack J. Grynberg, *et al.*, regarding the filing of this motion and they do not object to this motion.

Movant and proposed admittee respectfully certify as follows:

932718_1.DOC

1. Kenneth Marc Bialo is duly licensed to practice law, having been admitted to practice in the State of New York in 1972.

2. Mr. Bialo is an attorney duly licensed to practice law in the following federal courts:

> Southern District of New York, and Eastern District of New York,
> United States Court of Appeals (2d Cir. and Fed. Cir.), and
> United States Supreme Court.

3. Mr. Bialo is not a member of the District of Columbia Bar and does not engage in the practice of law from an office located in the District of Columbia.

4. Mr. Bialo is a partner with the law firm of Emmet, Marvin & Martin, LLP, located at 120 Broadway, New York, New York 10271, telephone number (212) 238-3000.

5. There have been no disciplinary proceedings against Mr. Bialo as a member of the Bar in any jurisdiction at any time; he has never been held in contempt of court, convicted of a crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

6. During the last two years, Mr. Bialo has not been admitted to appear *pro hac vice* in the District of Columbia.

7. Mr. Weinstein is a partner with the law firm of Emmet, Marvin & Martin, LLP, is admitted to practice before the United States District Court for the District of Columbia, and is a member of the New York State bar.

WHEREFORE, the undersigned respectfully moves this Court to admit Kenneth Marc

Bialo to practice before this Court *pro hac vice* and to appear as counsel for StatoilHydro ASA.

The undersigned declare under penalty of perjury, and the laws of the District of Columbia, that the foregoing is true and correct to the best of their knowledge, information and belief.

Movant:

_____
Paul T. Weinstein, D.C. Bar No. NY0093
Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York 10271
Telephone: (212) 238-3000
Facsimile: (212) 238-3100

Counsel for StatoilHydro ASA

Proposed admittee:

_____
Kenneth Marc Bialo
Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York 10271
Telephone: (212) 238-3000
Facsimile: (212) 238-3100

### Statement of Point and Authorities

1.   LCvR 83.2(d)

_____
Paul T. Weinstein, D.C. Bar No. NY0093

Dated: April 10, 2008

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------x
                                              )
JACK J. GRYNBERG, GRYNBERG                    )
PRODUCTION CORPORATION (TX),                  )
GRYNBERG PRODUCTION CORPORATION               )
(CO) and PRICASPIAN DEVELOPMENT               )
CORPORATION (TX),                             )   Civil Action No. 1:08-cv-00301 JDB
                                              )
            Plaintiffs,                       )
                                              )
    -and-                                     )
                                              )
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana        )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United        )
Kingdom corporation, BG NORTH AMERICA, a      )
Texas corporation, JOHN BROWNE, ANTHONY       )
HAYWARD, PETER SUTHERLAND, HELGE              )
LUND, EIVIND REITEN, ROBERT WILSON            )
and FRANK CHAPMAN, individuals,               )
                                              )
            Defendants.                       )
                                              )
---------------------------------------------x

## PROPOSED ORDER

Upon consideration of Kenneth Marc Bialo's application to appear before this Court in the above captioned matter *pro hac vice* it is this ____ day of _____, 2008, hereby:

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Kenneth Marc Bialo is **GRANTED**; and it is

**FURTHER ORDERED**, that Kenneth Marc Bialo be allowed to appear *pro hac vice* in court proceedings in the above captioned matter.

_____<br>United States District Judge

NOTICE TO:

Kelly Pride Hebron
PRIDE LAW OFFICE LLC
1400 Mercantile Lane, Suite 208
Largo, MD  20774

Daniel L. Abrams, Esq.
Law Office of Daniel L. Abrams, PLLC
2 Penn Plaza, Suite 1910
New York, NY  10121

Kenneth M. Bialo, Esq.
Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York  10271

## CERTIFICATE OF SERVICE

I certify that on April 10, 2008, I caused a copy of the Motion for Admission *Pro Hac Vice* and Declaration of Kenneth Marc Bialo to be filed electronically with the Office of the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following:

    Kelly Pride Hebron
    PRIDE LAW OFFICE LLC
    1400 Mercantile Lane, Suite 208
    Largo, MD 20774

    Daniel L. Abrams, Esq.
    Law Office of Daniel L. Abrams, PLLC
    2 Penn Plaza, Suite 1910
    New York, NY 10121

Dated: April 10, 2008

                                                  Paul T. Weinstein