IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                  )
JACK J. GRYNBERG, GRYNBERG                        )
PRODUCTION CORPORATION (TX),                      )
GRYNBERG PRODUCTION CORPORATION                   )
(CO) and PRICASPIAN DEVELOPMENT                   )
CORPORATION (TX),                                 )   Civil Action No.  1:08-cv-00301 JDB
                                                  )
                        Plaintiffs,               )
                                                  )
         -and-                                    )   ERRATA
                                                  )
BP P.L.C., a United Kingdom corporation d/b/a     )
BP CORP NORTH AMERICA INC., an Indiana            )
corporation, STATOILHYDRO ASA, a Norwegian        )
corporation, BG GROUP P.L.C., a United            )
Kingdom corporation, BG NORTH AMERICA, a          )
Texas corporation, JOHN BROWNE, ANTHONY           )
HAYWARD, PETER SUTHERLAND, HELGE                  )
LUND, EIVIND REITEN, ROBERT WILSON,               )
and FRANK CHAPMAN, individuals,                   )
                                                  )
                        Defendants.               )
                                                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

Document Number 14 was filed at 5:00 p.m. on April 24, 2008 under the rubric "Reply to opposition to motion." At my request, within 15 minutes thereafter, the ECF personnel in the office of the Clerk of the Court corrected that entry and filed Document Number 14 under the rubric of "Memorandum in opposition," and instructed me to submit this Errata sheet noting the change.

                                                        s/    Matthew K. McCoy

                                                        MATTHEW K. MCCOY,
                                                        *Pro Hac Vice*

Dated:  New York, New York
        April 24, 2008