UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
JACK J. GRYNBERG, GRYNBERG :
PRODUCTION CORPORATION (TX), :
GRYNBERG PRODUCTION :
CORPORATION (CO) and PRICASPIAN :
DEVELOPMENT CORPORATION (TX), :
:
                          Plaintiffs, :   Civil Action No. 1:08-cv-00301 JDB
       v. :
:
BP p.l.c., STATOILHYDRO ASA, BG :
GROUP p.l.c., JOHN BROWNE, :
ANTHONY HAYWARD, PETER :
SUTHERLAND, HELGE LUND, :
EIVIND REITEN, ROBERT WILSON, :
FRANK CHAPMAN, :
:
                        Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE OF DARYL A. LIBOW

**PLEASE TAKE NOTICE** that the undersigned appears as counsel of record for defendants BP p.l.c., Lord Browne of Madingley, Anthony Hayward, and Peter Sutherland.

Dated: Washington, D.C.
       May 23, 2008

                                        Respectfully submitted,

                                            /s/ Daryl A. Libow
                                      Daryl A. Libow (D.C. Bar No. 446314)
                                      SULLIVAN & CROMWELL LLP
                                      1701 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20006
                                      Tel: (202) 956-7055

- 2 -

Fax: (202) 293-6330

*Counsel for Defendants BP p.l.c.,
Lord Browne of Madingley,
Anthony Hayward, and Peter Sutherland*

- 2 -