UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
JACK J. GRYNBERG, GRYNBERG :
PRODUCTION CORPORATION (TX), :
GRYNBERG PRODUCTION :
CORPORATION (CO) and PRICASPIAN :
DEVELOPMENT CORPORATION (TX), :
:
                       Plaintiffs, :  Civil Action No. 1:08-cv-00301 JDB
        v. :
:
BP p.l.c., STATOILHYDRO ASA, BG :
GROUP p.l.c., JOHN BROWNE, :
ANTHONY HAYWARD, PETER :
SUTHERLAND, HELGE LUND, :
EIVIND REITEN, ROBERT WILSON, :
FRANK CHAPMAN, :
:
                       Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE OF BRUCE W. HICKEY

**PLEASE TAKE NOTICE** that the undersigned appears as counsel of record for defendants BP p.l.c., Lord Browne of Madingley, Anthony Hayward, and Peter Sutherland.

Dated:  Washington, D.C.
         May 23, 2008

                                                      Respectfully submitted,

                                                        /s/ Bruce W. Hickey
                                        Bruce W. Hickey (D.C. Bar No. 479036)
                                        SULLIVAN & CROMWELL LLP
                                        1701 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20006
                                        Tel: (202) 956-7055

- 2 -

Fax: (202) 293-6330

*Counsel for Defendants BP p.l.c.,*
*Lord Browne of Madingley,*
*Anthony Hayward, and Peter Sutherland*