UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------ x
                                     :
JACK J. GRYNBERG, GRYNBERG            :
PRODUCTION CORPORATION (TX),          :
GRYNBERG PRODUCTION CORPORATION       :
(CO) and PRICASPIAN DEVELOPMENT       :
CORPORATION (TX),                     :
                                      :
                 Plaintiffs,          : Civil Action No. 1:08-cv-00301 JDB
            v.                        :
                                      :
BP p.l.c. (1 St. James's Square, London SW1Y :
4PD, United Kingdom), STATOILHYDRO ASA, :
BG GROUP p.l.c., JOHN BROWNE,         :
ANTHONY HAYWARD, PETER                :
SUTHERLAND, HELGE LUND,               :
EIVIND REITEN, ROBERT WILSON,         :
FRANK CHAPMAN,                        :
                                      :
                 Defendants.          :
------------------------------------ x
```

## BP P.L.C.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant BP p.l.c. ("BP")—a private non-governmental party—by its undersigned counsel, declares the following:

1. BP is a public limited liability company registered in England and Wales.

2. BP has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

3. American depositary shares of BP stock are publicly traded in the United States.

Dated: Washington, D.C.
May 23, 2008

>Respectfully submitted,
>
>          /s/ Bruce W. Hickey
>Daryl A. Libow (D.C. Bar No. 446314)
>Bruce W. Hickey (D.C. Bar No. 479036)
>SULLIVAN & CROMWELL LLP
>1701 Pennsylvania Avenue, N.W.
>Washington, D.C. 20006
>Phone: (202) 956-7500
>Facsimile: (202) 293-6330
>
>*Counsel for Defendants BP p.l.c.,*
>*Lord Browne of Madingley,*
>*Anthony Hayward, and Peter Sutherland*