UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- x
                                       :
JACK J. GRYNBERG, GRYNBERG              :
PRODUCTION CORPORATION (TX),            :
GRYNBERG PRODUCTION CORPORATION         :
(CO) and PRICASPIAN DEVELOPMENT         :
CORPORATION (TX),                       :
                                       :
                  Plaintiffs,          :  Civil Action No. 1:08-cv-00301 JDB
           v.                          :
                                       :
BP p.l.c., STATOILHYDRO ASA, BG GROUP  :
p.l.c., JOHN BROWNE, ANTHONY           :
HAYWARD, PETER SUTHERLAND,             :
HELGE LUND, EIVIND REITEN,             :
ROBERT WILSON, FRANK CHAPMAN,          :
                                       :
                  Defendants.          :
                                       :
------------------------------------- x

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for defendant BP p.l.c., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of BP p.l.c. which have any outstanding securities in the hands of the public.

Bangkok Aviation Fuel Services Public Company Limited

BP Capital BV

BP Capital Markets p.l.c.

BP Castrol KK

BP Developments Australia Pty Limited

BP Zambia Limited

      Britoil Public Limited Company

      Burmah Castrol plc

      Castrol India Limited

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: Washington, D.C.
       May 23, 2008

      Respectfully submitted,

      /s/ Bruce W. Hickey
      Daryl A. Libow (D.C. Bar No. 446314)
      Bruce W. Hickey (D.C. Bar No. 479036)
      SULLIVAN & CROMWELL LLP
      1701 Pennsylvania Avenue, N.W.
      Washington, D.C. 20006
      Phone: (202) 956-7500
      Facsimile: (202) 293-6330

*Attorney of Record for Defendants BP p.l.c.,*
*Lord Browne of Madingley,*
*Anthony Hayward, and Peter Sutherland*