UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
JACK J. GRYNBERG, GRYNBERG
PRODUCTION CORPORATION (TX),
GRYNBERG PRODUCTION CORPORATION
(CO) and PRICASPIAN DEVELOPMENT
CORPORATION (TX),
:
              Plaintiffs,     :  Civil Action No. 1:08-cv-00301 JDB
     v.                    :  **ORAL HEARING REQUESTED**

BP p.l.c., STATOILHYDRO ASA, BG GROUP
p.l.c., JOHN BROWNE (1 St. James's Square,
London SW1Y 4PD, United Kingdom),
ANTHONY HAYWARD (1 St. James's Square,
London SW1Y 4PD, United Kingdom), PETER
SUTHERLAND (1 St. James's Square, London
SW1Y 4PD, United Kingdom), HELGE LUND,
EIVIND REITEN, ROBERT WILSON,
FRANK CHAPMAN,
:
              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION OF DEFENDANTS LORD BROWNE
OF MADINGLEY, ANTHONY HAYWARD, AND PETER SUTHERLAND
TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and upon the accompanying Memorandum of Points and Authorities, defendants Lord Browne of Madingley, Anthony Hayward, and Peter Sutherland (the "Individual BP Officers") hereby move this Court for an order dismissing all claims asserted against them in the Complaint for lack of personal jurisdiction over them, and to grant such other and further relief as the Court deems just and proper. Alternatively, in the event the Court denies this Motion, the Individual BP Officers join defendant BP p.l.c.'s Motion to

Compel Arbitration and Dismiss the Complaint, and adopt in full the arguments made in the Memorandum of Points and Authorities in Support of BP p.l.c.'s Motion.

The Individual BP Officers respectfully request an oral hearing on this Motion.

Dated: Washington, D.C.
       May 23, 2008

                                    Respectfully submitted,


                                         /s/ Daryl A. Libow
                                    Daryl A. Libow (D.C. Bar No. 446314)
                                    Bruce W. Hickey (D.C. Bar No. 479036)
                                    SULLIVAN & CROMWELL LLP
                                    1701 Pennsylvania Avenue, N.W.
                                    Washington, D.C. 20006
                                    Phone: (202) 956-7500
                                    Facsimile: (202) 293-6330

                                    *Counsel for Defendants BP p.l.c.,*
                                    *Lord Browne of Madingley,*
                                    *Anthony Hayward, and Peter Sutherland*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO) and PRICASPIAN DEVELOPMENT CORPORATION (TX),

               Plaintiffs,

      v.

BP p.l.c., STATOILHYDRO ASA, BG GROUP p.l.c., JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND, HELGE LUND, EIVIND REITEN, ROBERT WILSON, FRANK CHAPMAN,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 1:08-cv-00301 JDB

## [PROPOSED] ORDER

Upon consideration of the Memorandum of Points and Authorities of Lord Browne of Madingley, Anthony Hayward, and Peter Sutherland (collectively, the "Individual BP Officers") in Support of Their Motion to Dismiss the Complaint for Lack of Personal Jurisdiction, plaintiffs' opposition thereto and the Individual BP Officers' reply in support thereof, it is this _____ day of _____, 2008, hereby

**ORDERED**, that the Individual BP Officers' Motion to Dismiss the Complaint for Lack of Personal Jurisdiction be, and the same hereby is, **GRANTED.**

_____
United States District Judge

The following attorneys are entitled to be notified of the entry of this proposed order:

Kelly Pride Hebron
PRIDE LAW OFFICE LLC
1400 Mercantile Lane, Suite 208
Largo, Maryland 20774

Daniel L. Abrams
THE LAW OFFICE OF DANIEL L. ABRAMS, PLLC
2 Penn Plaza, Suite 1910
New York, New York 10121

*Counsel for Plaintiffs*


Paul T. Weinstein
Kenneth Marc Bialo
Matthew Kennedy McCoy
EMMET, MARVIN & MARTIN, LLP
120 Broadway
New York, New York 10271

*Counsel for Defendants StatoilHydro ASA and*
*Helge Lund*


Daryl A. Libow
Bruce W. Hickey
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

*Counsel for Defendants BP p.l.c.,*
*Lord Browne of Madingley,*
*Anthony Hayward, and Peter Sutherland*