UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JACK J. GRYNBERG, GRYNBERG
PRODUCTION CORPORATION (TX),
GRYNBERG PRODUCTION CORPORATION
(CO) and PRICASPIAN DEVELOPMENT
CORPORATION (TX),

                Plaintiffs,

   v.

BP p.l.c., STATOILHYDRO ASA, BG GROUP
p.l.c., JOHN BROWNE, ANTHONY
HAYWARD, PETER SUTHERLAND,
HELGE LUND, EIVIND REITEN,
ROBERT WILSON, FRANK CHAPMAN,

                Defendants.

---

Civil Action No. 1:08-cv-00301 JDB

## BP P.L.C.'S MOTION TO SEAL

Pursuant to Local Civil Rule 5.1(j) and upon the accompanying Memorandum of Points and Authorities, defendant BP p.l.c. ("BP") hereby respectfully moves for an order sealing (i) BP's Memorandum of Points and Authorities in Support of its Motion to Compel Arbitration and Dismiss the Complaint, and (ii) the Declaration of

Bruce W. Hickey, dated May 23, 2008, as well as that declaration's accompanying exhibits.

Dated: Washington, D.C.
       May 23, 2008

                                                                          Respectfully submitted,

                                                                             /s/ Daryl A. Libow
                                             Daryl A. Libow (D.C. Bar No. 446314)
                                             Bruce W. Hickey (D.C. Bar No. 479036)
                                             SULLIVAN & CROMWELL LLP
                                             1701 Pennsylvania Avenue, N.W.
                                             Washington, D.C. 20006
                                             Phone: (202) 956-7500
                                             Facsimile: (202) 293-6330

                                             *Counsel for Defendants BP p.l.c.,*
                                             *Lord Browne of Madingley,*
                                             *Anthony Hayward, and Peter Sutherland*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------- x
: 
JACK J. GRYNBERG, GRYNBERG :
PRODUCTION CORPORATION (TX), :
GRYNBERG PRODUCTION :
CORPORATION (CO) and PRICASPIAN :
DEVELOPMENT CORPORATION (TX), :
:
                         Plaintiffs, :
     v. :
: Civil Action No. 1:08-cv-00301 JDB
BP p.l.c., STATOILHYDRO ASA, BG :
GROUP p.l.c., JOHN BROWNE, :
ANTHONY HAYWARD, PETER :
SUTHERLAND, HELGE LUND, :
EIVIND REITEN, ROBERT WILSON, :
FRANK CHAPMAN, :
:
                        Defendants. :
---------------------------------- x

## [PROPOSED] ORDER

Upon consideration of the Memorandum of Points and Authorities of defendant BP p.l.c. ("BP") in Support of its Motion to Seal, it is this _____ day of _____, 2008, hereby

**ORDERED**, that BP's Motion to Seal be, and the same hereby is, **GRANTED**; and further

**ORDERED**, that the (i) Memorandum of Points and Authorities of BP p.l.c. in Support of Its Motion to Compel Arbitration and Dismiss the Complaint and (ii) the Declaration of Bruce W. Hickey, dated May 23, 2008, and all exhibits attached thereto, shall be sealed until further order.

                                                 _____
                                                 United States District Judge

The following attorneys are entitled to be notified of the entry of this proposed order:

Kelly Pride Hebron
PRIDE LAW OFFICE LLC
1400 Mercantile Lane, Suite 208
Largo, Maryland 20774

Daniel L. Abrams
THE LAW OFFICE OF DANIEL L. ABRAMS, PLLC
2 Penn Plaza, Suite 1910
New York, New York 10121

*Counsel for Plaintiffs*


Paul T. Weinstein
Kenneth Marc Bialo
Matthew Kennedy McCoy
EMMET, MARVIN & MARTIN, LLP
120 Broadway
New York, New York 10271

*Counsel for Defendants StatoilHydro ASA and*
*Helge Lund*


Daryl A. Libow
Bruce W. Hickey
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

*Counsel for Defendants BP p.l.c.,*
*Lord Browne of Madingley,*
*Anthony Hayward, and Peter Sutherland*