IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------x
                                        )

JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), )
                                        )   08 Civ. 301 (JDB)

        Plaintiffs, )

-and- )

BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals, )

        Defendants. )
---------------------------------------x

**StatoilHydro ASA's
Certificate Required by LCvR 7.1 of the Local Rules
of the United States District Court for the District of Columbia**

I, the undersigned, counsel of record for defendant StatoilHydro ASA (the American Depositary Shares of which are publicly traded), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of defendant StatoilHydro ASA which have any outstanding securities in the hands of the public:     None.

These representations are made in order that Judges of this Court may determine the need for recusal.

New York, New York
May 23, 2008

                                        Respectfully submitted,

                                        /s/  Kenneth M. Bialo

                                        Kenneth M. Bialo, *pro hac vice*
                                        Matthew K. McCoy, *pro hac vice*

                                        EMMET, MARVIN & MARTIN, LLP,
/s/  Paul T. Weinstein                  120 Broadway,
D.C. Bar No. NY0093                     New York, New York  10271.
                                        (212) 238-3000

                                        Attorneys for Defendant StatoilHydro ASA