IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), ) Civil Action No. 1:08-cv-00301 JDB
)
          Plaintiffs, )
)
  -and- )
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals, )
)
          Defendants. )
)
---------------------------------x

## STIPULATED BRIEFING
## SCHEDULE FOR MOTIONS

**IT IS HEREBY STIPULATED AND AGREED** that opposition papers to the motions filed on May 23, 2008 by Defendants BP p.l.c., StatoilHydro ASA, Lord Browne of Madingley, Anthony Hayward, and Peter Sutherland (Docket Numbers 21-23, 28-29) must be served on or before June 26, 2008.

**IT IS FURTHER STIPULATED AND AGREED** that reply papers to the aforesaid motions must be served on or before July 18, 2008.

Dated: May 28, 2008

| | |
|---|---|
| LAW OFFICE OF DANIEL L. ABRAMS PLLC | SULLIVAN & CROMWELL LLP |
| | *[signature]* |
| Daniel L. Abrams | Daryl A. Libow (DC Bar No. 446314) |
| 2 Penn Plaza, Suite 1910 | Bruce W. Hickey (DC Bar No. 479036) |
| New York, New York 10121 | 1701 Pennsylvania Avenue, NW |
| (212) 292-5663 | Washington, DC 20006-5866 |
| *Pro Hac Vice* Admission for Plaintiffs | (202) 956-7500 |
| | Attorneys for BP p.l.c., Lord Browne of Madingley, Anthony Hayward and Peter Sutherland |

EMMET, MARVIN & MARTIN, LLP

*[signature]*

Kenneth M. Bialo, *pro hac vice*
Matthew K. McCoy, *pro hac vice*

120 Broadway
New York, New York 10271
(212) 238-3000

Attorneys for Defendant StatoilHydro ASA

SO ORDERED

_____
U.S.D.J.