IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------x
JACK J. GRYNBERG, GRYNBERG          )
PRODUCTION CORPORATION (TX),        )
GRYNBERG PRODUCTION CORPORATION     )
(CO) and PRICASPIAN DEVELOPMENT     )
CORPORATION (TX),                   )   Civil Action No.  1:08-cv-00301
JDB                                 )
                                    )
              Plaintiffs,           )
                                    )   NOTICE REGARDING
         -and-                      )   FILING OF SEALED MATERIAL
                                    )
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals,     )
                                    )
              Defendants.           )
------------------------------------x
```

Notice is given that a sealed document was filed in paper format with the court.

This document is not available for public viewing.

Dated: New York, New York
       June 4, 2008

                                                          Respectfully submitted,

                                                          /s/  Kenneth M. Bialo

                                                          Kenneth M. Bialo, *pro hac vice*
                                                          EMMET, MARVIN & MARTIN, LLP,
/s/  Paul T. Weinstein                        120 Broadway,
D.C. Bar No. NY0093                          New York, New York  10271.
                                                          (212) 238-3000

                                                          Attorneys for Defendant StatoilHydro ASA