IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JACK J. GRYNBERG, GRYNBERG
PRODUCTION CORPORATION (TX),
GRYNBERG PRODUCTION CORPORATION
(CO) and PRICASPIAN DEVELOPMENT
CORPORATION (TX),

                    Plaintiffs,

        -and-

BP P.L.C., a United Kingdom corporation d/b/a
BP CORP NORTH AMERICA INC., an Indiana
corporation, STATOILHYDRO ASA, a Norwegian
corporation, BG GROUP P.L.C., a United
Kingdom corporation, BG NORTH AMERICA, a
Texas corporation, JOHN BROWNE, ANTHONY
HAYWARD, PETER SUTHERLAND, HELGE
LUND, EIVIND REITEN, ROBERT WILSON,
FRANK CHAPMAN, individuals,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 301
Judge Bates


**PLAINTIFFS' MOTION TO SEAL**

Plaintiffs respectfully move this Court for an order, pursuant to Local

Rule 5.1(j), to seal its Combined Brief in Opposition To the Motions To

Dismiss of Defendants BP and StatoilHydro.  The grounds are set forth in the

accompanying Memorandum of Law in Support of Motion To Seal, dated

June 25, 2008.

Dated: New York, NY
       June 25, 2008


                           By:_____

                               Daniel L. Abrams
                               2 Penn Plaza, Suite 1910
                               New York, New York 10121
                               (212) 292-5663
                               *Pro Hac Vice* Admission

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), )          08 Civ. 301
)          Judge Bates
Plaintiffs, )
)
-and- )
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
FRANK CHAPMAN, individuals, )
)
Defendants. )
)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**MEMORANDUM OF LAW**
**IN SUPPORT OF MOTION TO SEAL**

1

Pursuant to Local Rule 5.1(j), Plaintiffs respectfully submit this Memorandum of Law in Support of its Motion to Seal the Combined Memorandum of Law in Opposition To BP's and StatoilHydro's Motion to Dismiss, plus the only Exhibit to that Memorandum of Law.

The confidentiality provisions which govern use of some of the relevant documents in this case have been noted in Plaintiffs' prior motion to seal the Affidavit of Plaintiff Jack J. Grynberg, which motion was granted by Minute Order dated April 3, 2008, as well as in BP's Motion for Leave to File Under Seal, which was granted by Minute Order dated May 28, 2008.

Just as the Court has granted BP and StatoilHydro the ability to file their moving papers under seal, due to the confidentiality provisions governing use of many of the documents, Plaintiffs respectfully request the opportunity to file their Combined Brief in Opposition to the motion under seal. The Combined Brief cites to many of the documents from a confidential arbitration that is pending between the parties. While Plaintiffs believe that the confidentiality provisions are being misused to hide wrongdoing, these provisions remain in place, and Plaintiffs ask for permission to file under seal so as to strike a balance between adhering to the confidentiality provisions and ensuring that wrongdoing in a matter of substantial concern to the public does not escape judicial inquiry.

Dated: June 25, 2008

By:_____

Daniel L. Abrams
2 Penn Plaza, Suite 1910
New York, New York 10121
(212) 292-5663
*Pro Hac Vice* Admission

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                              )

JACK J. GRYNBERG, GRYNBERG          )
PRODUCTION CORPORATION (TX),     )
GRYNBERG PRODUCTION CORPORATION  )
(CO) and PRICASPIAN DEVELOPMENT   )
CORPORATION (TX),                )      08 Civ. 301
                              )      Judge Bates
             Plaintiffs,     )
                              )
     -and-               )
                              )
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United    )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE  )
LUND, EIVIND REITEN, ROBERT WILSON,  )
FRANK CHAPMAN, individuals,       )
                              )
            Defendants.    )
                              )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

## **PROPOSED ORDER**

`     Upon consideration of the Motion to Seal, dated June 25, 2008, and the

Memorandum of Law in support, it is this _____ day of _____ 2008, hereby

    **ORDERED,** that Plaintiffs' Combined Memorandum of Law In

Opposition To Motions To Dismiss of BP P.L.C. and StatoilHydro ASA

Motion, and the Exhibit thereto, is hereby SEALED.

_____
United States District Judge