United States District Court

District of Columbia

| | |
|---|---|
| Jack J. Grynberg et. al., | Case No.: 1:08-CV-301 |
| Plaintiffs, | Judge Bates |
| vs. | |
| BP P.L.C. et. al., | |
| Defendants. | |

**MOTION FOR LEAVE TO EXTEND TIME FOR FILING OF DOCUMENTS**

NOW COMES PLAINTIFFS, by and through its' attorney, Kelly Pride Hebron of Pride Law Office LLC and moves for leave to extend time for filing of documents and in support thereof states the following:

1. The Plaintiffs' Combined Memorandum of Law in Opposition to Motion to Dismiss was due on Thursday, June 26, 2008.

2. Pursuant to the parties' confidentiality agreement, a Motion to Seal and Notice of Filing of Documents Under Seal were electronically filed and served on all parties on Thursday, June 26, 2008.

3. The Plaintiffs' experienced technical problems that prevented the timely filing with the clerk's office of the sealed document, the Combined Memorandum of Law in Opposition to Motion to Dismiss.

4. Additionally, local rules prohibit the filing of sealed documents via the after-hours drop box located in the courthouse.

5.  Simultaneously with the filing of this motion, Plaintiffs' have submitted the Combined Memorandum of Law in Opposition to Motion to Dismiss and in doing so, has satisfied the spirit of the filing requirement.

WHEREFORE, Plaintiffs' respectfully request that this Motion to Extend Leave for Filing of Documents be GRANTED.

Dated this 27th day of June, 2008

By:/s/Kelly Pride Hebron
Bar #MD13597
Pride Law Office LLC
1400 Mercantile Lane,
Suite 208
Largo, Maryland 20708

Certificate of Service

I hereby certify that on June 27, 2008 I caused the foregoing Motion for Leave to Extend Time for Filing of Documents to be filed on the Court's CM/ECF system for service on all record counsel.

/s/Kelly Pride Hebron

United States District Court

District of Columbia

| | |
|---|---|
| Jack J. Grynberg et. al., | : Case No.: 1:08-CV-301 |
| | : Judge Bates |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| BP P.L.C. et. al., | : |
| | : |
| Defendants. | : |

**PROPOSED ORDER**

UPON CONSIDERATION of the Motion for Leave to Extend Time for Filing of Documents, dated June 27, 2008, it is this _____ day of _____, 2008, hereby

ORDERED, that Plaintiffs' Combined Memorandum of Law In Opposition To Motions To Dismiss, is hereby accepted for filing.

_____
United States District Judge