Case 1:08-cv-00301-JDB   Document 38   Filed 06/30/2008   Page 1 of 1

