IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), ) Civil Action No. 1:08-cv-00301 JDB
)
              Plaintiffs, )
)
  -and- )
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals, )
)
             Defendants. )
)
---------------------------------------------x

## DEFENDANT HELGE LUND'S MOTION TO SEAL

Defendant Helge Lund respectfully moves this Court for an Order sealing the Memorandum of Law in Support of Defendant Helge Lund's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction, or to Dismiss or Alternatively Stay All Proceedings Pending Arbitration, dated July 10, 2008 (the "Memorandum").

The grounds for this Motion are the same as those set out in the Memorandum in Support of Defendant StatoilHydro ASA's Motion to Seal, dated May 23, 2008, and the Declaration of Matthew K. McCoy in Support of Defendant StatoilHydro ASA's Motion

to Seal, and exhibits thereto, dated May 23, 2008, which apply equally to the Memorandum.

StatoilHydro ASA's Motion to Seal, dated May 23, 2008, was granted by Order of this Court, signed and entered on May 28, 2008. This Motion should be granted for the same reasons.

Plaintiffs' counsel have advised that they have no objection to the Motion.

WHEREFORE, defendant Helge Lund asks the Court to grant his Motion to Seal in its entirety, and for such other and further relief as to this Court seems just and proper.

Dated: New York, New York
July 10, 2008

Respectfully submitted,

/s/ Kenneth M. Bialo

Kenneth M. Bialo, *pro hac vice*
Matthew K. McCoy, *pro hac vice*

EMMET, MARVIN & MARTIN, LLP,
120 Broadway,
New York, New York  10271.
(212) 238-3000

/s/ Paul T. Weinstein
D.C. Bar No. NY0093

Attorneys for Defendant Helge Lund

2

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------x
                                    )
JACK J. GRYNBERG, GRYNBERG          )
PRODUCTION CORPORATION (TX),        )
GRYNBERG PRODUCTION CORPORATION     )
(CO) and PRICASPIAN DEVELOPMENT     )
CORPORATION (TX),                   )   Civil Action No. 1:08-cv-00301 JDB
                                    )
              Plaintiffs,           )
                                    )
     -and-                          )
                                    )
BP P.L.C., a United Kingdom corporation d/b/a  )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE    )
LUND, EIVIND REITEN, ROBERT WILSON  )
and FRANK CHAPMAN, individuals,     )
                                    )
              Defendants.           )
                                    )
------------------------------------x
```

**PROPOSED ORDER GRANTING
DEFENDANT HELGE LUND'S
MOTION TO SEAL**

Upon consideration of Defendant Helge Lund's Motion to Seal, dated July 10, 2008, and the Memorandum of Law in Support of Defendant Helge Lund's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction, or to Dismiss or Alternatively Stay All Proceedings Pending Arbitration, dated July 10, 2008, as well as the Memorandum in Support of Defendant StatoilHydro ASA's Motion to Seal, dated May 23, 2008, and the Declaration of Matthew K. McCoy in Support of Defendant

StatoilHydro ASA's Motion to Seal, and exhibits thereto, dated May 23, 2008, it is hereby

**ORDERED,** that Defendant Helge Lund's Motion to Seal is **GRANTED,** and it is

**FURTHER ORDERED,** that the Memorandum of Law in Support of Defendant Helge Lund's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction, or to Dismiss or Alternatively Stay All Proceedings Pending Arbitration, dated July 10, 2008, is sealed until further Order of the Court.

_____
United States District Judge

NOTICE TO:

Kelly Pride Hebron,
PRIDE LAW OFFICE LLC,
1400 Mercantile Lane, Suite 208,
Largo, MD  20774.

Daniel L. Abrams, Esq.,
Law Office of Daniel L. Abrams, PLLC,
2 Penn Plaza, Suite 1910,
New York, NY  10121.

Daryl A. Libow, Esq.
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue
Washington, D.C.  20006

Kenneth M. Bialo, Esq.,
Matthew K. McCoy, Esq.,
Paul T. Weinstein, Esq.
Emmet, Marvin & Martin, LLP,
120 Broadway,
New York, New York  10271.