IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
                                    )
JACK J. GRYNBERG, GRYNBERG          )
PRODUCTION CORPORATION (TX),        )
GRYNBERG PRODUCTION CORPORATION     )
(CO) and PRICASPIAN DEVELOPMENT     )
CORPORATION (TX),                   )   Civil Action No. 1:08-cv-00301 JDB
                                    )
            Plaintiffs,             )
                                    )
      -and-                         )   **Oral Argument Requested**
                                    )
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE    )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals,     )
                                    )
            Defendants.             )
                                    )
------------------------------------x

**MOTION OF
DEFENDANT HELGE LUND
TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION,
OR
TO DISMISS OR ALTERNATIVELY STAY ALL PROCEEDINGS
PENDING ARBITRATION**

Defendant Helge Lund respectfully moves under Rule 12(b)(2) of the Fed. R. Civ. P. to dismiss the Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. on the grounds that plaintiffs have failed to carry their burden of pleading a sufficient basis for assertion of personal jurisdiction. The grounds for the motion are set forth in the accompanying Memorandum of Law in Support of the Motion of Defendant Helge

Lund to Dismiss the Complaint For Lack of Personal Jurisdiction, or to Dismiss or Alternatively Stay All Proceedings Pending Arbitration, dated July 10, 2008.

In the event this Court determines otherwise, then Defendant Lund respectfully joins in the Motion of StatoilHydro ASA to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending Arbitration, dated May 23, 2008. The grounds for this alternative motion are set forth in papers previously submitted to this Court in support of the Motion of Defendant StatoilHydro ASA to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending Arbitration, dated May 23, 2008, and more specifically in the Background and Points A and C of the Memorandum of Law in Support of the Motion by Defendant StatoilHydro ASA to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending Arbitration, dated May 23, 2008, and in the exhibit at Tab 2 of the Declaration of Matthew K. McCoy in Support of the Motion of Defendant StatoilHydro ASA to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending Arbitration, also dated May 23, 2008. A proposed form of Order is attached.

Defendant Helge Lund respectfully requests oral hearing on this Motion.

Dated: New York, New York
July 10, 2008

Respectfully submitted,

/s/ Kenneth M. Bialo

Kenneth M. Bialo, *pro hac vice*
Matthew K. McCoy, *pro hac vice*

EMMET, MARVIN & MARTIN, LLP,
120 Broadway,
New York, New York 10271.
(212) 238-3000

Attorneys for Defendant Helge Lund

/s/ Paul T. Weinstein
D.C. Bar No. NY0093

2

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                             )
JACK J. GRYNBERG, GRYNBERG                                   )
PRODUCTION CORPORATION (TX),                                 )
GRYNBERG PRODUCTION CORPORATION                              )
(CO) and PRICASPIAN DEVELOPMENT                              )
CORPORATION (TX),                                            )   Civil Action No. 1:08-cv-00301 JDB
                                                             )
                      Plaintiffs,                            )
                                                             )
        -and-                                                )
                                                             )
BP P.L.C., a United Kingdom corporation d/b/a                )
BP CORP NORTH AMERICA INC., an Indiana                       )
corporation, STATOILHYDRO ASA, a Norwegian                   )
corporation, BG GROUP P.L.C., a United                       )
Kingdom corporation, BG NORTH AMERICA, a                     )
Texas corporation, JOHN BROWNE, ANTHONY                      )
HAYWARD, PETER SUTHERLAND, HELGE                             )
LUND, EIVIND REITEN, ROBERT WILSON                           )
and FRANK CHAPMAN, individuals,                              )
                                                             )
                      Defendants.                            )
                                                             )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**PROPOSED ORDER GRANTING THE MOTION OF
DEFENDANT HELGE LUND
TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION,
OR
TO DISMISS OR ALTERNATIVELY STAY ALL PROCEEDINGS
PENDING ARBITRATION**

Upon consideration of the Memorandum of Law in Support of the Motion of Defendant Helge Lund to Dismiss the Complaint For Lack of Personal Jurisdiction, or to Dismiss or Alternatively Stay All Proceedings Pending Arbitration, dated July 10, 2008, and of papers previously submitted to this Court in connection with the Motion of Defendant

StatoilHydro ASA to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending Arbitration, dated May 23, 2008, specifically in the Background and Points A and C of the Memorandum of Law in Support of the Motion by Defendant StatoilHydro ASA to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending Arbitration, dated May 23, 2008, and in the exhibit at Tab 2 of the Declaration of Matthew K. McCoy in Support of the Motion of Defendant StatoilHydro ASA to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending Arbitration, also dated May 23, 2008, it is this __ day of _____, hereby

ORDERED, that the Motion of Defendant Helge Lund to Dismiss the Complaint, dated July 10, 2008, is

**GRANTED.**

## Alternatively

ORDERED, that the Motion of Helge Lund to Stay All Proceedings Pending Arbitration, dated July 10, 2008, is

**GRANTED.**

_____<br>United States District Judge

NOTICE TO:

    Kelly Pride Hebron,
    PRIDE LAW OFFICE LLC,
    1400 Mercantile Lane, Suite 208,
    Largo, MD 20774.

    Daniel L. Abrams, Esq.,
    Law Office of Daniel L. Abrams, PLLC,
    2 Penn Plaza, Suite 1910,
    New York, NY 10121.

Daryl A. Libow, Esq.
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue
Washington, D.C. 20006

Kenneth M. Bialo, Esq.,
Matthew K. McCoy, Esq.,
Paul T. Weinstein, Esq.
Emmet, Marvin & Martin, LLP,
120 Broadway,
New York, New York 10271.