# ERRATA SHHEET

## Grynberg et al., v. BP, p.l.c. et al. 08 Civ. 301

## Corrected Exhibit J to Declaration of Daniel L. Abrams

## In Opposition To Motions To Dismiss

_____
Daniel L. Abrams
2 Penn Plaza, Suite 1910
New York, New York 10121
Telephone: (212) 292-5663
Facsimile: (646) 536-8905

