IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), )
) 08 Civ. 301
) Judge Bates
             Plaintiffs, )
)
     -and- )
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
FRANK CHAPMAN, individuals, )
)
             Defendants. )
)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFFS' MOTION TO SEAL AND FILE ATTACHED DOCUMENT**

       Plaintiffs respectfully move this Court for an order, pursuant to Local Rule 5.1(j), to seal and file the attached document in connection with the pending motions to dismiss. The grounds are set forth in the accompanying Memorandum of Law in Support of Motion To Seal and File, dated July 10, 2008.

Dated: New York, NY
      July 10, 2008

                By:_____

                    Daniel L. Abrams
                    2 Penn Plaza, Suite 1910
                    New York, New York 10121
                    (212) 292-5663
                    *Pro Hac Vice* Admission

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                                        )
JACK J. GRYNBERG, GRYNBERG                                              )
PRODUCTION CORPORATION (TX),                                            )
GRYNBERG PRODUCTION CORPORATION                                         )
(CO) and PRICASPIAN DEVELOPMENT                                         )
CORPORATION (TX),                                                       )
                                                                        )   08 Civ. 301
                                                                        )   Judge Bates
                          Plaintiffs,                                   )
                                                                        )
        -and-                                                           )
                                                                        )
                                                                        )
BP P.L.C., a United Kingdom corporation d/b/a                           )
BP CORP NORTH AMERICA INC., an Indiana                                  )
corporation, STATOILHYDRO ASA, a Norwegian                              )
corporation, BG GROUP P.L.C., a United                                  )
Kingdom corporation, BG NORTH AMERICA, a                                )
Texas corporation, JOHN BROWNE, ANTHONY                                 )
HAYWARD, PETER SUTHERLAND, HELGE                                        )
LUND, EIVIND REITEN, ROBERT WILSON,                                     )
FRANK CHAPMAN, individuals,                                             )
                                                                        )
                          Defendants.                                   )
                                                                        )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X


**MEMORANDUM OF LAW**
**IN SUPPORT OF MOTION TO SEAL AND FILE**

1

Pursuant to Local Rule 5.1(j), Plaintiffs respectfully submit this Memorandum of Law in Support of its Motion to Seal and File the document attached to the Motion.

On June 26, Plaintiffs served its briefs in opposition to the motions to dismiss of all appearing Defendants in this case (BP, p.l.c., StatoilHydro, John Browne, Peter Sutherland, and Anthony Heyward). Plaintiffs also moved to file certain opposition documents under seal on June 26.

The June 26 motion to seal, as well as prior motions to seal by both Plaintiffs and certain defendants, discussed the confidentiality provisions which govern use of some of the relevant documents in this case.

On June 27, Plaintiffs received further evidence of a payment made by Defendant BP to James Giffen in the calender year 2000. This payment is reflected in the document we request be filed under seal. This document provides further evidence supporting the central point of this case – Defendants BP and Statoil, along with its senior leadership, have conspired to use Mr. Giffen as an intermediary to bribe Senior officials of the Republic of Kazakhstan in connection with BP's and Statoil's prior interests in a consortium of oil companies developing one of the world's largest oil fields in the Kazakh portion of the offshore Caspian Sea. <u>See</u> <u>Generally</u> Docket Entry # 36. Regrettably, this evidence was not made available to Plaintiffs or

Counsel until the day after Plaintiffs' opposition papers were due.  See Minute Entry Dated June 3, 2008.

This additional document provides additional support for the scheme which we believe is already alleged adequately in the Verified Complaint.  However, to the extent the Court questions the reasonableness of any of the inferences Plaintiffs have drawn, in an abundance of caution Plaintiffs have submitted certain exhibits in connection with their opposition papers, and we respectfully request that this additional exhibit also be considered.

We also request permission to file this document under seal, as it was obtained through the confidential arbitration.  As previously explained (Docket Entry # 33), Plaintiffs seek to strike a balance between adhering to the confidentiality provisions surrounding the arbitration and ensuring that wrongdoing in a matter of substantial concern to the public does not escape scrutiny.

Dated: July 10, 2008

By:_____

Daniel L. Abrams
2 Penn Plaza, Suite 1910
New York, New York 10121
(212) 292-5663
*Pro Hac Vice* Admission

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                     )
JACK J. GRYNBERG, GRYNBERG                                           )
PRODUCTION CORPORATION (TX),                                         )
GRYNBERG PRODUCTION CORPORATION                                      )
(CO) and PRICASPIAN DEVELOPMENT                                      )
CORPORATION (TX),                                                    )    08 Civ. 301
                                                                     )    Judge Bates
                        Plaintiffs,                                  )
                                                                     )
          -and-                                                      )
                                                                     )
BP P.L.C., a United Kingdom corporation d/b/a                        )
BP CORP NORTH AMERICA INC., an Indiana                               )
corporation, STATOILHYDRO ASA, a Norwegian                           )
corporation, BG GROUP P.L.C., a United                               )
Kingdom corporation, BG NORTH AMERICA, a                             )
Texas corporation, JOHN BROWNE, ANTHONY                              )
HAYWARD, PETER SUTHERLAND, HELGE                                     )
LUND, EIVIND REITEN, ROBERT WILSON,                                  )
FRANK CHAPMAN, individuals,                                          )
                                                                     )
                        Defendants.                                  )
                                                                     )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

**PROPOSED ORDER**

`       Upon consideration of the Motion to Seal, dated July 14, 2008, and the

Memorandum of Law in support, it is this _____ day of _____ 2008, hereby

      **ORDERED,** that Plaintiffs' Motion to Seal and the attached

Memorandum of Law In Support Thereof is hereby SEALED.

_____
United States District Judge