United States District Court

District of Columbia

| | |
|---|---|
| Jack J. Grynberg et. al., | Case No.: 1:08-CV-301 |
|  | Judge Bates |
| Plaintiffs, |  |
| vs. |  |
| BP P.L.C. et. al., |  |
| Defendants. |  |

NOTICE OF FILING OF DOCUMENT UNDER SEAL

NOW COMES PLAINTIFFS, by and through its attorney, Kelly Pride Hebron of Pride Law Office LLC and pursuant to Local Civil Rule 5.1 files this Notice of Filing of the following documents:

1. Motion to Seal Document
2. Memorandum of Law in Support of Motion to Seal
3. Exhibit to Motion to Seal
4. Affirmation of Service

Dated this 14th day of July, 2008

By:/s/Kelly Pride Hebron
Bar #MD13597
Pride Law Office LLC
1400 Mercantile Lane,
Suite 208
Largo, Maryland 20708

Certificate of Service

I hereby certify that on June 26, 2008 I caused the foregoing Notice of Filing to be filed on the Court's CM/ECF system for service on all record counsel.

/s/Kelly Pride Hebron