IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), )
) 08 Civ. 301
) Judge Bates
Plaintiffs, )
)
-and- )
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
FRANK CHAPMAN, individuals, )
)
Defendants. )
)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, in light of the Court of Appeals decision in <u>FC Inv. Group, LC v. IFX Markets, Ltd.</u>, ____ F.3d ____, 2008 WL 2468431 (D.C. Cir. June 20, 2008), and pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs voluntarily dismiss the above-captioned action, without prejudice, against Defendants Helge Lund, Eivind Reiten, Robert Wilson and Frank Chapman.

Dated: July 14, 2008

                                                          By:_____

                                                          Daniel L. Abrams  
                                                          2 Penn Plaza, Suite 1910  
                                                          New York, New York 10121  
                                                          (212) 292-5663  
                                                          *Pro Hac Vice* Admission