UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- x
                                      :
JACK J. GRYNBERG, GRYNBERG             :
PRODUCTION CORPORATION (TX),           :
GRYNBERG PRODUCTION CORPORATION        :
(CO) and PRICASPIAN DEVELOPMENT        :
CORPORATION (TX),                      :
                                      :
                Plaintiffs,            : Civil Action No. 1:08-cv-00301 JDB
        v.                             :
                                      :
BP p.l.c., STATOILHYDRO ASA, BG GROUP  :
p.l.c., JOHN BROWNE, ANTHONY           :
HAYWARD, PETER SUTHERLAND,             :
HELGE LUND, EIVIND REITEN,             :
ROBERT WILSON, FRANK CHAPMAN,          :
                                      :
                Defendants.            :
                                      :
------------------------------------- x

**BP P.L.C.'S MOTION TO SEAL REPLY MEMORANDUM**

Pursuant to Local Civil Rule 5.1(j) and upon the Memorandum of Points and Authorities of BP p.l.c. ("BP") in Support of its Motion to Seal, previously filed with the Court on May 23, 2008 (Docket Entry No. 25), as well as this Court's May 28, 2008 Minute Order granting BP's prior Motion to Seal, defendant BP hereby respectfully moves for an order sealing BP's Reply Memorandum of Points and Authorities in Further

- 2 -

Support of its Motion to Compel Arbitration and Dismiss the Complaint.

Dated: Washington, D.C.
      July 18, 2008

                Respectfully submitted,

                /s/ Daryl A. Libow
                Daryl A. Libow (D.C. Bar No. 446314)
                Bruce W. Hickey (D.C. Bar No. 479036)
                SULLIVAN & CROMWELL LLP
                1701 Pennsylvania Avenue, N.W.
                Washington, D.C.  20006
                Phone:  (202) 956-7500
                Facsimile:  (202) 293-6330

*Counsel for Defendants BP p.l.c.,*
*Lord Browne of Madingley,*
*Anthony Hayward, and Peter Sutherland*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
JACK J. GRYNBERG, GRYNBERG                                       :
PRODUCTION CORPORATION (TX),                                     :
GRYNBERG PRODUCTION                                              :
CORPORATION (CO) and PRICASPIAN                                  :
DEVELOPMENT CORPORATION (TX),                                    :
                                                                 :
                              Plaintiffs,                        :
                                                                 :
               v.                                                : Civil Action No. 1:08-cv-00301 JDB
                                                                 :
BP p.l.c., STATOILHYDRO ASA, BG                                  :
GROUP p.l.c., JOHN BROWNE,                                       :
ANTHONY HAYWARD, PETER                                           :
SUTHERLAND, HELGE LUND,                                          :
EIVIND REITEN, ROBERT WILSON,                                    :
FRANK CHAPMAN,                                                   :
                                                                 :
                              Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **[PROPOSED] ORDER**

Upon consideration of the points set forth in the Motion to Seal Reply Memorandum of defendant BP p.l.c. ("BP"), it is this _____ day of _____, 2008, hereby

**ORDERED**, that BP's Motion to Seal Reply Memorandum be, and the same hereby is, **GRANTED**; and further

**ORDERED**, that the Reply Memorandum of Points and Authorities of BP p.l.c. in Further Support of its Motion to Compel Arbitration and Dismiss the Complaint shall be sealed until further order.

_____
United States District Judge

- 2 -

The following attorneys are entitled to be notified of the entry of this order:

Kelly Pride Hebron
PRIDE LAW OFFICE LLC
1400 Mercantile Lane, Suite 208
Largo, Maryland 20774

Daniel L. Abrams
THE LAW OFFICE OF DANIEL L. ABRAMS, PLLC
2 Penn Plaza, Suite 1910
New York, New York 10121

*Counsel for Plaintiffs*


Paul T. Weinstein
Kenneth Marc Bialo
Matthew Kennedy McCoy
EMMET, MARVIN & MARTIN, LLP
120 Broadway
New York, New York 10271

*Counsel for Defendants StatoilHydro ASA and*
*Helge Lund*


Daryl A. Libow
Bruce W. Hickey
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

*Counsel for Defendants BP p.l.c.,*
*Lord Browne of Madingley,*
*Anthony Hayward, and Peter Sutherland*