UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JACK J. GRYNBERG, GRYNBERG
PRODUCTION CORPORATION (TX),
GRYNBERG PRODUCTION CORPORATION
(CO) and PRICASPIAN DEVELOPMENT
CORPORATION (TX),

                Plaintiffs,

   v.

BP p.l.c., STATOILHYDRO ASA, BG GROUP
p.l.c., JOHN BROWNE, ANTHONY
HAYWARD, PETER SUTHERLAND,
HELGE LUND, EIVIND REITEN,
ROBERT WILSON, FRANK CHAPMAN,

                Defendants.

Civil Action No. 1:08-cv-00301 JDB

---

## BP P.L.C.'S NOTICE OF FILING OF SEALED DOCUMENT

Notice is given that a sealed document was today filed in paper format with the Court by defendant BP p.l.c. This document is not available for public viewing.

Dated: Washington, DC
       July 18, 2008

                        Respectfully submitted,

                        /s/ Bruce W. Hickey
                      Daryl A. Libow (D.C. Bar No. 446314)
                      Bruce W. Hickey (D.C. Bar No. 479036)
                      SULLIVAN & CROMWELL LLP
                      1701 Pennsylvania Avenue, N.W.
                      Washington, D.C. 20006
                      Phone: (202) 956-7500
                      Facsimile: (202) 293-6330

                      *Counsel for Defendants BP p.l.c.,*
                      *Lord Browne of Madingley,*
                      *Anthony Hayward, and Peter Sutherland*