IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), ) Civil Action No. 1:08-cv-00301 JDB
)
Plaintiffs, )
)
-and- )
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals, )
)
Defendants. )
)
------------------------------------x

**DEFENDANT STATOILHYDRO ASA'S MOTION TO SEAL REPLY**

Defendant StatoilHydro ASA respectfully moves this Court for an Order sealing the Reply Memorandum of Law in Support of the Motion of Defendant StatoilHydro ASA's Motion to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending Arbitration, dated July 18, 2008 (the "Reply Memorandum"), and the Reply Declaration of Matthew K. McCoy, in Support of the Motion of Defendant StatoilHydro ASA's Motion to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending

Arbitration, dated July 18, 2008, including exhibits thereto (together with the Memorandum, collectively the "Reply").

The grounds for this Motion are the same as those set out in the Memorandum in Support of Defendant StatoilHydro ASA's Motion to Seal, dated May 23, 2008, and the Declaration of Matthew K. McCoy in Support of Defendant StatoilHydro ASA's Motion to Seal, and exhibits thereto, dated May 23, 2008, which apply equally to the Reply.

StatoilHydro ASA's Motion to Seal, dated May 23, 2008, was granted by Order of this Court, signed and entered on May 28, 2008. This Motion should be granted for the same reasons.

Plaintiffs' counsel have advised that they have no objection to the Motion.

WHEREFORE, defendant StatoilHydro ASA asks the Court to grant this Motion to Seal in its entirety, and for such other and further relief as to this Court seems just and proper.

Dated: New York, New York
       July 18, 2008

/s/ Paul T. Weinstein
D.C. Bar No. NY0093

Respectfully submitted,

/s/ Kenneth M. Bialo

Kenneth M. Bialo, *pro hac vice*
Matthew K. McCoy, *pro hac vice*

EMMET, MARVIN & MARTIN, LLP,
120 Broadway,
New York, New York 10271.
(212) 238-3000

Attorneys for Defendant StatoilHydro ASA

2

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), ) Civil Action No. 1:08-cv-00301 JDB
)
Plaintiffs, )
)
-and- )
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON )
and FRANK CHAPMAN, individuals, )
)
Defendants. )
)
------------------------------------x

**PROPOSED ORDER GRANTING
DEFENDANT STATOILHYDRO ASA'S
MOTION TO SEAL REPLY**

Upon consideration of Defendant StatoilHydro ASA's Motion to Seal Reply dated July 18, 2008, the Memorandum in Support of Defendant StatoilHydro ASA's Motion to Seal, dated May 23, 2008, and the Declaration of Matthew K. McCoy in Support of Defendant StatoilHydro ASA's Motion to Seal, and exhibits thereto, dated May 23, 2008, it is hereby

**ORDERED,** that Defendant StatoilHydro ASA's Motion to Seal Reply Materials is

**GRANTED,** and it is

**FURTHER ORDERED,** that the Reply Memorandum of Law in Support of the Motion of Defendant StatoilHydro ASA to Motion to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending Arbitration, dated July 18, 2008, and the Reply Declaration of Matthew K. McCoy in Support of the Motion of Defendant StatoilHydro ASA to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending Arbitration, dated July 18, 2008, including exhibits thereto, are sealed until further Order of the Court.

_____
United States District Judge

NOTICE TO:

Kelly Pride Hebron,
PRIDE LAW OFFICE LLC,
1400 Mercantile Lane, Suite 208,
Largo, MD 20774.

Daniel L. Abrams, Esq.,
Law Office of Daniel L. Abrams, PLLC,
2 Penn Plaza, Suite 1910,
New York, NY 10121.

Daryl A. Libow, Esq.
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue
Washington, D.C. 20006

Kenneth M. Bialo, Esq.,
Matthew K. McCoy, Esq.,
Paul T. Weinstein, Esq.
Emmet, Marvin & Martin, LLP,
120 Broadway,
New York, New York 10271.

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), ) Civil Action No.1:08-cv-00301 JDB
)
              Plaintiffs, )
)
  -and- )
) **AFFIDAVIT OF SERVICE**
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals, )
)
              Defendants. )
)
------------------------------------x

STATE OF NEW YORK  )
                        ) ss.:
COUNTY OF NEW YORK  )

       The undersigned, being duly sworn, deposes and says:

       I am over eighteen years of age, am not a party to this action, and I reside in New York, New York.

       1)    That on July 18, 2008 deponent electronically filed in the Court's electronic filing system the following on behalf of StatoilHydro ASA:

          (i)    Defendant StatoilHydro ASA's Motion to Seal, dated July 18, 2008, with a Proposed Order;

       2)    Furthermore, on July 18, 2008, deponent served hard copies of the above mentioned documents, together with hard copies of the documents listed below:

(ii) Reply Declaration of Matthew K. McCoy, dated July 18, 2008, in Support of the Motion of Defendant StatoilHydro ASA to Dismiss the Complaint, or Alternatively Stay All Proceedings Pending Arbitration, dated May 23, 2008.

(iv) Reply Memorandum of Law in Support of the Motion of Defendant StatoilHydro ASA to Dismiss the Complaint, or Alternatively Stay all Proceedings Pending Arbitration, dated May 23, 2008.

by depositing a true copy of same enclosed in a postpaid properly addressed envelope for overnight delivery by Federal Express to the parties set fourth below:

Daniel L. Abrams, Esq.  
Law Office of Daniel L. Abrams, PLLC  
2 Penn Plaza, Suite 1910  
New York, N.Y. 10121  
*Counsel for Plaintiffs*

Daryl A. Libow, Esq.  
Sullivan & Cromwell, LLP  
1701 Pennsylvania Avenue  
Washington, DC 20006  
*Counsel for Defendant BP P.L.C.*

_____  
Luis M. Gonzalez

Sworn to before me this  
18th day of July, 2008

_____  
Notary Public

SUSAN M. CONTI  
Notary Public, State of New York  
No. 01CO4878646  
Qualified in Rockland County  
Commission Expires November 24, 2010