IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), ) Civil Action No. 1:08-cv-00301 JDB
)
           Plaintiffs, )
) **NOTICE REGARDING**
    -and- ) **FILING OF SEALED MATERIAL**
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals, )
)
           Defendants. )
------------------------------------x

    Notice is given that a sealed document was filed in paper format with the court.

This document is not available for public viewing.


Dated: New York, New York
        July 18, 2008

                                                Respectfully submitted,

                                                */s/ Kenneth M. Bialo*

                                                Kenneth M. Bialo, *pro hac vice*
                                                Matthew K. McCoy, *pro hac vice*
                                                EMMET, MARVIN & MARTIN, LLP,
*/s/ Paul T. Weinstein*                       120 Broadway,
D.C. Bar No. NY0093                   New York, New York 10271.
                                                (212) 238-3000

                                                Attorneys for Defendant StatoilHydro ASA