IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
| | |
|---|---|
| JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO) and PRICASPIAN DEVELOPMENT CORPORATION (TX), | ) ) ) ) ) Civil Action No. 1:08-cv-00301 JDB |
| Plaintiffs, | ) ) |
| -and- | ) **NOTICE REGARDING** ) **FILING OF SEALED MATERIAL** ) |
| BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation, STATOILHYDRO ASA, a Norwegian corporation, BG GROUP P.L.C., a United Kingdom corporation, BG NORTH AMERICA, a Texas corporation, JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND, HELGE LUND, EIVIND REITEN, ROBERT WILSON, and FRANK CHAPMAN, individuals, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Notice is given that a sealed document was filed in paper format with the court.

This document is not available for public viewing.


Dated: New York, New York
       July 18, 2008

                                        Respectfully submitted,

                                        */s/  Kenneth M. Bialo*

                                        Kenneth M. Bialo, *pro hac vice*
                                        Matthew K. McCoy, *pro hac vice*
                                        EMMET, MARVIN & MARTIN, LLP,
*/s/  Paul T. Weinstein*                 120 Broadway,
D.C. Bar No. NY0093                      New York, New York 10271.
                                        (212) 238-3000

                                        Attorneys for Defendant StatoilHydro ASA