## United States District Court

## District of Columbia

| | |
|---|---|
| Jack J. Grynberg et. al., | : Case No.: 1:08-CV-301 |
| | : Judge Bates |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| BP P.L.C. et. al., | : |
| | : |
| Defendants. | : |

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

NOW COMES PLAINTIFFS, by and through its attorney, Kelly Pride Hebron of Pride

Law Office LLC and pursuant to Local Civil Rule 5.1 files this Notice of Filing of the following

documents:

1.  Motion to Seal Document
2.  Memorandum of Law in Support of Motion to Seal
3.  Exhibits to Motion to Seal
4.  Affirmation of Service

Dated this 30th day of July, 2008

By:/s/Kelly Pride Hebron
Bar #MD13597
Pride Law Office LLC
1400 Mercantile Lane,
Suite 208
Largo, Maryland 20708

### Certificate of Service

I hereby certify that on July 30, 2008 I caused the foregoing Notice of Filing to be filed on the Court's
CM/ECF system for service on all record counsel.

/s/Kelly Pride Hebron