IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), )
) 08 Civ. 301
) Judge Bates
Plaintiffs, )
)
-and- )
)
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
FRANK CHAPMAN, individuals, )
)
Defendants. )
)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFFS' MOTION TO SEAL SUR-OPPOSITION PAPERS**

Plaintiffs respectfully move this Court for an order, pursuant to Local Rule 5.1(j), to seal the attached papers in further opposition to the Motions to Dismiss of Defendants BP P.L.C., StatoilHydro ASA, John Browne, Peter Sutherland and Anthony Heyward.  The grounds are set forth in the

accompanying Memorandum of Law in Support of Motion To Seal, dated July 30, 2008.

Dated: New York, NY
July 30, 2008

By:_____

Daniel L. Abrams
2 Penn Plaza, Suite 1910
New York, New York 10121
(212) 292-5663
*Pro Hac Vice* Admission

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), )
) 08 Civ. 301
) Judge Bates
Plaintiffs, )
)
-and- )
)
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
FRANK CHAPMAN, individuals, )
)
)
Defendants. )
)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

**PLAINTIFFS' MEMORADNUM OF LAW IN SUPPORT OF MOTION TO SEAL SUR-OPPOSITION BRIEF AND ATTACHMENTS**

Pursuant to Local Rule 5.1(j), Plaintiffs respectfully submit this Memorandum of Law in Support of its Motion to Seal the accompanying sur-opposition brief and attachments.

Plaintiffs have previously made motions to seal submissions which have included and/or referred to documents related to or obtained through

the confidential arbitration.  See Generally Docket Entries #31, 33, 34, and 43.  For the reasons previously explained, such documents raise confidentiality concerns.  Plaintiffs seek to file such documents under seal in furtherance of their previously-stated goal of striking a balance between adhering to the confidentiality provisions surrounding the arbitration and ensuring that wrongdoing in a matter of substantial public concern does not escape judicial scrutiny.

Dated: New York, NY
July 30, 2008

By:_____

Daniel L. Abrams
2 Penn Plaza, Suite 1910
New York, New York 10121
(212) 292-5663
*Pro Hac Vice* Admission

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                       )
JACK J. GRYNBERG, GRYNBERG                                             )
PRODUCTION CORPORATION (TX),                                           )
GRYNBERG PRODUCTION CORPORATION                                        )
(CO) and PRICASPIAN DEVELOPMENT                                        )
CORPORATION (TX),                                                      )     08 Civ. 301
                                                                       )     Judge Bates
                    Plaintiffs,                                        )
                                                                       )
        -and-                                                          )
                                                                       )
BP P.L.C., a United Kingdom corporation d/b/a                          )
BP CORP NORTH AMERICA INC., an Indiana                                 )
corporation, STATOILHYDRO ASA, a Norwegian                             )
corporation, BG GROUP P.L.C., a United                                 )
Kingdom corporation, BG NORTH AMERICA, a                               )
Texas corporation, JOHN BROWNE, ANTHONY                                )
HAYWARD, PETER SUTHERLAND, HELGE                                       )
LUND, EIVIND REITEN, ROBERT WILSON,                                    )
FRANK CHAPMAN, individuals,                                            )
                                                                       )
                    Defendants.                                        )
                                                                       )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

**PROPOSED ORDER**

`       Upon consideration of the Motion to Seal, dated July 30, 2008, and the

Memorandum of Law in support, it is this _____ day of _____ 2008, hereby

   **ORDERED,** that Plaintiffs' Sur-Opposition in further opposition to

the Motions to Dismiss of Defendants BP P.L.C., StatoilHydro ASA, John

Browne, Anthony Heyward and Peter Sutherland, the Affidavit of Jack J.

Grynberg, sworn to on July 22, 2008, plus attachments, and the Declaration of Daniel L. Abrams, dated July 30, 2008, plus exhibit, is hereby SEALED.

_____
United States District Judge