IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), ) 08 Civ. 301
) Judge Bates
Plaintiffs, )
)
-and- )
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
FRANK CHAPMAN, individuals, )
)
Defendants. )
)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## AFFIRMATION OF SERVICE

I, Daniel L. Abrams, hereby affirms under penalty of perjury:

1. I am admitted pro hac vice for purposes of representing Plaintiffs in this case. I am the principal in the Law Office of Daniel L. Abrams, PLLC, and I (along with Kelly Pride Hebron) represent each of the Plaintiffs in this matter.

2. On July 30, 2008, I caused a true and correct copy of (a) the Memorandum of Law in Support of the Motion to Seal, dated July 10, 3008, (b) Plaintiffs' Motion to

1

2

Seal, dated July 30, 2008, (c) proposed order; (d) Plaintiffs' Motion to File Sur-Opposition To Defendants' Motions To Dismiss; (e) Declaration of Daniel L. Abrams, Dated July 30, 2008; and (f) Affidavit of Jack J. Grynberg, dated July 22, 2008; to be delivered, by placing the foregoing into an envelope and than into the exclusive custody and control of the United States Postal Service, with instructions for First Class mail delivery upon the following counsel:

**Daryl Andrew Libow**
**Bruce W. Hickey**
SULLIVAN & CROMWELL, LLP
1701 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006-5866
(202) 956-7500
Attorneys For Defendants BP P.L.C., John Browne, Tony Hayward and Peter Sutherland

**Kenneth Marc Bialo**
**Paul T. Weinstein**
**Matthew Kennedy McCoy**
EMMET, MARVIN & MARTIN, LLP
120 Broadway
New York, NY 10271
(212) 238-3000
Fax: (212) 238-3100
Attorneys For Defendant StatoilHydro ASA

                                                                                                                                                                               _____
                                                        Daniel L. Abrams
                                                         July 30, 2008