CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Jack J. Grynberg et. al.
_____
          Plaintiff(s)

vs.                                                                Civil Action No. 08-cv-301

BP P.L.C. et. al.
_____
          Defendant(s)


## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __30th__ day of __July__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) BG Group P.L.C. was [were] (select one):

☐ personally served with process on _____.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: 28 U.S.C. 1608(b)(3)(B)_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Kelly Pride Hebron
_____
Attorney for Plaintiff(s) [signature]

Pride Law Office P.C.
1400 Mercantile Lane
Suite 208
Largo, Maryland 20774
301.583.4633 x103

MD13597
_____
Bar Id. Number                                    Name, Address and Telephone Number