# UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG, ET AL.,<br>    PLAINTIFF/PETITIONER<br>VS.<br><br>BP P.L.C., A UNITED KINGDOM CORPORATION DBA BP CORP NORTH AMERICA INC., AN INDIANA CORPORATION, ET AL.,<br>    DEFENDANT/RESPONDENT | CAUSE #: 1:08-CV-00301<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 4966128

**ORIGINAL**
**PROOF OF SERVICE**

SAM YAHN, ESQ.
5299 D.T.C. BLVD. #500
GREENWOOD VILLAGE, CO 80111
303 850-7490

Page 1 of 1
CR_W GENEVA

SFP 2008 - 4687

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date):
   que le demande a ete executee le (date):
   **Tuesday 10 June 2008**

   -at (place, street, number):
   -a (localite, rue, numero):
   **100 Thames Valley Park Drive, Reading, RG6 1PT, England (the registered office of BG Group Plc)**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
      ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
      selon la forme particuliere suivante:
      **Personally served upon BG Group Plc at the direction of the Senior Master of the Queen's Bench Division of the Supreme Court of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the Supreme Court of England and Wales, by a method prescribed by the internal law of England and Wales for the service of documents in domestic actions upon persons who are within its territory**

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
      ~~par remise simple~~

   the documents referred to in the request have been delivered to:
   les documents mentionnes dans la demande ont ete remis a:

   - (identity and description of person):
   - (identite et qualite de la personne):
     **Jason Tunnicliffe**

   - relationship to the addressee (family, business or other):
   - liens de parente de subordinaion ou autres avec le desinataire de l'acts:
     **Solicitor employed by BG Group Plc and authorised to accept service**

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformenent a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci joint~~

Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): 7th July 08
le:

-9 JUL 2008

Signature and/or stamp:
Signature et/ou cachet:

26.1.324

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| JACK J. GRYNBERG, et al | |
|---|---|
| Plaintiff, | Case No. BC3654551:08-cv-00301 |
| v. | |
| BP plc, et al | |
| Defendants. | |

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents in Civil or Commercial Matters**

I, **DAVID LLEWELYN MORGAN**, Process Server, of 4 Church Lane, Great Gonerby, Grantham, NG31 8JU, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman a Solicitor of the Supreme Court of England and Wales who was in turn acting at the direction of the Central Authority of England and Wales.

2. On Tuesday the 10th day of June 2008 before 1700 hours I served BG Group plc, one of the Defendants herein, with the Summons herein, together with the Motion, Affidavit, Memorandum with Exhibits, Order, Verified Complaint and Jury Demand and Exhibits, together with the Hague Convention Summary of the Document to be Served, by handing them to and leaving them with Jason Tunnicliffe, Solicitor employed by BG Group plc, who confirmed that he was authorised to accept service on behalf of BG Group plc, at its registered office at 100 Thames Valley Park Drive, Reading, RG6 1PT, England, which is a method of service in accordance with English Court rules.

3. Exhibited hereto marked "A" is a bundle containing a copy of each of the documents so served by me.

4. Service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

I believe that the facts stated in this witness statement are true

Dated: 2 July 2008

Signed: _____
DAVID LLEWELYN MORGAN

I hereby certify that this is a true copy of the original

Signature _____
G H Bridgman LLB Solicitor