Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JACK J. GRYNBERG ET AL.,

    Plaintiff(s)

V.

Civil Action No. 1:08-cv-00301-JDB

BP P.L.C. et al

    Defendant(s)

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on JUNE 10, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this  30  day of  JULY , 2008  declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: TERRI C ROBINSON-BARRETT
Deputy Clerk