Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JACK J. GRYNBERG ET AL.,

    Plaintiff(s)

V.

BP P.L.C. et al

    Defendant(s)

Civil Action No. 1:08-cv-00301-JDB

RE: BG GROUP P.L.C. doing business as BG GROUP NORTH AMERICA, LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on JUNE 10, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 4th day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ TERRI C ROBINSON-BARRETT

Deputy Clerk