IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
JACK J. GRYNBERG, GRYNBERG            )
PRODUCTION CORPORATION (TX),          )
GRYNBERG PRODUCTION CORPORATION       )
(CO) and PRICASPIAN DEVELOPMENT       )
CORPORATION (TX),                     ) Civil Action No. 1:08-cv-00301 JDB
                                      )
            Plaintiffs,               )
                                      ) **NOTICE REGARDING**
      -and-                           ) **FILING OF SEALED MATERIAL**
                                      )
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals,       )
                                      )
            Defendants.               )
------------------------------------x

Notice is given that a sealed document, the Memorandum of Defendant StatoilHydro ASA in Opposition to Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss the Verified Complaint, dated August 6, 2008, was filed in paper format with the court.

This document is not available for public viewing.

Dated: New York, New York
       August 6, 2008

                                    Respectfully submitted,

                                    /s/ Kenneth M. Bialo
                                    _____

                                    Kenneth M. Bialo, *pro hac vice*
                                    Matthew K. McCoy, *pro hac vice*
                                    EMMET, MARVIN & MARTIN, LLP,
/s/ Paul T. Weinstein               120 Broadway,
D.C. Bar No. NY0093                 New York, New York 10271.
                                    (212) 238-3000

                                    Attorneys for Defendant StatoilHydro ASA

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), ) Civil Action No. 1:08-cv-00301 JDB
)
             Plaintiffs, )
)
   -and- )
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON )
and FRANK CHAPMAN, individuals, )
)
             Defendants. )
)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PROPOSED ORDER GRANTING
DEFENDANT STATOILHYDRO ASA'S
MOTION TO SEAL THE MEMORANDUM OF DEFENDANT
STATOILHYDRO ASA IN OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE A SUR-OPPOSITION TO
<u>DEFENDANTS' MOTIONS TO DISMISS THE VERIFIED COMPLAINT</u>**

Upon consideration of Defendant StatoilHydro ASA's Motion to Seal

Memorandum of Defendant StatoilHydro ASA in Opposition to Plaintiffs' Motion for

Leave to File a Sur-Opposition to Defendants' Motions to Dismiss the Verified

Complaint, dated August 6, 2008, with Addendum annexed thereto, the Memorandum in

Support of Defendant StatoilHydro ASA's Motion to Seal, dated May 23, 2008, and the Declaration of Matthew K. McCoy in Support of Defendant StatoilHydro ASA's Motion to Seal, and exhibits thereto, dated May 23, 2008, it is hereby

**ORDERED**, that Defendant StatoilHydro ASA's Motion to Seal Memorandum of Defendant StatoilHydro ASA in Opposition to Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss the Verified Complaint is **GRANTED,** and it is

**FURTHER ORDERED,** that the Memorandum of Defendant StatoilHydro ASA in Opposition to Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss the Verified Complaint, dated August 6, 2008, including the Addendum annexed thereto, is sealed until further Order of the Court.

_____
United States District Judge

NOTICE TO:

    Kelly Pride Hebron,
    PRIDE LAW OFFICE LLC,
    1400 Mercantile Lane, Suite 208,
    Largo, MD 20774.

    Daniel L. Abrams, Esq.,
    Law Office of Daniel L. Abrams, PLLC,
    2 Penn Plaza, Suite 1910,
    New York, NY 10121.

    Daryl A. Libow, Esq.
    Sullivan & Cromwell LLP
    1701 Pennsylvania Avenue
    Washington, D.C. 20006

    Kenneth M. Bialo, Esq.,
    Matthew K. McCoy, Esq.,
    Paul T. Weinstein, Esq.
    Emmet, Marvin & Martin, LLP,
    120 Broadway,
    New York, New York 10271.