IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
                                    )
JACK J. GRYNBERG, GRYNBERG          )
PRODUCTION CORPORATION (TX),        )
GRYNBERG PRODUCTION CORPORATION     )
(CO) and PRICASPIAN DEVELOPMENT     )
CORPORATION (TX),                   )   Civil Action No. 1:08-cv-00301 JDB
                                    )
              Plaintiffs,           )
                                    )
        -and-                       )
                                    )
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE    )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals,     )
                                    )
              Defendants.           )
                                    )
------------------------------------x

**DEFENDANT STATOILHYDRO ASA'S MOTION TO SEAL THE
MEMORANDUM OF DEFENDANT STATOILHYDRO ASA
IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE A SUR-OPPOSITION TO DEFENDANTS'
<u>MOTIONS TO DISMISS THE VERIFIED COMPLAINT</u>**

Defendant StatoilHydro ASA respectfully moves this Court for an Order sealing the Memorandum of Defendant StatoilHydro ASA in Opposition to Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss the Verified Complaint, dated August 6, 2008, including the Addendum annexed thereto ("Statoil's Memorandum in Opposition to Filing of Sur-Opposition").

The grounds for this Motion are the same as those set out in the Memorandum in Support of Defendant StatoilHydro ASA's Motion to Seal, dated May 23, 2008, and the Declaration of Matthew K. McCoy in Support of Defendant StatoilHydro ASA's Motion to Seal, and exhibits thereto, dated May 23, 2008, which apply equally to Statoil's Memorandum in Opposition to Filing of Sur-Opposition, with the Addendum annexed thereto.

Statoil's Motion to Seal, dated May 23, 2008, was granted by Order of this Court, signed and entered on May 28, 2008. StatoilHydro ASA's Motion to Seal Reply, dated July 18, 2008, was also granted by Order of this Court, signed and entered on August 1, 2008. This Motion should be granted for the same reasons.

Plaintiffs' counsel have advised that they have no objection to this Motion.

WHEREFORE, defendant StatoilHydro ASA asks the Court to grant this Motion to Seal Statoil's Memorandum in Opposition to Filing of Sur-Opposition in its entirety, including the Addendum annexed thereto, and for such other and further relief as to this Court seems just and proper.

Dated: New York, New York
August 6, 2008

Respectfully submitted,

/s/ Kenneth M. Bialo

Kenneth M. Bialo, *pro hac vice*
Matthew K. McCoy, *pro hac vice*

EMMET, MARVIN & MARTIN, LLP,
120 Broadway,
New York, New York 10271.
(212) 238-3000

/s/ Paul T. Weinstein
D.C. Bar No. NY0093

Attorneys for Defendant StatoilHydro ASA

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------x
                                    )
JACK J. GRYNBERG, GRYNBERG          )
PRODUCTION CORPORATION (TX),        )
GRYNBERG PRODUCTION CORPORATION     )
(CO) and PRICASPIAN DEVELOPMENT     )
CORPORATION (TX),                   )   Civil Action No. 1:08-cv-00301 JDB
                                    )
                Plaintiffs,         )
                                    )
        -and-                       )
                                    )
BP P.L.C., a United Kingdom corporation d/b/a  )
BP CORP NORTH AMERICA INC., an Indiana         )
corporation, STATOILHYDRO ASA, a Norwegian     )
corporation, BG GROUP P.L.C., a United         )
Kingdom corporation, BG NORTH AMERICA, a       )
Texas corporation, JOHN BROWNE, ANTHONY        )
HAYWARD, PETER SUTHERLAND, HELGE               )
LUND, EIVIND REITEN, ROBERT WILSON             )
and FRANK CHAPMAN, individuals,                )
                                    )
                Defendants.         )
                                    )
------------------------------------x
```

**PROPOSED ORDER
DENYING
PLAINTIFFS' MOTION FOR LEAVE TO FILE
A SUR-OPPOSITION TO DEFENDANTS'
<u>MOTIONS TO DISMISS THE VERIFIED COMPLAINT</u>**

Upon consideration of the Memorandum of Defendant StatoilHydro ASA in Opposition to Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motion to Dismiss, including the Addendum thereto, dated August 6, 2008, as well as Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss

the Verified Complaint, dated July 30, 2008, Plaintiffs' Sur-Opposition to Motion to Dismiss, dated July 30, 2008, the Affidavit of Jack J. Grynberg, sworn to July 22, 2008, and the Declaration of Daniel L. Abrams, dated July 30, 2008, including exhibit, it is this __ day of _____, hereby

**ORDERED**, that Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss the Verified Complaint is **DENIED**.

_____
United States District Judge

NOTICE TO:

Kelly Pride Hebron
PRIDE LAW OFFICE LLC
1400 Mercantile Lane, Suite 208
Largo, MD  20774

Daniel L. Abrams, Esq.
Law Office of Daniel L. Abrams, PLLC
2 Penn Plaza, Suite 1910
New York, NY  10121

Paul T. Weinstein, Esq.
Kenneth M. Bialo, Esq.
Matthew K. McCoy, Esq.
Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York  10271

Daryl A. Libow, Esq.
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue
Washington, D.C.  20006