IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), ) Civil Action No.1:08-cv-00301 JDB
)
Plaintiffs, )
)
-and- )
) AFFIDAVIT OF SERVICE
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON, )
and FRANK CHAPMAN, individuals, )
)
Defendants. )
)
------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

The undersigned, being duly sworn, deposes and says:

I am over eighteen years of age, am not a party to this action, and I reside in New York, New York.

1) That on August 6, 2008 deponent electronically filed in the Court's electronic filing system the following on behalf of StatoilHydro ASA:

(i) Defendant StatoilHydro ASA's Motion to Seal the Memorandum of Defendant StatoilHydro ASA in Opposition to Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss the Verified Complaint, dated August 6, 2008;

(ii) Proposed Order Granting Defendant StatoilHydro ASA's Motion to Seal the Memorandum of Defendant StatoilHydro ASA in Opposition to Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss the Verified Complaint; and

(iii) Proposed Order Denying Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss the Verified Complaint.

2) Furthermore, on August 6, 2008, deponent served hard copies of the above mentioned documents, together with a hard copy of the Memorandum of Defendant StatoilHydro ASA in Opposition to Plaintiffs' Motions to Dismiss the Verified Complaint, with attached Addendum,

by depositing a true copy of same enclosed in a postpaid properly addressed envelope for overnight delivery by Federal Express to the parties set fourth below:

Daniel L. Abrams, Esq.
Law Office of Daniel L. Abrams, PLLC
2 Penn Plaza, Suite 1910
New York, N.Y. 10121
*Counsel for Plaintiffs*

Daryl A. Libow, Esq.
Sullivan & Cromwell, LLP
1701 Pennsylvania Avenue
Washington, DC 20006
*Counsel for Defendant BP P.L.C.*

Matthew K. McCoy

Sworn to before me this
6th day of August, 2008

Notary Public

SUSAN M. CONTI
Notary Public, State of New York
No. 01CO4878646
Qualified in Rockland County
Commission Expires November 24, 2010