**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO) and PRICASPIAN DEVELOPMENT CORPORATION (TX), | ) ) ) ) ) ) |

Civil Action No. 1:08-cv-00301 JDB

Plaintiffs,

-and-

BP P.L.C., a United Kingdom corporation d/b/a
BP CORP NORTH AMERICA INC., an Indiana
corporation, STATOILHYDRO ASA, a Norwegian
corporation, BG GROUP P.L.C., a United
Kingdom corporation, BG NORTH AMERICA, a
Texas corporation, JOHN BROWNE, ANTHONY
HAYWARD, PETER SUTHERLAND, HELGE
LUND, EIVIND REITEN, ROBERT WILSON,
and FRANK CHAPMAN, individuals,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DEFENDANT STATOILHYDRO ASA'S NOTICE OF

## <u>FILING PROPOSED ORDER</u>

Defendant StatoilHydro ASA hereby provides notice that it is filing a new

Proposed Order related to Document No. 65. The attached Proposed Order Denying

Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motion to Dismiss

the Verified Complaint, should be substituted for the Proposed Order that was previously

attached to Document No. 65, and filed on August 6, 2008. We submit this Notice and

the Proposed Order pursuant to instructions from the ECF clerk.

Dated: New York, New York
August 7, 2008

Respectfully submitted,

/s/ Matthew K. McCoy

Kenneth M. Bialo, *pro hac vice*
Matthew K. McCoy, *pro hac vice*

EMMET, MARVIN & MARTIN, LLP,
120 Broadway,
New York, New York  10271.
(212) 238-3000

/s/ Paul T. Weinstein
D.C. Bar No. NY0093

Attorneys for Defendant StatoilHydro ASA

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JACK J. GRYNBERG, GRYNBERG ) 
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), )        Civil Action No.  1:08-cv-00301 JDB
                          )
            Plaintiffs, )
                          )
        -and- )
                          )
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, PETER SUTHERLAND, HELGE )
LUND, EIVIND REITEN, ROBERT WILSON )
and FRANK CHAPMAN, individuals, )
                          )
            Defendants. )
                          )

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PROPOSED ORDER**
**DENYING**
**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**A SUR-OPPOSITION TO DEFENDANTS'**
**MOTIONS TO DISMISS THE VERIFIED COMPLAINT**

Upon consideration of the Memorandum of Defendant StatoilHydro ASA in

Opposition to Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants'

Motion to Dismiss, including the Addendum thereto, dated August 6, 2008, as well as

Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss

the Verified Complaint, dated July 30, 2008, Plaintiffs' Sur-Opposition to Motion to Dismiss, dated July 30, 2008, the Affidavit of Jack J. Grynberg, sworn to July 22, 2008, and the Declaration of Daniel L. Abrams, dated July 30, 2008, including exhibit, it is this __ day of _____, hereby

**ORDERED**, that Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss the Verified Complaint is

**DENIED.**


_____
United States District Judge


NOTICE TO:

    Kelly Pride Hebron
    PRIDE LAW OFFICE LLC
    1400 Mercantile Lane, Suite 208
    Largo, MD 20774

    Daniel L. Abrams, Esq.
    Law Office of Daniel L. Abrams, PLLC
    2 Penn Plaza, Suite 1910
    New York, NY 10121

    Paul T. Weinstein, Esq.
    Kenneth M. Bialo, Esq.
    Matthew K. McCoy, Esq.
    Emmet, Marvin & Martin, LLP
    120 Broadway
    New York, New York 10271

    Daryl A. Libow, Esq.
    Sullivan & Cromwell LLP
    1701 Pennsylvania Avenue
    Washington, D.C. 20006