United States District Court
District of Columbia

| | |
|---|---|
| Jack J. Grynberg et. al., <br>        Plaintiffs, <br> vs. <br> BP PLC et. al.., <br>        Defendants | : Case No.: 1:08-CV-00301 <br> : Judge Bates |

## MOTION FOR DEFAULT JUDGMENT

PURSUANT TO Rule 7(b)(1) of the Federal Rules of Civil Procedure, and along with the accompanying Memorandum of Law in Support of Motion, plaintiffs by and through their attorney, Kelly Pride Hebron, prays that this Court enter a judgment of default against the defendant, BG Group PLC for failure to file a response to the Complaint.

Dated this _7th_ day of August, 2008

By:/s/Kelly Pride Hebron
*Attorney for Plaintiffs*
Bar #MD13597
Pride Law Office LLC
1400 Mercantile Lane,
Suite 208
Largo, Maryland 20708
301.583.4633

### Certificate of Service

I hereby certify that on August 7, 2008 I caused the foregoing Motion for Default Judgment and the accompanying Memorandum of Law to be filed on the Court's CM/ECF system for service on all record counsel.

/s/Kelly Pride Hebron

**United States District Court**
**District of Columbia**

| | |
|---|---|
| Jack J. Grynberg et. al.,<br>    Plaintiffs, | Case No.: 1:08-CV-00301 |
| vs. | Judge Bates |
| BP PLC et. al.,<br>    Defendants | |

# MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

## Statement of Facts

Plaintiff filed a Verified Complaint against the defendant BG Group PLC on February 21, 2008 in the United States District Court for the District of Columbia. The Complaint seeks to recover from defendants' the Plaintiffs' proportionate share of bribes charged unwillingly and unknowingly to Plaintiffs and paid to foreign nationals in violation of the Foreign Corrupt Practices Act to secure various oil rights from joint ventures in which Plaintiffs have an interest. Plaintiff is seeking relief based on defendant's violations of Federal RICO law and the common law.

On February 21, 2008, the Court issued a Summons for defendant BG Group PLC ("hereinafter referred to as BG or defendant"), which, in part, notified defendant that it must, within twenty days after service of the Summons, file with the Clerk of Court, an Answer to the Complaint. Defendant BG received service of the Complaint and Summons on June 10, 2008 and its Answer was due on June 30, 2008. Service was completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at the Hague

1

November 15, 1965, Entered into Force by the U.S. on February 10, 1969). Plaintiffs filed the Certificate of Service on July 30, 2008.

By the expiration of the response periods as specified in the Summons, and indeed, over a month later, the defendant BG had not filed its Answer (or otherwise moved) to the Complaint with the Clerk of this Court. On July 30, 2008, Plaintiffs filed an Affidavit in Support of Default for the defendant, and requested the clerk entry of default. The defendant did not file for a motion to either extend the time to respond to the complaint or to the entry of default. The defendant neither offered an explanation for their failure to seek any extension of time to respond to the complaint nor provided any justification for their own failure to take action. The Clerk docketed an Entry of Default on August 4, 2008 as to the Defendant BG Group PLC.

**Applicable Rule of Law**

Pursuant to the provisions of Rule 55 A (b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the defendants for relief sought by Plaintiffs in its complaint. Rule 55 of the Federal Rules of Civil Procedure provides a two-step process for obtaining a default judgment. The first step is to obtain an entry of default as entered in this matter on August 4, 2008. Thus, when a defendant against whom affirmative relief is sought has failed to plead or otherwise defend, Rule 55(a) empowers the clerk of the court to enter a default against the defendant as filed in this matter on August 4, 2008. The second step is to request a judgment of default as the Plaintiff has done in this instance with the filing of its Motion for Default Judgment and this accompanying memorandum.

**Argument: Defendants failed to respond to the Complaint and Plaintiff is entitled to a Default Judgment as a Matter of Law**

Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure provides that a defendant shall serve its answer to a complaint within twenty days of service. The Summons, issued by the Court and served upon the defendants, BG Group PLC together with the Complaint, notified the defendant of its obligation to file an answer with the Clerk of Court, within twenty days from the date of service.

Where, as here, based on the circumstances described in this motion, the defendant did not respond to a properly served Complaint and did timely ignore a duly issued and properly served Summons from the United States District Court of Columbia, a default judgment is the appropriate Order. The basic purpose of default judgment is to protect parties from undue delay-harassment. Delay may thwart Plaintiff's recovery or remedy. It also may result in the "loss of evidence, create increased difficulties of discovery, or provide greater opportunity for fraud and collusion." 10A Charles A. Wright, et al., Fed. Practice & Procedure: Civil § 2699, at 169 (3d ed. 1998).

Notably, defendant offers no explanation for its failure to seek any extension of time to respond to the complaint. See Pecarsky v.Galaxiworld.com, Ltd., 249 F.3d 167, 173 (2d Cir. 2001) ("the court may find a default to have been willful where the conduct of counsel or the litigant was egregious and was not satisfactorily explained"). Nor has the defendant provided any justification for its own failure to take action after receiving notice that the Plaintiffs have filed with the clerk an Affidavit in Support of Default,

thereby clearly signaling that defendant did not take the requisite steps to defend its interests in the litigation.[1]

**Conclusion**

There is no doubt that the failure to respond was not only grossly dilatory but willful. The failure to act was simply a total disregard of the defendant's own fundamental obligation to this court.

                      Dated this _7th_ day of August, 2008

                      By:/s/Kelly Pride Hebron
                        Bar #MD13597
                        Pride Law Office LLC
                        1400 Mercantile Lane,
                        Suite 208
                        Largo, Maryland 20708

---

[1] BG is subject to the personal jurisdiction of this Court, since, as alleged in the Complaint, they were a participant in the conspiracy alleged in the Verified Complaint, and at least one of the co-conspirators (i.e., BP, P.L.C.) who participated in the conspiracy is admittedly amenable to jurisdiction in this Court. See FC Investment Group LC v. IFX Markets, Ltd., 2008 WL 2468431 at *9 (DC Cir. June 20, 2008); Verified Complaint at ¶¶'s 22, 51-55. It is also noteworthy -- though not necessary to show jurisdiction -- that BG is doing business throughout the South and Northeast sections of this Country. The Court may take judicial notice of BG's website description of their United States activities, attached to this brief as Exhibit A.




BG Group worldwide
Site Map

Accessibility

Home » Our Business » Where We Operate

**Browse**

Our Business
Business Segments
Where We Operate
Our Strategy

## United States of America

Lake Charles | Elba Island | Providence | LNG Supply | Marketing | Shipping | Storage | Power

### New information

- A 20 year Sale and Purchase Agreement signed for 2.25 mtpa from Nigeria LNG Train 7
- First cargoes lifted under Equatorial Guinea LNG contract
- Cypress pipeline in service giving direct access from Elba Island to the Florida market
- Gas-fired power generation plants acquired

### Key dates



**2002**
22 year lease for Lake Charles capacity

**2003**
Secured access to Elba terminal

**2006**
Two expansions of Lake Charles increase capacity to 13.4 mtpa, resulting in 5 year extension to the lease

Dighton generation facility acquired

**2007**
Lake Road and Masspower generation facilities acquired

**The US gas market is becoming increasingly dependent on LNG imports to fill the growing gap between demand and local (US and Canadian) supply. BG Group is the leading LNG importer in the USA with supply from both equity and third party projects. In 2006, BG Group was responsible for approximately 50% of US LNG imports.**

BG Group, through its subsidiary companies has established this leading position through a combination of its capacity at the Lake Charles and Elba Island LNG receiving terminals, a portfolio of LNG supply contracts, its gas marketing capability and its access to shipping. BG Group is in a strong position to build on both its supply and marketing positions in the USA through expansion of existing facilities and the pursuit of new projects.

With the acquisition of the Dighton power plant in September 2006, BG Group initiated expansion into the US merchant power business as a complement to its existing natural gas business. With the acquisition of two additional facilities, Lake Road and Masspower in early 2007, the generation portfolio includes average capacity of 1 214 MW .

---

**Lake Charles**     back to top



In 2001, BG LNG Services (BGLS), a whollyowned BG Group subsidiary, signed a 22 year LNG Terminalling Service Agreement to utilise the available capacity of the LNG import facility at Lake Charles, Louisiana, USA.

BG Lake Charles LNG facilty

The Agreement became effective in January 2002 and was extended in January 2004 to cover

100% of the terminal capacity for the term of the Agreement. The terminal has access to 15 major intrastate and interstate natural gas pipelines through the Trunkline Gas Pipeline system.

In 2002, the terminal had the capability to deliver an average daily send-out of 630 mmscfd gas on a sustainable basis and 1 bcfd on a peaking basis. The Lake Charles facility has undergone two expansions to increase sustainable baseload capacity to 1.8 bcfd (with peak capacity of 2.1 bcfd), completed in July 2006, and added a second unloading berth. All of the capacity of the expansions is committed to BGLS.

BGLS entered into a long-term agreement with Trunkline Gas Company for pipeline capacity sufficient to meet its increasing throughput capability at Lake Charles from 1 April 2004 onwards. The agreement provides for the addition of new pipeline facilities and upgrades of existing facilities. The installation of the upgrades in July 2005 allows BGLS increased access to the US pipeline grid, providing enhanced access to diverse and deep markets.

In March 2006, BGLS signed an agreement with Trunkline LNG, the owner of the Lake Charles terminal, for upgrades to the facility including an ambient air vaporisation system and a natural gas liquids extraction plant to remove higher Btu products such as ethane and propane from the LNG. The new system will reduce fuel gas consumption, thus enhancing margins, reduce emissions, and provide an additional revenue stream from NGL sales expected to start in third quarter 2008. As part of the agreement, Trunkline has also extended BG's rights as the sole capacity holder by five years until 2028.

**Elba Island**　　　　　　　　　　　　　　　　　　back to top

Beginning in 2004, BGLS established itself as the new marketer of regasified LNG at Elba Island in Georgia after taking over contracted capacity and long-term LNG supply from El Paso in late 2003. Additionally, BGLS entered into a longterm transportation arrangement with Southern Natural Gas to construct the Cypress pipeline expansion of the Southern Natural Gas Pipeline running from Elba Island to Jacksonville, Florida. This pipeline extension is now in service, debottlenecking BGLS' access to the Southern Natural Gas Pipeline and connecting Elba Island to growing local markets in Georgia and Florida.

In 2005, Southern Natural Gas, the terminal owner, announced it will expand the total terminal capacity to just over 2 bcfd, of which BG Group currently has 0.57 bcfd. BGLS agreed with Southern Natural Gas that it will, by the start of 2014, increase its share of capacity to 1.17 bcfd.

## Providence                                          back to top

In a joint initiative with KeySpan Corporation, the largest natural gas distributor in northeast USA, BGLS had proposed an upgrade of KeySpan's existing LNG storage peak-shaving facility in Providence, Rhode Island, to allow marine deliveries. In July 2005, FERC issued an order denying authorisation of the project's certificate under Section 3 of the Natural Gas Act, citing concerns regarding the existing LNG tank (built in 1974) and its non-compliance with current federal safety standards for new construction. BG Group and KeySpan continue to review the options relating to this business opportunity.

## LNG Supply                                          back to top

BG Group is pursuing a number of options to create a diversified supply portfolio for its LNG regasification capacity. These options include buying LNG from third parties as well as from BG Group equity LNG liquefaction projects. The portfolio has a variety of contract periods and comprises a mixture of free on board (FOB), where the buyer arranges carriage, and carriage, insurance and freight (CIF) deals.

Details on BG Group's long-term firm supply can be found in the table on page 50 of the Data Book 2007 Statistical Supplement (PDF 530k).

BG Gas Marketing (BGGM) also has a contract with Egyptian General Petroleum Corporation (EGPC), Egyptian Natural Gas Holding Company (EGAS) and PETRONAS for the export of natural gas via the SEGAS LNG plant located in Damietta, Egypt. The agreement allows BG Group and its Egyptian LNG partners to toll approximately 225 mmscfd gas through the plant for five years. BG Group lifted its first cargo in March 2005.

BG Group is participating in a joint project to develop a liquefaction plant in Olokola (OKLNG) on the south-western coast of Nigeria. BG Group has a 13.5% share in the project and all shareholders will have the right to lift their equity share of LNG.

In January 2006, BGGM announced that it had entered into a Memorandum of Understanding with the Brass LNG consortium in Nigeria. The proposed Sale and Purchase Agreement is expected to provide 1.67 mtpa for the Group's portfolio on a 20 year term, with initial deliveries expected to commence during 2012. It is planned that cargoes will be delivered on an ex-ship basis to Lake Charles and Elba Island.

**Marketing**                                         back to top

BG LNG Trading (BGLT) in conjunction with the Group's LNG shipping organisation is engaged in marketing LNG to buyers throughout the world. During 2006, BGLT diverted 71 cargoes from their intended destinations in the US to higher value markets. The combination of flexible supply, shipping capacity and commercial capability gives BG Group a strategic advantage.

BG Energy Merchants (BGEM) markets regasified LNG from Lake Charles and Elba Island, along with indigenous gas supplies, to multiple intermediary and end use customers via delivery through the US natural gas pipeline infrastructure. Sales are made under various short-, mediumand long-term arrangements. BGEM's customers include leading gas and electric utilities, as well as industrial and wholesale gas merchants. In 2006, BGEM's marketing activities in the USA met 1.3% of the daily US gas demand (data source: EIA).

[PDF] Code of Conduct for Energy Trading Activities (PDF)

**Shipping**                                          back to top

BG Group has a long history in LNG shipping, having been involved in the development of both the prototype and the first working LNG carriers in the industry. BG Group's present activities in this area are primarily directed towards meeting the needs of BG Group projects.



LNG Tanker, Lake Charles

In June 2004, BG Group took delivery of its first new ship, the Methane Kari Elin (138 000 cubic metres). Since then BG Group has taken delivery of six more 145 000 cubic metre ships: the Methane Rita Andrea; the Methane Lydon Volney; the Methane Jane Elizabeth; the Methane Heather Sally; the Methane Shirley Elizabeth and the Methane Alison Victoria. The Methane Nile Eagle is scheduled for delivery in December 2007 and two new owned additional ships are ordered for delivery in 2009 and 2010, respectively. These two new ships

will be larger (170 000 cubic metres) and powered by dual fuel diesel-electric engines which are more efficient and produce less emissions.

BG Group contracts additional shipping as required on a short-, medium- and long-term basis in order to capture business opportunities and maintain a balanced shipping position (see Data Book 2007 page 50 for further details).

---

**Storage**   back to top

In addition to the significant inherent storage facilities at Lake Charles and Elba Island, BG Group will from time to time contract for natural gas storage capacity on a seasonal and/or medium- to longterm basis to facilitate its operational and commercial requirements.

---

**Power**   back to top

BG Group entered the north-east US power market in 2006, chosen as a market that is both mature and transparent with no dominant incumbents. The first power station purchased was Dighton, followed by Lake Road and then Masspower (see panel below for more detail).

The assets selected have been chosen to generate additional synergies from BG Group's existing integrated gas business. This will be via gas supply, plant operations and power marketing.

**US Power portfolio: Integrated gas marketing**



Dighton Capacity: 165 MW*

Lake Road Capacity: 785 MW*

Masspower Capacity: 264 MW*

*ISO-NE weighted average annual installed capacity ratings

The Dighton, Lake Road and Masspower acquisitions, all 100% owned by BG Group, represent an important step in the implementation of the Group's integrated US gas marketing strategy.

Power generation has the potential to offer BG Group attractive returns and is readily integrated into the Group's growing US gas business to generate additional returns.

All three plants' output is sold into the competitive New England power market.

Dighton is designed to run on natural gas, which can be supplied by BG Group through the Algonquin pipeline system.

Both Lake Road and Masspower are dual fuel capable plants designed to run on natural gas or #2 distillate oil. Fuel to Lake Road is supplied through the Algonquin pipeline system while Masspower is supplied through the Tennessee Gas pipeline system. With both plants the primary fuel is natural gas with distillate as the back-up fuel. The ability to switch fuels gives the plants a commercial advantage over

gas-only plants in the region.

## Share Price

**LSE 1070.00p** Market data delayed by 20 minutes

**24 Jul 2008** – 2008 Second Quarter and Half Year Results

**10 Jul 2008** – BG Group lodges Bidder's Statement setting out offer to acquire Origin Energy

## Reports and Publications

- Annual Report and Accounts
- Summary Financial Statements
- Data Book
- Corporate Responsibility Report

## Office Address

BG North America
Suite 1775
5444 Westheimer,
Houston,
Texas,
77056

**Tel:** +1 713 403 3741
**Fax:** +1 713 403 3781


Operations map

Site Map   Help & Accessibility   Privacy Policy   Contact Us   Legal Notice

© 2008 BG Group plc. All rights reserved   BG Group plc. 100 Thames Valley Park, Reading, Berkshire, RG6 1PT
Registered in England & Wales No. 3690065 VAT: GB 232177091