UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
JACK J. GRYNBERG, GRYNBERG :
PRODUCTION CORPORATION (TX), :
GRYNBERG PRODUCTION :
CORPORATION (CO) and PRICASPIAN :
DEVELOPMENT CORPORATION (TX), :
:
                  Plaintiffs, : Civil Action No. 1:08-cv-00301 JDB
   v. :
:
BP p.l.c., STATOILHYDRO ASA, BG :
GROUP p.l.c., JOHN BROWNE, :
ANTHONY HAYWARD, PETER :
SUTHERLAND, HELGE LUND, :
EIVIND REITEN, ROBERT WILSON, :
FRANK CHAPMAN, :
:
                  Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF PROPOSED ORDER

       Pursuant to Local Civil Rule 7(c), defendants Lord Browne of Madingley, Anthony Hayward, and Peter Sutherland (the "Individual BP Officers") respectfully submit the attached Proposed Order Denying Plaintiffs' Motion for Leave to File a Sur-Opposition. The attached Proposed Order relates to the Individual BP Officers' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Leave to File a Sur-Opposition, filed on August 6, 2008 as Document Number 64 on the docket in this case.

Dated: Washington D.C.                Respectfully submitted,
       August 7, 2008

                                                 /s/ Bruce W. Hickey
                                      Daryl A. Libow (D.C. Bar No. 446314)
                                      Bruce W. Hickey (D.C. Bar No. 479036)
                                      SULLIVAN & CROMWELL LLP

- 2 -

1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Phone:  (202) 956-7500
Facsimile:  (202) 293-6330

*Counsel for Defendants BP p.l.c.,*
*Lord Browne of Madingley,*
*Anthony Hayward, and Peter Sutherland*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
JACK J. GRYNBERG, GRYNBERG :
PRODUCTION CORPORATION (TX), :
GRYNBERG PRODUCTION :
CORPORATION (CO) and PRICASPIAN :
DEVELOPMENT CORPORATION (TX), :
:
                    Plaintiffs,    :  Civil Action No. 1:08-cv-00301 JDB
      v.     :
:
BP p.l.c., STATOILHYDRO ASA, BG :
GROUP p.l.c., JOHN BROWNE, :
ANTHONY HAYWARD, PETER :
SUTHERLAND, HELGE LUND, :
EIVIND REITEN, ROBERT WILSON, :
FRANK CHAPMAN, :
:
                    Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-OPPOSITION

Upon consideration of Plaintiffs' Motion for Leave to File a Sur-Opposition to Defendants' Motions to Dismiss the Verified Complaint and its accompanying papers, all opposing Memoranda of Points and Authorities, and plaintiffs' supporting Reply Memorandum, it is this _____ day of _____, 2008, hereby

**ORDERED**, that plaintiffs' Motion for Leave to File a Sur-Opposition be, and the same hereby is, **DENIED**; and further

**ORDERED**, that plaintiffs' proposed Sur-Opposition brief be **STRICKEN.**

                                                   _____
                                                    United States District Judge

- 2 -

The following attorneys are entitled to be notified of the entry of this proposed order:

Kelly Pride Hebron
PRIDE LAW OFFICE LLC
1400 Mercantile Lane, Suite 208
Largo, Maryland 20774

Daniel L. Abrams
THE LAW OFFICE OF DANIEL L. ABRAMS, PLLC
2 Penn Plaza, Suite 1910
New York, New York 10121

*Counsel for Plaintiffs*


Paul T. Weinstein
Kenneth Marc Bialo
Matthew Kennedy McCoy
EMMET, MARVIN & MARTIN, LLP
120 Broadway
New York, New York 10271

*Counsel for Defendants StatoilHydro ASA and
Helge Lund*


Daryl A. Libow
Bruce W. Hickey
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

*Counsel for Defendants BP p.l.c.,
Lord Browne of Madingley,
Anthony Hayward, and Peter Sutherland*