UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG; GRYNBERG PRODUCTION CORPORATION (TX); GRYNBERG PRODUCTION CORPORATION (CO); and PRICASPIAN DEVELOPMENT CORPORATION (TX),<br><br>    Plaintiffs,<br><br>v.<br><br>BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation; STATOILHYDRO ASA, a Norwegian corporation; BG GROUP P.L.C., a United Kingdom corporation, d/b/a BG NORTH AMERICA, LLC, a Texas corporation; JOHN BROWNE; ANTHONY HAYWARD; PETER SUTHERLAND; HELGE LUND; EIVIND REITEN; ROBERT WILSON; and FRANK CHAPMAN,<br><br>    Defendants. | Civil Action No. 08-cv-301<br><br>Judge John D. Bates |

**LIMITED APPEARANCE OF BG GROUP P.L.C.
REGARDING ENTRY OF DEFAULT**

Subject to all defenses and objections it may raise under Fed. R. Civ. P. 12(b), including lack of personal jurisdiction, and all rights under Article II of the U.N. Convention on the Recognition and Enforcement of Foreign Arbitral Awards, as codified in 9 U.S.C. § 201, et seq., defendant BG Group P.L.C. ("BG"), an English corporation with its principal place of business in England, makes this limited appearance to advise the Court of the following.

1.  In related proceedings pending in Canada, BG has requested permission from the Court of Queen's Bench of Alberta, Canada, to provide certain of that Court's sealed Orders to this Court, which will help BG demonstrate that the entry of default in this case should be set

50090894

aside and BG should be dismissed from this lawsuit. The Alberta Court has not yet ruled on BG's request.

2. For this reason, BG respectfully requests that no further action be taken in this case by the Clerk or the Court with respect to plaintiffs' recently filed motion for default judgment against BG, without allowing BG an opportunity to seek relief from the entry of default and to respond to the motion for default judgment if the plaintiffs fail to move to set aside the entry of default and withdraw their motion for default judgment. BG anticipates that it will move to set aside the entry of default as soon as practicable after it receives permission from the Alberta Court to provide certain of that Court's sealed Orders to this Court if the plaintiffs fail to do so. BG also plans to respond to the motion for default judgment within the time period allowed to respond to motions under Local Rule 7(b) if the plaintiffs fail to withdraw that motion.

Respectfully submitted,

*/s/ Robert A. Burgoyne*
Robert A. Burgoyne
D.C. Bar No. 366757
Jonathan Franklin
D.C. Bar No. 430027
Market Square
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone: 202-662-0200
Facsimile: 202-662-4643

        Layne E. Kruse, *pro hac vice*
        Texas Bar No. 11742550
        Anne M. Rodgers, *pro hac vice*
        Texas Bar No. 17133025
        1301 McKinney, Suite 5100
        Houston, Texas 77010
        Telephone: 713-651-5151
        Facsimile: 713-651-5246

        ATTORNEYS FOR DEFENDANT
        BG GROUP P.L.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of August, 2008, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kelly Pride Hebron
Daniel L. Abrams
*Attorneys for Plaintiffs*

Daryl Andrew Libow
Bruce William Hickey
*Attorneys for Defendants BP P.L.C., John Browne,*
*Anthony Hayward, and Peter Sutherland*

Paul T. Weinstein
Kenneth Marc Bialo
Matthew Kennedy McCoy
*Attorneys for Defendant STATOILHYDRO ASA*

        */s/ Robert A. Burgoyne*
        Robert A. Burgoyne