IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG; GRYNBERG PRODUCTION CORPORATION (TX); GRYNBERG PRODUCTION CORPORATION (CO); and PRICASPIAN DEVELOPMENT CORPORATION (TX),<br><br>    Plaintiffs,<br><br>v.<br><br>BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation; STATOILHYDRO ASA, a Norwegian corporation; BG GROUP P.L.C., a United Kingdom corporation, d/b/a BG NORTH AMERICA, LLC, a Texas corporation; JOHN BROWNE; ANTHONY HAYWARD; PETER SUTHERLAND; HELGE LUND; EIVIND REITEN; ROBERT WILSON; and FRANK CHAPMAN,<br><br>    Defendants. | Civil Action No. 08-CV-301<br><br>Judge John D. Bates |

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for defendant BG Group P.L.C., certify that to the best of my knowledge and belief that BG Group P.L.C. is publicly traded on the London Stock Exchange and that BG Group P.L.C. does not have any parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

50090691.1

Respectfully submitted,


*/s/ Robert A. Burgoyne*
Robert A. Burgoyne
D.C. Bar No. 366757
Jonathan Franklin
D.C. Bar No. 430027
Market Square
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone:  202-662-0200
Facsimile:  202-662-4643

Layne E. Kruse, *pro hac vice*
Texas State Bar No. 11742550
Anne M. Rodgers, *pro hac vice*
Texas State Bar No. 17133025
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  713-651-5151
Facsimile:   713-651-5246

ATTORNEYS FOR DEFENDANT
BG GROUP P.L.C.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 7th day of August, 2008, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Kelly Pride Hebron
    Daniel L. Abrams
    *Attorneys for Plaintiffs*

    Daryl Andrew Libow
    Bruce William Hickey
    *Attorneys for Defendants BP P.L.C., John Browne,*
    *Anthony Hayward, and Peter Sutherland*

    Paul T. Weinstein
    Kenneth Marc Bialo
    Matthew Kennedy McCoy
    *Attorneys for Defendant STATOILHYDRO ASA*

                                            */s/ Robert A. Burgoyne*
                                              Robert A. Burgoyne