UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG; GRYNBERG PRODUCTION CORPORATION (TX); GRYNBERG PRODUCTION CORPORATION (CO); and PRICASPIAN DEVELOPMENT CORPORATION (TX), <br><br>    Plaintiffs, <br><br>v. <br><br>BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation; STATOILHYDRO ASA, a Norwegian corporation; BG GROUP P.L.C., a United Kingdom corporation, d/b/a BG NORTH AMERICA, LLC, a Texas corporation; JOHN BROWNE; ANTHONY HAYWARD; PETER SUTHERLAND; HELGE LUND; EIVIND REITEN; ROBERT WILSON; and FRANK CHAPMAN, <br><br>    Defendants. | Civil Action No. 08-CV-301 <br><br> Judge John D. Bates |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2, the undersigned attorney, being a member of the Bar of this Court, hereby moves the Court to permit Layne E. Kruse to appear as a counsel in this case on behalf of BG Group P.L.C. A declaration from Mr. Kruse is attached hereto, providing the information called for under LCvR 83.2(d). A proposed Order is also attached.

50090670.1

Respectfully submitted,


*/s/ Robert A. Burgoyne*
Robert A. Burgoyne
FULBRIGHT & JAWORSKI L.L.P.
Market Square
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone:  202-662-4513
Facsimile:  202-662-4643

Layne E. Kruse, *pro hac vice*
Texas State Bar No. 11742550
Anne M. Rodgers, *pro hac vice*
Texas State Bar No. 17133025
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  713-651-5151
Facsimile:  713-651-5246

ATTORNEYS FOR DEFENDANT
BG GROUP P.L.C.

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 7th day of August, 2008, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kelly Pride Hebron
Daniel L. Abrams
*Attorneys for Plaintiffs*

Daryl Andrew Libow
Bruce William Hickey
*Attorneys for Defendants BP P.L.C., John Browne,*
*Anthony Hayward, and Peter Sutherland*

Paul T. Weinstein
Kenneth Marc Bialo
Matthew Kennedy McCoy
*Attorneys for Defendant STATOILHYDRO ASA*

                */s/ Robert A. Burgoyne*
                Robert A. Burgoyne

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG; GRYNBERG PRODUCTION CORPORATION (TX); GRYNBERG PRODUCTION CORPORATION (CO); and PRICASPIAN DEVELOPMENT CORPORATION (TX),<br><br>    Plaintiffs,<br><br>v.<br><br>BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation; STATOILHYDRO ASA, a Norwegian corporation; BG GROUP P.L.C., a United Kingdom corporation, d/b/a BG NORTH AMERICA, LLC, a Texas corporation; JOHN BROWNE; ANTHONY HAYWARD; PETER SUTHERLAND; HELGE LUND; EIVIND REITEN; ROBERT WILSON; and FRANK CHAPMAN,<br><br>    Defendants. | Civil Action No. 08-CV-301<br><br>Judge John D. Bates |

## **ORDER**

The Court has considered the Motion for Leave to Appear *Pro Hac Vice* filed on behalf of Layne E. Kruse and hereby GRANTS that Motion. Pursuant to LCvR 83.2(d), Mr. Kruse may participate in this case *pro hac vice*.

SO ORDERED this _____ day of August, 2008.

_____
United States District Judge

50091514.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG; GRYNBERG PRODUCTION CORPORATION (TX); GRYNBERG PRODUCTION CORPORATION (CO); and PRICASPIAN DEVELOPMENT CORPORATION (TX),<br><br>  Plaintiffs,<br><br>v.<br><br>BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation; STATOILHYDRO ASA, a Norwegian corporation; BG GROUP P.L.C., a United Kingdom corporation, d/b/a BG NORTH AMERICA, LLC, a Texas corporation; JOHN BROWNE; ANTHONY HAYWARD; PETER SUTHERLAND; HELGE LUND; EIVIND REITEN; ROBERT WILSON; and FRANK CHAPMAN,<br><br>  Defendants. | Civil Action No. 08-cv-301<br><br>Judge John D. Bates |

## DECLARATION OF LAYNE E. KRUSE

  I, Layne E. Kruse, provide the following information in support of my request to participate in the captioned case *pro hac vice*:

  1.  My full name is Layne E. Kruse.

  2.  My office address and telephone number are as follows:

> Fulbright & Jaworski L.L.P.
> 1301 McKinney, Suite 5100
> Houston, Texas 77010-3095
> (713) 651-5194

  3.  I am a member of the following bars:

> United States Supreme Court

50090674.1

-2-

    United States Court of Appeals for the Fifth Circuit

    United States Court of Appeals for the Ninth Circuit

    United States Court of Appeals for the Eleventh Circuit

    United States District Court for the Northern District of Texas

    United States District Court for the Southern District of Texas

    United States District Court for the Eastern District of Texas

    United States District Court for the Western District of Texas

    State Bar of Texas

4.  I certify that I have not been disciplined by any bar.

5.  I have been admitted *pro hac vice* in this Court once within the last two years.

6.  I am personally familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing information is true and correct.

                _/s/ Layne E. Kruse_
                Layne E. Kruse

Dated: August 4, 2008