UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG; GRYNBERG PRODUCTION CORPORATION (TX); GRYNBERG PRODUCTION CORPORATION (CO); and PRICASPIAN DEVELOPMENT CORPORATION (TX),<br><br>  Plaintiffs,<br><br>v.<br><br>BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation; STATOILHYDRO ASA, a Norwegian corporation; BG GROUP P.L.C., a United Kingdom corporation, d/b/a BG NORTH AMERICA, LLC, a Texas corporation; JOHN BROWNE; ANTHONY HAYWARD; PETER SUTHERLAND; HELGE LUND; EIVIND REITEN; ROBERT WILSON; and FRANK CHAPMAN,<br><br>  Defendants. | Civil Action No. 08-cv-301<br><br>Judge John D. Bates |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2, the undersigned attorney, being a member of the Bar of this Court, hereby moves the Court to permit Anne M. Rodgers to appear as a counsel in this case on behalf of BG Group P.L.C. A declaration from Ms. Rodgers is attached hereto, providing the information called for under LCvR 83.2(d). A proposed Order is also attached.

50091513.1

        Respectfully submitted,


        */s/ Robert A. Burgoyne*
        Robert A. Burgoyne
        FULBRIGHT & JAWORSKI L.L.P.
        Market Square
        801 Pennsylvania Avenue, N.W.
        Washington, DC 20004-2623
        Telephone:  202-662-4513
        Facsimile:  202-662-4643

        Layne E. Kruse, *pro hac vice*
        Texas State Bar No. 11742550
        Anne M. Rodgers, *pro hac vice*
        Texas State Bar No. 17133025
        FULBRIGHT & JAWORSKI L.L.P.
        1301 McKinney, Suite 5100
        Houston, Texas 77010
        Telephone:  713-651-5151
        Facsimile:  713-651-5246

        ATTORNEYS FOR DEFENDANT
        BG GROUP P.L.C.

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 7th day of August, 2008, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

  Kelly Pride Hebron
  Daniel L. Abrams
  *Attorneys for Plaintiffs*

  Daryl Andrew Libow
  Bruce William Hickey
  *Attorneys for Defendants BP P.L.C., John Browne,*
  *Anthony Hayward, and Peter Sutherland*

  Paul T. Weinstein
  Kenneth Marc Bialo
  Matthew Kennedy McCoy
  *Attorneys for Defendant STATOILHYDRO ASA*

            */s/ Robert A. Burgoyne*
            Robert A. Burgoyne

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG; GRYNBERG PRODUCTION CORPORATION (TX); GRYNBERG PRODUCTION CORPORATION (CO); and PRICASPIAN DEVELOPMENT CORPORATION (TX),<br><br>  Plaintiffs,<br><br>v.<br><br>BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation; STATOILHYDRO ASA, a Norwegian corporation; BG GROUP P.L.C., a United Kingdom corporation, d/b/a BG NORTH AMERICA, LLC, a Texas corporation; JOHN BROWNE; ANTHONY HAYWARD; PETER SUTHERLAND; HELGE LUND; EIVIND REITEN; ROBERT WILSON; and FRANK CHAPMAN,<br><br>  Defendants. | Civil Action No. 08-CV-301<br><br>Judge John D. Bates |

## **ORDER**

The Court has considered the Motion for Leave to Appear *Pro Hac Vice* filed on behalf of Anne M. Rodgers and hereby GRANTS that Motion. Pursuant to LCvR 83.2(d), Ms. Rodgers may participate in this case *pro hac vice*.

SO ORDERED this _____ day of August, 2008.

_____
United States District Judge

50090685.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACK J. GRYNBERG; GRYNBERG PRODUCTION CORPORATION (TX); GRYNBERG PRODUCTION CORPORATION (CO); and PRICASPIAN DEVELOPMENT CORPORATION (TX), <br><br> Plaintiffs, <br><br> v. <br><br> BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation; STATOILHYDRO ASA, a Norwegian corporation; BG GROUP P.L.C., a United Kingdom corporation, d/b/a BG NORTH AMERICA, LLC, a Texas corporation; JOHN BROWNE; ANTHONY HAYWARD; PETER SUTHERLAND; HELGE LUND; EIVIND REITEN; ROBERT WILSON; and FRANK CHAPMAN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08-CV-301 <br><br> Judge John D. Bates |

## DECLARATION OF ANNE M. RODGERS

I, Anne M. Rodgers, provide the following information in support of my request to participate in the captioned case *pro hac vice*:

1. My full name is Anne M. Rodgers.

2. My office address and telephone number are as follows:

    Fulbright & Jaworski L.L.P.
    1301 McKinney, Suite 5100
    Houston, Texas 77010-3095
    (713) 651-3797

3. I am a member of the following bars:

    Supreme Court of the United States

50090675.1

-2-

      United States Court of Appeals for the First Circuit

      United States Court of Appeals for the Fifth Circuit

      United States Court of Appeals for the Ninth Circuit

      United States Court of Appeals for the Eleventh Circuit

      United States District Court for the Southern District of Texas

      United States District Court for the Eastern District of Texas

      State Bar of Texas

4.    I certify that I have not been disciplined by any bar.

5.    I have not been admitted *pro hac vice* in this Court within the last two years.

6.    I am personally familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing information is true and correct.

                                    _____
                                          Anne M. Rodgers

Dated: August 6, 2008