UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG; GRYNBERG PRODUCTION CORPORATION (TX); GRYNBERG PRODUCTION CORPORATION (CO); and PRICASPIAN DEVELOPMENT CORPORATION (TX),<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation; STATOILHYDRO ASA, a Norwegian corporation; BG GROUP P.L.C., a United Kingdom corporation d/b/a BG NORTH AMERICA, LLC, a Texas corporation; JOHN BROWNE; ANTHONY HAYWARD; PETER SUTHERLAND; HELGE LUND; EIVIND REITEN; ROBERT WILSON; and FRANK CHAPMAN,<br><br>Defendants. | Civil Action No. 08-cv-301<br><br>Judge John D. Bates<br><br>**ORAL HEARING REQUESTED** |

**BG GROUP P.L.C.'S (1) MOTION TO SET ASIDE ENTRY OF DEFAULT, FOR RELIEF FROM FILING VERIFIED ANSWER, AND TO COMPEL ARBITRATION AND DISMISS AND (2) OPPOSITION TO MOTION FOR DEFAULT JUDGMENT**

Subject to all defenses and objections it may raise under Fed. R. Civ. P. 12(b), including lack of personal jurisdiction, defendant BG Group P.L.C. ("BG"), an English corporation with its principal place of business in England, hereby moves this Court for an order: (1) setting aside the entry of default entered against it pursuant to Rule 55(c) of the Federal Rules of Civil Procedure; (2) granting BG relief from filing a verified answer under Rule 7(g) of the Local Rules of the United States District Court for the District of Columbia; (3) granting BG's motion to compel arbitration and dismiss all claims asserted against BG pursuant to 9 U.S.C. §§ 2, 4, 206, and 208, and Article II of the U.N. Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 21 U.S.T. 2517, 2519, 330 U.N.T.S. 3, 21 (June 10, 1958); (4) denying

Grynberg's Motion for Default Judgment; and (5) granting such other and further relief as the Court deems just and proper. In support of this motion, BG relies upon BG Group P.L.C.'s Memorandum of Law in Support of its (1) Motion to Set Aside Entry of Default, for Relief from Filing Verified Answer, and to Compel Arbitration and Dismiss and (2) Opposition to Motion for Default Judgment; and the Appendix to BG Group P.L.C.'s (1) Motion to Set Aside Entry of Default, for Relief from Filing Verified Answer, and to Compel Arbitration and Dismiss and (2) Opposition to Motion for Default Judgment, both of which BG has separately filed under seal in accordance with Local Rule 5.1(j).

BG respectfully requests an oral hearing on this Motion.

Respectfully submitted,

/s/ Robert A. Burgoyne
Robert A. Burgoyne
D.C. Bar No. 366757
Jonathan Franklin
D.C. Bar No. 430027
801 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20004-2623
Telephone: 202-662-0200
Facsimile: 202-662-4643

Layne E. Kruse, *pro hac vice*
Texas Bar No. 11742550
Anne M. Rodgers, *pro hac vice*
Texas Bar No. 17133025
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile: 713-651-5246

ATTORNEYS FOR DEFENDANT
BG GROUP P.L.C.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 13th day of August, 2008, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kelly Pride Hebron
Daniel L. Abrams
*Attorneys for Plaintiffs*

Daryl Andrew Libow
Bruce William Hickey
*Attorneys for Defendants BP P.L.C., John Browne,*
*Anthony Hayward, and Peter Sutherland*

Paul T. Weinstein
Kenneth Marc Bialo
Matthew Kennedy McCoy
*Attorneys for Defendant STATOILHYDRO ASA*

/s/ Robert A. Burgoyne
Robert A. Burgoyne

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG; GRYNBERG PRODUCTION CORPORATION (TX); GRYNBERG PRODUCTION CORPORATION (CO); and PRICASPIAN DEVELOPMENT CORPORATION (TX),<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation; STATOILHYDRO ASA, a Norwegian corporation; BG GROUP P.L.C., a United Kingdom corporation d/b/a BG NORTH AMERICA, LLC, a Texas corporation; JOHN BROWNE; ANTHONY HAYWARD; PETER SUTHERLAND; HELGE LUND; EIVIND REITEN; ROBERT WILSON; and FRANK CHAPMAN,<br><br>Defendants. | Civil Action No. 08-cv-301<br><br>Judge John D. Bates |

## ORDER

The Court has considered defendant BG Group P.L.C.'s (1) Motion to Set Aside Entry of Default, for Relief from Filing Verified Answer, and to Compel Arbitration and Dismiss and (2) Opposition to Motion for Default Judgment, as well as BG Group P.L.C.'s Memorandum of Law in Support of that Motion and Appendix to that Motion and all responses and relies thereto.

It is hereby ORDERED that defendant BG Group P.L.C.'s Motion to Set Aside Entry of Default, for Relief from Filing Verified Answer, and to Compel Arbitration and Dismiss is GRANTED and defendant BG Group P.L.C. is dismissed without prejudice from this action.

It is further ORDERED that the motion of plaintiffs Jack J. Grynberg, Grynberg Production Corporation (TX), Grynberg Production Corporation (CO), and Pricaspian Development Corporation (TX) for default judgment is DENIED.

50091897.1

2

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG; GRYNBERG PRODUCTION CORPORATION (TX); GRYNBERG PRODUCTION CORPORATION (CO); and PRICASPIAN DEVELOPMENT CORPORATION (TX),<br><br>    Plaintiffs,<br><br>v.<br><br>BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation; STATOILHYDRO ASA, a Norwegian corporation; BG GROUP P.L.C., a United Kingdom corporation d/b/a BG NORTH AMERICA, LLC, a Texas corporation; JOHN BROWNE; ANTHONY HAYWARD; PETER SUTHERLAND; HELGE LUND; EIVIND REITEN; ROBERT WILSON; and FRANK CHAPMAN,<br><br>    Defendants. | Civil Action No. 08-cv-301<br><br>Judge John D. Bates |

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that two sealed documents were filed in paper format with the Court in support of BG Group P.L.C.'s motion pursuant to Fed. R. Civ. P. 55(c) to set aside the entry of default, for relief from filing verified answer, and to compel arbitration and dismiss, and opposition to motion for default judgment. These documents are not available for public viewing.

50091932.1

Date:  August 12, 2008

        Respectfully submitted,

        */s/ Robert A. Burgoyne*
        Robert A. Burgoyne
        D.C. Bar No. 366757
        Jonathan Franklin
        D.C. Bar No. 430027
        801 Pennsylvania Avenue, N.W., Suite 500
        Washington, DC  20004-2623
        Telephone:  202-662-0200
        Facsimile:  202-662-4643

        Layne E. Kruse, *pro hac vice*
        Texas Bar No. 11742550
        Anne M. Rodgers, *pro hac vice*
        Texas Bar No. 17133025
        1301 McKinney, Suite 5100
        Houston, Texas 77010
        Telephone:  713-651-5151
        Facsimile:  713-651-5246

        ATTORNEYS FOR DEFENDANT
        BG GROUP P.L.C.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 13th day of August, 2008, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kelly Pride Hebron
Daniel L. Abrams
*Attorneys for Plaintiffs*

Daryl Andrew Libow
Bruce William Hickey
*Attorneys for Defendants BP P.L.C., John Browne,*
*Anthony Hayward, and Peter Sutherland*

Paul T. Weinstein
Kenneth Marc Bialo
Matthew Kennedy McCoy
*Attorneys for Defendant STATOILHYDRO ASA*


                                                               /s/ Robert A. Burgoyne
                                                               Robert A. Burgoyne