IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>)<br>JACK J. GRYNBERG, GRYNBERG )<br>PRODUCTION CORPORATION (TX), )<br>GRYNBERG PRODUCTION CORPORATION )<br>(CO) and PRICASPIAN DEVELOPMENT )<br>CORPORATION (TX), )<br>)<br>                              Plaintiffs, )<br>)<br>    -and- )<br>)<br>BP P.L.C., a United Kingdom corporation d/b/a )<br>BP CORP NORTH AMERICA INC., an Indiana )<br>corporation, STATOILHYDRO ASA, a Norwegian )<br>corporation, BG GROUP P.L.C., a United )<br>Kingdom corporation, BG NORTH AMERICA, a )<br>Texas corporation, JOHN BROWNE, ANTHONY )<br>HAYWARD, and PETER SUTHERLAND, )<br>individuals, )<br>)<br>                              Defendants. )<br>)<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | 08 Civ. 301<br>Judge Bates |

### MOTION TO SUSPEND BRIEFING PENDING THE COURT's CONSIDERATION OF MOTION PRACTICE

Plaintiffs respectfully move this Court for an order suspending briefing on Defendant BG's Motions, dated August 13, 2008, pending the Court's consideration of motion practice related to the other Defendants.

Dated: August 25, 2008

           By:_____

             Daniel L. Abrams
             2 Penn Plaza, Suite 1910
             New York, New York 10121
             (212) 292-5663
             *Pro Hac Vice* Admission

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>)<br>JACK J. GRYNBERG, GRYNBERG )<br>PRODUCTION CORPORATION (TX), )<br>GRYNBERG PRODUCTION CORPORATION )<br>(CO) and PRICASPIAN DEVELOPMENT )<br>CORPORATION (TX), )<br>)<br>)<br>            Plaintiffs, )<br>)<br>    -and- )<br>)<br>BP P.L.C., a United Kingdom corporation d/b/a )<br>BP CORP NORTH AMERICA INC., an Indiana )<br>corporation, STATOILHYDRO ASA, a Norwegian )<br>corporation, BG GROUP P.L.C., a United )<br>Kingdom corporation, BG NORTH AMERICA, a )<br>Texas corporation, JOHN BROWNE, ANTHONY )<br>HAYWARD, PETER SUTHERLAND, HELGE )<br>LUND, EIVIND REITEN, ROBERT WILSON, )<br>FRANK CHAPMAN, individuals, )<br>)<br>            Defendants. )<br>)<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | | 08 Civ. 301<br>Judge Bates |

**<u>DECLARATION OF DANIEL L. ABRAMS</u>**

       I, DANIEL L. ABRAMS, hereby affirm under penalty of perjury.

1.    I am a member in good standing of the bar of the State of New York and am the principal of the Law Office of Daniel L. Abrams, PLLC. I have been admitted *pro hac vice* for purposes of serving as counsel for the Plaintiffs in this case. I submit this Declaration in

support of Plaintiffs' motion to suspend briefing on BG's Motions filed August 13, 2008, pending the Court's consideration of motions to dismiss pertaining to the other Defendants.

2.      In conformity with Local Rule 7(m), I contacted BG's counsel to seek his consent to the aforementioned relief.  BG is against an extension of time pending resolution of the motions to dismiss.

Dated: New York, New York
August 25, 2008

_____
Daniel L. Abrams

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
)
JACK J. GRYNBERG, GRYNBERG )
PRODUCTION CORPORATION (TX), )
GRYNBERG PRODUCTION CORPORATION )
(CO) and PRICASPIAN DEVELOPMENT )
CORPORATION (TX), )         08 Civ. 301
)                           Judge Bates
         Plaintiffs, )
)
   -and- )
)
BP P.L.C., a United Kingdom corporation d/b/a )
BP CORP NORTH AMERICA INC., an Indiana )
corporation, STATOILHYDRO ASA, a Norwegian )
corporation, BG GROUP P.L.C., a United )
Kingdom corporation, BG NORTH AMERICA, a )
Texas corporation, JOHN BROWNE, ANTHONY )
HAYWARD, and PETER SUTHERLAND, )
individuals, )
)
        Defendants. )
)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

## PROPOSED ORDER

`       Upon consideration of the Declaration of Daniel L. Abrams, dated

August 25, 2008, and the accompanying Memorandum of Law, it is this _____

day of _____ 2008, hereby

    **ORDERED,** that Plaintiffs' response to BG's Motions, filed on August

13, 2008, shall be served no more than five (5) business days after this Court

renders an opinion on the pending motions to dismiss Defendants BP P.L.C., StatoilHydro ASA, John Browne, Anthony Hayward and Peter Sutherland.

_____
United States District Judge

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO) and PRICASPIAN DEVELOPMENT CORPORATION (TX), | ) ) ) ) ) ) ) | 08 Civ. 301 Judge Bates |
| Plaintiffs, | ) ) ) | |
| -and- | ) ) | |
| BP P.L.C., a United Kingdom corporation d/b/a BP CORP NORTH AMERICA INC., an Indiana corporation, STATOILHYDRO ASA, a Norwegian corporation, BG GROUP P.L.C., a United Kingdom corporation, BG NORTH AMERICA, a Texas corporation, JOHN BROWNE, ANTHONY HAYWARD, and PETER SUTHERLAND, individuals, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | | |

**MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO SUSPEND BRIEFING PENDING THE
COURT'S CONSIDERATION OF MOTION PRACTICE**

1

Plaintiffs respectfully submit this Memorandum of Law in Support of its Motion to Suspend briefing on BG's Motions To Set Aside Entry to Default, from Relief from Filing Verified Answer, and to Compel Arbitration and Dismiss.

BG filed the aforementioned motions on August 13, and served them by mail (Federal Express). Therefore the response due on August 28 (using the eleven days set forth in Local Rule 7(b), adding one day because the 11th day is a Sunday, and adding three additional days pursuant to Federal Rule of Civil Procedure 6(d).

On August 19, the Court presided over a relatively lengthy oral argument which concerned primarily the motions to dismiss of the other Defendants in this case. This followed extensive briefing on several legal issues. Both the argument and the prior legal briefing touched on issues pertaining to personal jurisdiction, the scope of an arbitration agreement, arbitrability, the scope of a release, and the question of whether Plaintiff has stated a claim under the federal RICO statute.

BG's motion raises many similar issues. For example, BG also claims that the parties are bound to an arbitration agreement, that they are not subject to jurisdiction in Washington DC, that they have been released, and that there are certain deficiencies in Plaintiffs' RICO pleading.

Plaintiffs disagree with BG's arguments in support of dismissal. However, Plaintiffs believe that an extensive rebuttal of BG's brief should

await the Court's determination of similar motion practice. The Court's resolution of these motions may, for example, limit the matters still in dispute, and/or focus the parties' future briefing on a narrower set of issues. This would likely save both the parties and the Court substantial time.

In the proposed Order, Plaintiffs ask for five (5) business days after the Court renders its decision resolving the pending motions to dismiss of the other Defendants before its opposition to BG's pending motions is due.

Dated: August 25, 2008

By:_____

Daniel L. Abrams
2 Penn Plaza, Suite 1910
New York, New York 10121
(212) 292-5663
*Pro Hac Vice* Admission