IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG et al., : | |
| : | |
| Plaintiffs, : | Civil Action No. 1:08-cv-00301 JDB |
| v. : | |
| : | |
| BP p.l.c. et al., : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE OF BRUCE S. MARKS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel of record for Plaintiffs, Jack J. Grynberg, Grynberg Production Corporation (TX), Pricaspian Development Corporation, and Grynberg Production Corporation (CO).

Dated: December 29, 2015

Respectfully submitted,

*/s/* Bruce S. Marks
Bruce S. Marks (Pa. Bar No. 41299)
Marks & Sokolov, LLC
1835 Market Street
28th Floor
Philadelphia, PA 19103
T.   215.569.8901
F.   215.569.8912
Email   marks@mslegal.com
*Attorneys for Plaintiffs*

1