IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG, et al., : | |
| : | |
| Plaintiffs, : | Civil Action No. 1:08-cv-00301 JDB |
| v. : | |
| : | |
| BP p.l.c., et al., : | |
| : | |
| Defendants. : | |

## PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT
## PURSUANT TO FED. R. CIV. P. 60(b)

Plaintiffs Jack J. Grynberg, Grynberg Production Corporation (TX), Pricaspian Development Corporation, and Grynberg Production Corporation (CO) (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an order, pursuant to Fed. R. Civ. P. 60(b)(5) and (6), for relief from this Court's November 12, 2008 Order and Memorandum Opinion granting Defendants' motion to compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 2, and dismissing Plaintiffs' complaint without prejudice.  The grounds for Plaintiffs' Motion and requested relief are set forth in the accompanying Memorandum of Points and Authorities, dated December 29, 2015, the Declaration of Jack J. Grynberg, dated December 29, 2015, and exhibits attached thereto, and the Proposed Order, to which Plaintiffs respectfully refer this Court.   Plaintiffs reserve the right to submit additional evidence in support of their Motion upon resolution of expected disputes with Defendants whether certain evidence should be filed under seal.

WHEREFORE, Plaintiffs respectfully request this Court grant Plaintiffs' Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b), by

a. vacating this Court's November 12, 2008 Order and Memorandum granting Defendants' motion to compel arbitration and dismissing Plaintiffs' complaint without prejudice;

b. setting aside the arbitration provision in the parties' Settlement Agreements pursuant to the Federal Arbitration Act, 9 U.S.C. § 2, and/or New York law; and

c. granting Plaintiffs such other and further relief as this Court deems just and proper, including a stay of arbitration pending resolution of this Motion and discovery to support Plaintiffs' Motion and obtain critical evidence while Plaintiff Grynberg is still alive.

Dated: December 29, 2015

Respectfully submitted,

**MARKS & SOKOLOV, LLC**

BY:   \_\_\_\_/s/ Bruce S. Marks_____
Bruce S. Marks, Esq.
Thomas Sullivan, Esq., [*pro hac vice*]
Marks & Sokolov, LLC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 569-8901
Facsimile: (215) 569-8912

**MOLO LAMKEN LLP**

BY:   \_\_\_\_/s/ Justin V. Shur_____
Justin V. Shur, Esq.
Molo Lamken LLP
600 New Hampshire Ave., NW
Suite 660
Washington, DC 20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001