UNITED STATES DISTRICT COURT
For the
DISTRICT OF COLUMBIA (WASHINGTON, DC)

| | |
|---|---|
| JACK J. GRYNBERG, et. al.,       ) <br>       Plaintiffs,      ) <br>       )<br>v.      ) <br>       ) <br>BP P.L.C., et al.,       ) <br>       Defendants      ) | Civil Action No. 1:08-cv-00301 |

## NOTICE OF APPEAL

Notice is hereby given that **Jack J. Grynberg, Grynberg Production Corporation (TX), Grynberg Production Corporation (CO) and Pricaspian Development Corporation (TX),** Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit, the judgment by Order (ECF 146) and Memorandum Opinion (ECF 147), denying Plaintiffs' Motion for Relief from Judgment (ECF 114), entered in this action on September 8, 2016, in the United States District Court for the District of Columbia.

Date: October 7, 2016

_____
Bruce S. Marks, Esquire
*Attorneys for Jack J. Grynberg*
*Grynberg Production Corporation (TX)*
*Grynberg Production Corporation (CO)*
*Pricaspian Development Corporation (TX)*
Marks & Sokolov, LLC
1835 Market Street, Suite 1717
Philadelphia, PA 19103
Email   marks@mslegal.com
T       215.569.8901
F       215.569.8912

**CLERK:**   Please mail copies of the above Notice of Appeal to the following at the addresses Indicated:

1

| | |
|---|---|
| Kenneth Mark Bialo, Esquir<br>Mordecai Geisler, Esquire<br>Matthew Kennedy McCoy, Esquire<br>Paul T. Weintein, Esquire<br>Emmet, Marvin & Martin, LLP<br>120 Broadway, 32nd Floor<br>New York, NY 10271<br>T 212.238.3000<br>F 212.238.3100<br>Email kbialo@emmetmarvin.com<br>      pweinstein@emmetmarvin.com<br>      mmccoy@emmetmarvin.com | Robert A. Burgoyne, Esquire<br>Norton Rose Fulbright US LLP<br>799 9th Street, N.W.<br>Suite 1000<br>Washington, DC 20001-4510<br>T 202.662.4513<br>F 202.662.4643<br>Email<br>robert.burgoyne@nortonrosefulbright.com |
| Justin V. Shur, Esquire<br>Molo Lamken, LLP<br>600 New Hampshire Avenue, N.W.<br>Suite 660<br>Washington, DC 20037<br>T 202.556.2000<br>Email jshur@mololamken.com | Daryl A. Libow, Esquire<br>Christopher M. Viapiano, Esquire<br>Sullivan & Cromwell LLP<br>1700 New York Avenue, N.W.<br>Suite 700<br>Washington, DC 20006<br>T 202.956.7500<br>F 202.956.6973<br>Email libowd@sullcrom.com<br>      viapianoc@sullcrom.com |
| Layne E. Kruse, Esquire<br>Anne M. Rodgers, Esquire<br>Fulbright & Jaworski<br>1301 McKinney Street<br>Suite 5100<br>Houston, TX 77010<br>T 713.651.5151<br>F 713.651.5246<br>Email anne.rodgers@nortonrosefulbright.com<br>      Layne.kruse@nortonrosefulbright.com | Brian William Hickey, Esquire<br>Sullivan & Cromwell LLP<br>St. Olave's House<br>9a Ironmonger Lane<br>London EC2V 8EY 00000<br>ENGLAND<br>T 202.956.7055<br>F 202.956.7022<br>Email hickey@sullcrom.com |