APPEAL,CLOSED,JURY,TYPE−E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:08−cv−00301−JDB</u>

GRYNBERG et al v. BP P.L.C. et al
Assigned to: Judge John D. Bates
Demand: $6,075,000
 Case in other court:  USCA, 09−07029
                       USCA, 16−07120
Cause: 28:1391 Personal Injury

Date Filed: 02/21/2008
Date Terminated: 02/09/2009
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**<u>Plaintiff</u>**

**JACK J. GRYNBERG**

represented by **Bruce Samuel Marks**
MARKS & SOKOLOV, LLC
1835 Market Street
Suite 1717
Philadelphia, PA 19103
(215) 569−8901
Fax: (215) 569−8912
Email: <u>marks@mslegal.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin V. Shur**
MOLOLAMKEN LLP
600 New Hampshire, Avenue, NW
Washington, DC 20037
(202) 556−2005
Email: <u>jshur@mololamken.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly M. P. Hebron**
PRIDE LAW OFFICE
1300 Merchantile Lane
Suite 139ii
Largo, MD 20774
(301) 583−4633
Fax: (301) 306−7538
Email: <u>khebron@pridelaw.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel L. Abrams**
LAW OFFICES OF DANIEL L. ABRAMS PLLC
225 Broadway
Suite 2900
New York, NY 10007

(212) 374−5054
Email: dan@lawyerquality.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas C. Sullivan**
MARKS & SOKOLOV, LLC.
1835 Market Street
Philadelphia, PA 19103
215.569.8901
Fax: 215.569.8912
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GRYNBERG PRODUCTION CORPORATION (TX)**     represented by    **Bruce Samuel Marks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin V. Shur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly M. P. Hebron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel L. Abrams**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas C. Sullivan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GRYNBERG PRODUCTION CORPORATION (CO)**     represented by    **Bruce Samuel Marks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin V. Shur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly M. P. Hebron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel L. Abrams**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas C. Sullivan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**PRICASPIAN DEVELOPMENT CORPORATION (TX)**

represented by **Bruce Samuel Marks**
(See above for address)
*TERMINATED: 03/18/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin V. Shur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly M. P. Hebron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel L. Abrams**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas C. Sullivan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

**BP P.L.C.**
*doing business as*
BP CORPORATION NORTH AMERICA, INC.

represented by **Bruce William Hickey**
SULLIVAN & CROMWELL LLP
St. Olave's House
9a Ironmonger Lane
London EC2V 8EY 00000
England

(202) 956−7055
Fax: (202) 956−7022
Email: hickeyb@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Michael Viapiano**
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Suite 700
Washington, DC 20006
(202) 956−6985
Fax: (202) 956−7056
Email: viapianoc@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daryl Andrew Libow**
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Suite 700
Washington, DC 20006
(202) 956−7500
Email: libowd@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**STATOILHYDRO ASA**          represented by   **Kenneth Marc Bialo**
EMMET, MARVIN & MARTIN, LLP
120 Broadway
Suite 3200
New York, NY 10271
(212) 238−3000
Fax: (212) 238−3100
Email: kbialo@emmetmarvin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Kennedy McCoy**
EMMET, MARVIN & MARTIN, LLP
120 Broadway
Suite 3200
New York, NY 10271
(212) 238−3000
Fax: (212) 238−3100
Email: mmccoy@emmetmarvin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mordecai Geisler**
EMMET, MARVIN & MARTIN, LLP

120 Broadway
Suite 3200
New York, NY 10271
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul T. Weinstein**
EMMET, MARVIN & MARTIN, LLP
120 Broadway
32nd Floor
New York, NY 10271
(212) 238−3090
Email: pweinstein@emmetmarvin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BG GROUP P.L.C.**                    represented by   **Robert A. Burgoyne**
*doing business as*                                    NORTON ROSE FULBRIGHT US LLP
BG GROUP NORTH AMERICA, LLC                            799 9th Street, NW
                                                       Suite 1000
                                                       Washington, DC 20001−4510
                                                       (202) 662−4513
                                                       Fax: (202) 662−4643
                                                       Email: robert.burgoyne@nortonrosefulbright.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Anne Rodgers**
                                                       FULBRIGHT & JAWORSKI
                                                       1301 McKinney Street
                                                       Suite 5100
                                                       Houston, TX 77010
                                                       (713) 651−5151
                                                       Fax: (713) 651−5246
                                                       Email: anne.rodgers@nortonrosefulbright.com
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Layne E. Kruse**
                                                       NORTON ROSE FULBRIGHT, US LLP
                                                       1301 McKinney
                                                       Suite 5100
                                                       Houston, TX 77010−3095
                                                       (713) 651−5194
                                                       Fax: (713) 651−5246
                                                       Email: layne.kruse@nortonrosefulbright.com
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN BROWNE**                     represented by   **Bruce William Hickey**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Christopher Michael Viapiano**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Daryl Andrew Libow**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**ANTHONY HAYWARD**                represented by   **Bruce William Hickey**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Christopher Michael Viapiano**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Daryl Andrew Libow**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**PETER SUTHERLAND**               represented by   **Bruce William Hickey**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Christopher Michael Viapiano**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Daryl Andrew Libow**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**HELGE LUND**                     represented by   **Kenneth Marc Bialo**
*TERMINATED: 07/14/2008*                             (See above for address)
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Matthew Kennedy McCoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul T. Weinstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**EIVIND REITEN**
*TERMINATED: 07/14/2008*

**Defendant**

**ROBERT WILSON**
*TERMINATED: 07/14/2008*

**Defendant**

**FRANK CHAPMAN**
*TERMINATED: 07/14/2008*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/21/2008 | 1 | | COMPLAINT against JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND, HELGE LUND, EIVIND REITEN, ROBERT WILSON, FRANK CHAPMAN, BP P.L.C., STATOILHYDRO ASA, BG GROUP P.L.C. ( Filing fee $ 350, receipt number 4616010428) filed by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Civil Cover Sheet)(lc, ) (Entered: 02/25/2008) |
| 02/21/2008 | 2 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by GRYNBERG PRODUCTION CORPORATION (TX) (lc, ) (Entered: 02/25/2008) |
| 02/21/2008 | 3 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by GRYNBERG PRODUCTION CORPORATION (CO) (lc, ) (Entered: 02/25/2008) |
| 02/21/2008 | 4 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PRICASPIAN DEVELOPMENT CORPORATION (TX) (lc, ) (Entered: 02/25/2008) |
| 02/21/2008 | | | Summons (11) Issued as to JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND, HELGE LUND, EIVIND REITEN, ROBERT WILSON, FRANK CHAPMAN, BP P.L.C., STATOILHYDRO ASA, BG |

| | | |
|---|---|---|
| | | GROUP P.L.C.. (lc, ) (Entered: 02/25/2008) |
| 02/26/2008 | | SUMMONS (2) REISSUED as to HELGE LUND, STATOILHYDRO ASA (lc, ) (Entered: 02/26/2008) |
| 03/20/2008 | 6 | Summons Returned Unexecuted by as to BG GROUP P.L.C.. (td, ) (Entered: 03/21/2008) |
| 04/02/2008 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Daniel L. Abrams, :Firm− Law Office of Daniel L. Abrams PLLC, :Address− 2 Penn Plaza, Suite 1910, New York, NY 10121. Phone No. − 212−292−5663. Fax No. − 646−536−8905 by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Declaration Declaration of Dan Abrams)(Hebron, Kelly) (Entered: 04/02/2008) |
| 04/02/2008 | | MINUTE ORDER: Upon consideration of 7 plaintiffs' motion for leave to appear pro hac vice, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Daniel L. Abrams is hereby admitted to this Court pro hac vice for this case. SO ORDERED. Signed by Judge John D. Bates on 4/2/08. (lcjdb1) (Entered: 04/02/2008) |
| 04/03/2008 | | MINUTE ORDER: Upon consideration of 5 plaintiffs' motion to seal document, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the Affidavit of Jack J. Grynberg and all its submissions shall be SEALED until further order. SO ORDERED. Signed by Judge John D. Bates on 4/3/08. (lcjdb1) (Entered: 04/03/2008) |
| 04/09/2008 | 9 | NOTICE of Appearance by Paul T. Weinstein on behalf of STATOILHYDRO ASA (nmw, ) (Entered: 04/10/2008) |
| 04/10/2008 | 10 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Matthew Kennedy McCoy, :Firm− Emmet, Marvin & Martin, LLP, :Address− 120 Broadway, NY, NY 10271. Phone No. − (212) 238−3000. by STATOILHYDRO ASA (nmw, ) (Entered: 04/10/2008) |
| 04/10/2008 | 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Kenneth Marc Bialo, :Firm− Emmet, Marvin & Martin, LLP, :Address− 120 Broadway, NY, NY 10271. Phone No. − (212) 238−3000. by STATOILHYDRO ASA (nmw, ) (Entered: 04/10/2008) |
| 04/11/2008 | | MINUTE ORDER: Upon consideration of 10 Paul T. Weinstein's motion for leave to appear pro hac vice, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Matthew Kennedy McCoy is hereby admitted to this Court pro hac vice for this matter. SO ORDERED. Signed by Judge John D. Bates on 4/11/08. (lcjdb1) (Entered: 04/11/2008) |
| 04/11/2008 | | MINUTE ORDER: Upon consideration of 11 Paul T. Weinstein's motion for leave to appear pro hac vice, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Kenneth Marc Bialo is hereby admitted to this Court pro hac vice for this matter. SO ORDERED. Signed by Judge John D. Bates on 4/11/08. (lcjdb1) |

| | | | |
|---|---|---|---|
| | | | (Entered: 04/11/2008) |
| 04/15/2008 | 12 | | MOTION to Dismiss by HELGE LUND (Attachments: # 1 Affidavit of Paul R. Owen, # 2 Memorandum in Support, # 3 Certificate of Service, # 4 Text of Proposed Order)(nmw, ) (Entered: 04/15/2008) |
| 04/15/2008 | | | SUMMONS (1) REISSUED as to STATOILHYDRO ASA (tg, ) (Entered: 04/15/2008) |
| 04/18/2008 | 13 | | MOTION for Extension of Time to File Response/Reply as to 12 MOTION to Dismiss by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Declaration Decl. of Daniel L. Abrams, # 2 Exhibit A to Abrams Decl., # 3 Exhibit B to Abrams Decl., # 4 Exhibit C To Abrams Decl, # 5 Memorandum in Support, # 6 Text of Proposed Order)(Abrams, Daniel) (Entered: 04/18/2008) |
| 04/24/2008 | 14 | | MEMORANDUM in opposition to motion re 13 MOTION for Extension of Time to File Response/Reply as to 12 MOTION to Dismiss MOTION for Extension of Time to File Response/Reply as to 12 MOTION to Dismiss *Declaration of Matthew K. McCoy in Opposition to Plaintiffs' Motion for Extension of Time (to June 26, 2008) to Respond to Motion of Helge Lund to Dismiss this Case.* filed by HELGE LUND. (Attachments: # 1 Exhibit 1 to Declaration of Matthew K. McCoy, # 2 Proposed Order)(McCoy, Matthew) Modified on 4/24/2008 (jf, ). (Entered: 04/24/2008) |
| 04/24/2008 | 15 | | ERRATA *Change in ECF designation of document.* by HELGE LUND 14 Memorandum in opposition to Motion,, filed by HELGE LUND. (McCoy, Matthew) Modified on 4/25/2008 correcting text to read "memorandum" instead of "reply"(td, ). (Entered: 04/24/2008) |
| 04/24/2008 | 16 | | REPLY to opposition to motion re 13 MOTION for Extension of Time to File Response/Reply as to 12 MOTION to Dismiss MOTION for Extension of Time to File Response/Reply as to 12 MOTION to Dismiss filed by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX). (Abrams, Daniel) (Entered: 04/24/2008) |
| 04/25/2008 | | | MINUTE ORDER: Upon consideration of 13 plaintiff's motion for extension of time to file response/reply, the opposition and reply thereto, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that plaintiff's response to Helge Lund's motion to dismiss is due by not later than 6/26/08. SO ORDERED. Signed by Judge John D. Bates on 4/25/08. (lcjdb1) (Entered: 04/25/2008) |
| 05/02/2008 | 31 | | MOTION to seal prior motion for permission to serve process and continue case re 8 MOTION Serve Process and Continue Case by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX)(FILED UNDER SEAL) (jf, ) (Entered: 06/02/2008) |
| 05/23/2008 | 17 | | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Daryl Andrew Libow on behalf of JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND, BP P.L.C. (Libow, Daryl) (Entered: 05/23/2008) |
| 05/23/2008 | 18 | NOTICE of Appearance by Bruce William Hickey on behalf of JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND, BP P.L.C. (Hickey, Bruce) (Entered: 05/23/2008) |
| 05/23/2008 | 19 | Corporate Disclosure Statement by BP P.L.C.. (Hickey, Bruce) (Entered: 05/23/2008) |
| 05/23/2008 | 20 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BP P.L.C. (Hickey, Bruce) (Entered: 05/23/2008) |
| 05/23/2008 | 21 | MOTION to Dismiss for Lack of Jurisdiction *Fed. R. Civ. P. 12(b)(2)* by JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND (Attachments: # 1 Text of Proposed Order Proposed Order)(Libow, Daryl) (Entered: 05/23/2008) |
| 05/23/2008 | 22 | MEMORANDUM re 21 MOTION to Dismiss for Lack of Jurisdiction *Fed. R. Civ. P. 12(b)(2)* filed by ANTHONY HAYWARD, JOHN BROWNE, PETER SUTHERLAND by JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND. (Libow, Daryl) (Entered: 05/23/2008) |
| 05/23/2008 | 24 | MOTION for Leave to File *Under Seal* by BP P.L.C. (Attachments: # 1 Text of Proposed Order)(Libow, Daryl) (Entered: 05/23/2008) |
| 05/23/2008 | 25 | MEMORANDUM re 24 MOTION for Leave to File *Under Seal* filed by BP P.L.C. by BP P.L.C.. (Libow, Daryl) (Entered: 05/23/2008) |
| 05/23/2008 | 26 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by STATOILHYDRO ASA (Bialo, Kenneth) (Entered: 05/23/2008) |
| 05/28/2008 | | MINUTE ORDER: Upon consideration of 24 BP's motion to seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that (1) BP's memorandum of points and authorities in support of its motion to compel arbitration and dismiss the complaint and (2) the declaration of Bruce W. Hickey and all exhibits attached thereto, are hereby SEALED until further order. SO ORDERED. Signed by Judge John D. Bates on 5/28/08. (lcjdb1) (Entered: 05/28/2008) |
| 05/28/2008 | | MINUTE ORDER: Upon consideration of 27 defendant STATOILHYDRO ASA's motion to seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that all of STATOILHYDRO ASA's filings contained in docket entries 28 and 29 are hereby SEALED until further notice. SO ORDERED. Signed by Judge John D. Bates on 5/28/08. (lcjdb1) (Entered: 05/28/2008) |
| 05/28/2008 | 30 | STIPULATION *AND PROPOSED ORDER RE: BRIEFING SCHEDULES* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX). (Abrams, Daniel) (Entered: 05/28/2008) |
| 06/03/2008 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER: It is hereby ORDERED that a motion hearing is scheduled for 8/19/08 at 10:00 a.m. The parties should be prepared to participate in oral argument concerning all outstanding motions. SO ORDERED. Signed by Judge John D. Bates on 6/3/08. (lcjdb1) (Entered: 06/03/2008) |
| 06/03/2008 | | Set/Reset Deadlines/Hearings: Motion Hearing set for 8/19/2008 10:00 AM in Courtroom 8 before Judge John D. Bates. (lcjdb1) (Entered: 06/03/2008) |
| 06/03/2008 | | MINUTE ORDER: Pursuant to 30 the stipulated briefing schedule for motions filed on 5/28/08, it is hereby ORDERED that the parties shall adhere to the following schedule: (1) plaintiffs' opposition papers are due by not later than 6/26/08; (2) defendants' reply papers are due by not later than 7/18/08. SO ORDERED. Signed by Judge John D. Bates on 6/3/08. (lcjdb1) (Entered: 06/03/2008) |
| 06/04/2008 | 32 | NOTICE *of Filing Sealed Document, Errata Sheet* by STATOILHYDRO ASA (McCoy, Matthew) (Entered: 06/04/2008) |
| 06/06/2008 | | Set/Reset Deadlines: Reply due by 7/18/2008. (tb, ) (Entered: 06/06/2008) |
| 06/26/2008 | 33 | MOTION for Leave to File *Document Under Seal* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Memorandum in Support of Motion to Seal, # 2 Text of Proposed Order)(Hebron, Kelly) (Entered: 06/26/2008) |
| 06/26/2008 | 34 | NOTICE *of Filing of Document Under Seal* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) re 33 MOTION for Leave to File *Document Under Seal* (Hebron, Kelly) (Entered: 06/26/2008) |
| 06/26/2008 | 35 | REPLY to opposition to motion re 21 MOTION to Dismiss for Lack of Jurisdiction *Fed. R. Civ. P. 12(b)(2) Declaration of Daniel L. Abrams* filed by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX). (Attachments: # 1 Exhibit A Magazine Article, # 2 Exhibit B Chevron Fact Sheet, # 3 Exhibit C Article, # 4 Exhibit D Statoil Cease and Desist Order, # 5 Exhibit E News Digest, # 6 Exhibit F Proposed Bill, # 7 Exhibit G Tony Hayward Materials, # 8 Exhibit H SEC v. Monty Fu Complaint, # 9 Exhibit I SEC v. Philip Complaint, # 10 Exhibit J BP America Map, # 11 Exhibit K John Browne Materials, # 12 Exhibit L SEC Browne Doc, # 13 Exhibit M Browne and Hayward Compilation, # 14 Exhibit N Sutherland Bio)(Abrams, Daniel) (Entered: 06/26/2008) |
| 06/26/2008 | 36 | Memorandum in opposition to re 21 MOTION to Dismiss for Lack of Jurisdiction *Fed. R. Civ. P. 12(b)(2)* filed by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX). (Abrams, Daniel) (Entered: 06/26/2008) |
| 06/27/2008 | 37 | MOTION for Leave to File *Documents* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT |

| | | |
|---|---|---|
| | | CORPORATION (TX) (Attachments: # 1 Text of Proposed Order)(Hebron, Kelly) (Entered: 06/27/2008) |
| 06/27/2008 | | NOTICE re 35 Reply to opposition to Motion; emailed to dan@lawyerquality.com, cc'd 7 associated attorneys −− The PDF file you docketed contained errors: 1. Document not complete/legible, 2. Please refile document, 3. Main document (reply) is missing; Ex. J is in improper format (multimedia); refile in full or errata (nmw, ) (Entered: 06/27/2008) |
| 06/30/2008 | 38 | ENTERED IN ERROR.....ERRATA *Exhibit J* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) 35 Reply to opposition to Motion,,, filed by JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX). (Abrams, Daniel) Modified on 6/30/2008 (tg, ). (Entered: 06/30/2008) |
| 07/10/2008 | 39 | MOTION for Leave to File *Under Seal* by HELGE LUND (Attachments: # 1 Proposed Order)(McCoy, Matthew) (Entered: 07/10/2008) |
| 07/10/2008 | 40 | MOTION to Dismiss by HELGE LUND (Attachments: # 1 Proposed Order)(McCoy, Matthew) (Entered: 07/10/2008) |
| 07/10/2008 | 41 | NOTICE *Regarding Filing of Sealed Material* by HELGE LUND re 40 MOTION to Dismiss (McCoy, Matthew) (Entered: 07/10/2008) |
| 07/11/2008 | 42 | ERRATA *Corrected Exhibit J To Abrams Declaration* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) 21 MOTION to Dismiss for Lack of Jurisdiction *Fed. R. Civ. P. 12(b)(2)* filed by ANTHONY HAYWARD, JOHN BROWNE, PETER SUTHERLAND. (Abrams, Daniel) (Entered: 07/11/2008) |
| 07/14/2008 | 43 | MOTION for Leave to File *Sealed Document* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Memorandum in Support of Motion to Seal, # 2 Text of Proposed Order)(Hebron, Kelly) (Entered: 07/14/2008) |
| 07/14/2008 | 44 | NOTICE *of Filing of Sealed Document* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) re 43 MOTION for Leave to File *Sealed Document* (Hebron, Kelly) (Entered: 07/14/2008) |
| 07/14/2008 | 45 | NOTICE of Voluntary Dismissal re Helge Lund, Eivind Reiten, Robert Wilson, Frank Chapman *Without Prejudice* (Abrams, Daniel) (Entered: 07/14/2008) |
| 07/18/2008 | 46 | REPLY to opposition to motion re 21 MOTION to Dismiss for Lack of Jurisdiction *Fed. R. Civ. P. 12(b)(2)* filed by JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND. (Libow, Daryl) (Entered: 07/18/2008) |
| 07/18/2008 | 47 | MOTION for Leave to File *Reply Memorandum Under Seal* by BP P.L.C. (Attachments: # 1 Text of Proposed Order)(Libow, Daryl) (Entered: |

| | | | |
|---|---|---|---|
| | | | 07/18/2008) |
| 07/18/2008 | 48 | | NOTICE *of Filing of Sealed Document* by BP P.L.C. (Hickey, Bruce) (Entered: 07/18/2008) |
| 07/18/2008 | 49 | | MOTION for Leave to File *Reply Under Seal* by STATOILHYDRO ASA (Attachments: # 1 Proposed Order, # 2 Affidavit of Service)(McCoy, Matthew) (Entered: 07/18/2008) |
| 07/18/2008 | 50 | | ENTERED IN ERROR.....NOTICE *Regarding Filing Sealed Material* by STATOILHYDRO ASA re 49 MOTION for Leave to File *Reply Under Seal* (McCoy, Matthew) Modified on 7/21/2008 (td, ). (Entered: 07/18/2008) |
| 07/18/2008 | 51 | | NOTICE *Regarding Filing of Sealed Material* by STATOILHYDRO ASA re 49 MOTION for Leave to File *Reply Under Seal* (McCoy, Matthew) (Entered: 07/18/2008) |
| 07/21/2008 | | | NOTICE re 50 Notice (Other); emailed to mmccoy@emmetmarvin.com, cc'd 7 associated attorneys —— The PDF file you docketed contained errors: 1. This has been entered in error because it is a duplicate entry of no. 51. Submit sealed document. (td, ) (Entered: 07/21/2008) |
| 07/30/2008 | 52 | | NOTICE *of Filing of Documents Under Seal* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Hebron, Kelly) (Entered: 07/30/2008) |
| 07/30/2008 | 53 | | MOTION to seal documents re 52 Notice (Other) *of Filing* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Memorandum in Support of Motion to Seal, # 2 Text of Proposed Order)(Hebron, Kelly) (Entered: 07/30/2008) |
| 07/30/2008 | 54 | | AFFIDAVIT *OF SERVICE* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX). (Hebron, Kelly) (Entered: 07/30/2008) |
| 07/30/2008 | 55 | | AFFIDAVIT FOR DEFAULT *Judgment* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX). (Hebron, Kelly) (Entered: 07/30/2008) |
| 08/01/2008 | 56 | | ENTERED IN ERROR.....RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JACK J. GRYNBERG served on 6/10/2008, answer due 6/30/2008; GRYNBERG PRODUCTION CORPORATION (TX) served on 6/10/2008, answer due 6/30/2008; GRYNBERG PRODUCTION CORPORATION (CO) served on 6/10/2008, answer due 6/30/2008; PRICASPIAN DEVELOPMENT CORPORATION (TX) served on 6/10/2008, answer due 6/30/2008 (Attachments: # 1 Certificate of Attestation, # 2 Process Server Witness Statement)(Hebron, Kelly) Modified on 8/4/2008 (tr, ). (Entered: 08/01/2008) |
| 08/01/2008 | | | MINUTE ORDER: Upon consideration of 31 33 39 43 47 49 the various motions to seal filings, and the entire record herein, it is hereby ORDERED |

| | | | |
|---|---|---|---|
| | | | that the motions are GRANTED; and it is further ORDERED that the applicable filings are hereby SEALED. SO ORDERED. Signed by Judge John D. Bates on 8/1/08. (lcjdb1) (Entered: 08/01/2008) |
| 08/01/2008 | 60 | | MEMORANDUM of Law in Support re 40 MOTION to Dismiss filed by HELGE LUND. (tr)(FILED UNDER SEAL) (Entered: 08/05/2008) |
| 08/01/2008 | 61 | | EXHIBIT in Support of Motion to Seal 33 by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (tr)(FILED UNDER SEAL) (Entered: 08/05/2008) |
| 08/01/2008 | 62 | | REPLY MEMORANDUM in Further Support of Its Motion to Compel Arbitration and Dismiss The Complaint re 21 MOTION to Dismiss for Lack of Jurisdiction filed by BP P.L.C.. (tr)(FILED UNDER SEAL) (Entered: 08/05/2008) |
| 08/01/2008 | 63 | | REPLY MEMORANDUM to re 40 MOTION to Dismiss filed by STATOILHYDRO ASA. (tr)(FILED UNDER SEAL) (Entered: 08/05/2008) |
| 08/04/2008 | 57 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. BG GROUP P.L.C. served on 6/10/2008, answer due 6/30/2008 (Attachments: # 1 Certificate of Attestation, # 2 Process Server Witness Statement)(Hebron, Kelly) (Entered: 08/04/2008) |
| 08/04/2008 | 58 | | ENTERED IN ERROR.....Clerk's ENTRY OF DEFAULT as to BG GROUP P.L.C. (tr) Modified on 8/4/2008 (tr, ). (Entered: 08/04/2008) |
| 08/04/2008 | | | Set/Reset Deadlines: (tr) (Entered: 08/04/2008) |
| 08/04/2008 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 58 Clerk's Entry of Default was entered in error due to clerical mistake and refiled. (tr) (Entered: 08/04/2008) |
| 08/04/2008 | 59 | | Clerk's ENTRY OF DEFAULT as to BG GROUP P.L.C. (tr) (tr, ). Modified on As to correct party in default 8/4/2008 (tr, ). (Entered: 08/04/2008) |
| 08/06/2008 | 64 | | RESPONSE re 52 Notice (Other) *(Opposition to Motion for Leave to File a Sur−Opposition)* filed by JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND. (Libow, Daryl) (Entered: 08/06/2008) |
| 08/06/2008 | 65 | | NOTICE *Regarding Filing Sealed Material* by STATOILHYDRO ASA re 52 Notice (Other) (Attachments: # 1 Proposed Order)(McCoy, Matthew) (Entered: 08/06/2008) |
| 08/06/2008 | 66 | | ENTERED IN ERROR.....RESPONSE re 65 Notice (Other), 52 Notice (Other) *Defendant StatoilHydro ASA's Motion to Seal the Memorandum of Defendant StatoilHydro ASA in Opposition to Plaintiffs' Motion for Leave to File a Sur−Opposition to Defendants' Motion to Dismiss the Verified Complaint* filed by STATOILHYDRO ASA. (Attachments: # 1 Proposed Order)(McCoy, Matthew) Modified on 8/7/2008 (nmw, ). (Entered: 08/06/2008) |
| 08/06/2008 | 67 | | AFFIDAVIT re 66 Response to Document, 65 Notice (Other) *Affidavit of Service by Matthew K. McCoy* by STATOILHYDRO ASA. (McCoy, Matthew) (Entered: 08/06/2008) |
| 08/07/2008 | | | |

| | | |
|---|---|---|
| | | NOTICE re <u>66</u> Response to Document; emailed to mmccoy@emmetmarvin.com, cc'd 7 associated attorneys — The PDF file you docketed contained errors: 1. Document title does not match docketed event, 2. Please refile document (nmw, ) (Entered: 08/07/2008) |
| 08/07/2008 | <u>68</u> | MOTION for Leave to File *Under Seal the Memorandum of Defendant StatoilHydro ASA in Opposition to Plaintiffs' Motion for Leave to File a Sur−Opposition to Defendants' Motion to Dismiss the Verified Complaint* by STATOILHYDRO ASA (Attachments: # <u>1</u> Text of Proposed Order Proposed Order Granting Motion to Seal)(McCoy, Matthew) (Entered: 08/07/2008) |
| 08/07/2008 | <u>69</u> | NOTICE of Proposed Order *Denying Plaintiffs' Motion for Leave to File a Sur−Opposition to Defendants' Motion to Dismiss the Verified Complaint* by STATOILHYDRO ASA re <u>65</u> Notice (Other) (Attachments: # <u>1</u> Text of Proposed Order Proposed Order Denying Plaintiffs Motion for Leave to File a Sur−Opposition to Defendants Motion to Dismiss the Verified Complaint)(McCoy, Matthew) (Entered: 08/07/2008) |
| 08/07/2008 | <u>70</u> | MOTION for Default Judgment as to *BG Group PLC* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # <u>1</u> Memorandum in Support of Motion for Default Judgment, # <u>2</u> Exhibit A to Memorandum in Support)(Hebron, Kelly) (Entered: 08/07/2008) |
| 08/07/2008 | <u>71</u> | NOTICE of Proposed Order *Denying Plaintiffs' Motion for Leave to File a Sur−Opposition* by JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND re <u>64</u> Response to Document (Attachments: # <u>1</u> Text of Proposed Order)(Hickey, Bruce) (Entered: 08/07/2008) |
| 08/07/2008 | <u>72</u> | NOTICE of Appearance by Robert A. Burgoyne on behalf of BG GROUP P.L.C. (Burgoyne, Robert) (Entered: 08/07/2008) |
| 08/07/2008 | <u>73</u> | Corporate Disclosure Statement by BG GROUP P.L.C.. (Burgoyne, Robert) (Entered: 08/07/2008) |
| 08/07/2008 | <u>74</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Layne E. Kruse, :Firm− Fulbright & Jaworski L.L.P., :Address− 1301 McKinney, Suite 5100, Houston, TX 77010. Phone No. − (713) 651−5151. Fax No. − (713) 651−5246 by BG GROUP P.L.C. (Attachments: # <u>1</u> Text of Proposed Order, # <u>2</u> Declaration Declaration of Layne E. Kruse)(Burgoyne, Robert) (Entered: 08/07/2008) |
| 08/07/2008 | <u>75</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Anne M. Rodgers, :Firm− Fulbright & Jaworski L.L.P., :Address− 1301 McKinney, Suite 5100, Houston, TX 77010. Phone No. − (713) 651−5151. Fax No. − (713) 651−5246 by BG GROUP P.L.C. (Attachments: # <u>1</u> Text of Proposed Order, # <u>2</u> Declaration Declaration of Anne M. Rodgers)(Burgoyne, Robert) (Entered: 08/07/2008) |
| 08/11/2008 | | MINUTE ORDER: Upon consideration of <u>68</u> defendant StatoilHydro ASA's motion for leave to file, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that defendant's opposition to plaintiff's motion for leave to file a sur−opposition to defendants' motions to dismiss is hereby deemed filed and sealed as of this date. SO |

| | | |
|---|---|---|
| | | ORDERED. Signed by Judge John D. Bates on 8/11/08. (lcjdb1) (Entered: 08/11/2008) |
| 08/11/2008 | | MINUTE ORDER: Upon consideration of 74 the motion for leave to appear pro hac vice, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ordered that Layne E. Kruse may participate in this matter pro hac vice. SO ORDERED. Signed by Judge John D. Bates on 8/11/08. (lcjdb1) (Entered: 08/11/2008) |
| 08/11/2008 | | MINUTE ORDER: Upon consideration of 75 the motion for leave to appear pro hac vice, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Anne M. Rodgers may participate in this matter pro hac vice. SO ORDERED. Signed by Judge John D. Bates on 8/11/08. (lcjdb1) (Entered: 08/11/2008) |
| 08/11/2008 | 76 | Memorandum in opposition to re 53 Plaintiffs' Motion for Leave to file Sur−Opposition to Defendants' Motion to Dismiss the Verified Complaint filed by STATOILHYDRO ASA. (tr)(FILED UNDER SEAL) (Entered: 08/12/2008) |
| 08/13/2008 | | MINUTE ORDER: In light of the forthcoming motions hearing, it is hereby ORDERED that the parties shall adhere to the following format. Each side will be allotted fifty (50) minutes. Defendants shall present argument first according to the following allocation: (i) fifteen (15) minutes shall be allocated to address 21 the motion to dismiss for lack of jurisdiction filed by John Browne, Anthony Hayward, and Peter Sutherland; (ii) thirty−five (35) minutes shall be allocated to address 23 the motion to compel arbitration and dismiss the complaint filed by BP P.L.C., 28 the motion to dismiss filed by StatoilHydro ASA, and 29 the motion to stay filed by StatoilHydro ASA. Plaintiffs shall then respond and also address 70 the motion for default judgment as to BG Group PLC if warranted. The parties are advised that no further filings will be accepted pending the hearing on 8/19/08 except that the Court will entertain an opposition to the motion for default judgment from BG Group if one is filed. SO ORDERED. Signed by Judge John D. Bates on 8/13/08. (lcjdb1) Modified on 8/14/2008 (lcjdb1). (Entered: 08/13/2008) |
| 08/13/2008 | 77 | MOTION to Set Aside Default *, for Relief from Filing Verified Answer, and to Compel Arbitration and Dismiss, and Opposition to Motion for Default Judgment* by BG GROUP P.L.C. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Notice re Filing of Sealed Material)(Burgoyne, Robert) Modified on 8/14/2008 (tr, )(APPENDIX LODGED UNDER SEAL). (Entered: 08/13/2008) |
| 08/13/2008 | 78 | MOTION for Leave to File *Motion to Seal and Memorandum in Support* by BG GROUP P.L.C. (Attachments: # 1 Text of Proposed Order)(Burgoyne, Robert) Modified on 8/14/2008 (tr, ).(MEMORANDUM LODGED UNDER SEAL) (Entered: 08/13/2008) |
| 08/14/2008 | | MINUTE ORDER: The Minute Order issued on 8/13/08 has been corrected to reflect that the hearing in this case will be held on 8/19/08.. Signed by Judge John D. Bates on 8/14/08. (lcjdb1) (Entered: 08/14/2008) |
| 08/19/2008 | | ENTERED IN ERROR.....Minute Entry Motion Hearing held on 8/19/2008 before Judge John D. Bates re 40 MOTION to Dismiss filed by HELGE LUND, 12 MOTION to Dismiss filed by HELGE LUND. Motions heard and taken under advisement. (Court Reporter Bryan Wayne) (tb, ) Modified on |

| | | |
|---|---|---|
| | | 8/20/2008 (tb, ). (Entered: 08/20/2008) |
| 08/19/2008 | | Minute Entry (CORRECTED) Motion Hearing held on 8/19/2008 before Judge John D. Bates: re 21 23 , and 28 MOTION to Dismiss for Lack of Jurisdiction Fed. R. Civ. P. 12(b)(2) filed by ANTHONY HAYWARD, JOHN BROWNE, PETER SUTHERLAND. Motions heard and taken under advisement. (Court Reporter Bryan Wayne) (tb, ) (Entered: 08/20/2008) |
| 08/20/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: The Minute Entry dated 08/19/08 was entered in error, see Minute Entry (CORRECTED) dated 08/19//08. (tb, ) (Entered: 08/20/2008) |
| 08/20/2008 | 79 | ENTERED IN ERROR. ORDER requiring status reports by not later than 2:00 p.m. on 8/22/08. See text of the Order for additional details. SO ORDERED. Signed by Judge John D. Bates on 8/20/08. (lcjdb1) Modified on 8/20/2008 (lcjdb1). (Entered: 08/20/2008) |
| 08/20/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: The Order contained in docket entry 79 was entered in error. Please ignore that entry. (lcjdb1) (Entered: 08/20/2008) |
| 08/25/2008 | 80 | MOTION to Suspend Briefing Pending the Court's Consideration of Motion Practice 77 MOTION to Set Aside Default , for Relief from Filing Verified Answer, and to Compel Arbitration and Dismiss, and Opposition to Motion for Default Judgment by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Affidavit Abrams Declaration, # 2 Text of Proposed Order, # 3 Memorandum in Support)(Abrams, Daniel) Modified on 9/9/2008 To correct docket text to read correct title of motion (tr). (Entered: 08/25/2008) |
| 09/08/2008 | 81 | NOTICE Regarding Filing of Sealed Material by BG GROUP P.L.C. (Burgoyne, Robert) (Entered: 09/08/2008) |
| 09/08/2008 | 82 | NOTICE of Proposed Order by BG GROUP P.L.C. (Burgoyne, Robert) (Entered: 09/08/2008) |
| 09/08/2008 | 83 | MOTION Motion to Seal and Memorandum in Support by BG GROUP P.L.C. (Attachments: # 1 Text of Proposed Order)(Burgoyne, Robert) (Entered: 09/08/2008) |
| 09/08/2008 | | MINUTE ORDER: Upon consideration of 78 83 BG Group's motions for leave to file under seal, and the entire record herein, it is hereby ORDERED that the motions are GRANTED; and it is further ORDERED that the referenced documents are hereby deemed filed and sealed until further Order of this Court. SO ORDERED. Signed by Judge John D. Bates on 9/8/08. (lcjdb1) (Entered: 09/08/2008) |
| 09/08/2008 | | MINUTE ORDER: Upon consideration of 80 plaintiffs motion to hold briefing schedule in abeyance, it is hereby ORDERED that plaintiffs and BG Group shall submit a joint status report to the Court by not later than September 15, 2008 indicating whether the legal issues as between BG Group and plaintiffs are in any way distinct from the legal issues involved in the motions to dismiss filed by defendants BP or Statoil. For purposes of this status report, the parties shall ignore the outstanding motion to set aside the default judgment filed by |

| | | |
|---|---|---|
| | | BG. To the extent that the issues relating to arbitration and other grounds for dismissal mirror those contained in BP and Statoils motions, the Court need not receive additional briefing on those issues at this time. If, however, there are additional issues unaddressed by those papers, the Court will set a briefing schedule after receiving the joint status report. SO ORDERED. Signed by Judge John D. Bates on 9/8/08. (lcjdb1) Modified on 9/9/2008 (lcjdb1). (Entered: 09/08/2008) |
| 09/08/2008 | 84 | MEMORANDUM of Law in Support re <u>78</u> MOTION for Leave to File *Motion to Seal and Memorandum in Support* filed by BG GROUP P.L.C.. (tr)(FILED UNDER SEAL) (Entered: 09/09/2008) |
| 09/08/2008 | 85 | Memorandum in opposition to re <u>80</u> MOTION to Suspend Briefing Pending the Court's Consideration of Motion Practice <u>77</u> MOTION to Set Aside Default *, for Relief from Filing Verified Answer, and to Compel Arbitration and Dismiss, and Opposition to Motion for Default Judgment filed by BG GROUP P.L.C.. (tr)(FILED UNDER SEAL) (Entered: 09/09/2008)* |
| 09/08/2008 | 86 | REPLY to opposition to motion re <u>77</u> MOTION to Set Aside Default *, for Relief from Filing Verified Answer, and to Compel Arbitration and Dismiss, and Opposition to Motion for Default Judgment* filed by BG GROUP P.L.C.. (tr)(FILED UNDER SEAL) (Entered: 09/09/2008) |
| 09/09/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: The Court's Minute Order issued on 9/8/08 has been corrected to reflect that the motion to set aside the default judgment was filed by BG Group. (lcjdb1) (Entered: 09/09/2008) |
| 09/10/2008 | | Set/Reset Deadlines: Joint Status Report due by 9/15/2008. (tb, ) (Entered: 09/10/2008) |
| 09/15/2008 | <u>87</u> | MOTION Motion to Seal Reply Memo of Law in Support of Motion to Suspend Briefing by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # <u>1</u> Notice of Filing of Sealed Documents, # <u>2</u> Text of Proposed Order to Motion to Seal)(Hebron, Kelly) (Entered: 09/15/2008) |
| 09/16/2008 | <u>88</u> | NOTICE *Regarding Filing of Sealed Material* by BG GROUP P.L.C. (Burgoyne, Robert) Modified on 9/16/2008 (tr, )(FILED UNDER SEAL). (Entered: 09/16/2008) |
| 09/16/2008 | | MINUTE ORDER: Upon consideration of <u>87</u> plaintiffs' motion to seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that plaintiffs' reply memorandum in support of their motion to suspend briefing is hereby sealed until further Order of this Court. SO ORDERED. Signed by Judge John D. Bates on 9/16/08. (lcjdb1) (Entered: 09/16/2008) |
| 09/16/2008 | 89 | REPLY MEMORANDUM OF LAW IN SUPPORT OF re <u>80</u> MOTION to Suspend Briefing Pending the Court's Consideration of Motion Practice <u>77</u> MOTION to Set Aside Default , for Relief from Filing Verified Answer, and to Compel Arbitration and Dismiss, and Opposition to Motion for Default Judgment filed by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX).(tr)(FILED |

| | | |
|---|---|---|
| | | UNDER SEAL) . (Entered: 09/17/2008) |
| 09/18/2008 | 90 | TRANSCRIPT OF PROCEEDINGS before Judge John D. Bates of proceedings held on 8/19/08; Page Numbers: 71. Date of Issuance:9/18/08. Court Reporter/Transcriber Bryan A. Wayne, Telephone number 202−354−3186, Court Reporter Email Address : bryanawayne@verizon.net.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 10/9/2008. Redacted Transcript Deadline set for 10/20/2008. Release of Transcript Restriction set for 12/17/2008.(Wayne, Bryan) (Entered: 09/18/2008) |
| 09/29/2008 | 91 | MOTION for Order *To Seal* by BG GROUP P.L.C. (Attachments: # 1 Text of Proposed Order)(Burgoyne, Robert) (Entered: 09/29/2008) |
| 09/29/2008 | 92 | NOTICE *Regarding Filing of Sealed Material* by BG GROUP P.L.C. (Burgoyne, Robert) (Entered: 09/29/2008) |
| 10/02/2008 | 93 | NOTICE *of Filing of Sealed Document* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Hebron, Kelly) (Entered: 10/02/2008) |
| 10/02/2008 | 94 | MOTION To Strike & Seal re 93 Notice (Other) *of Filing* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Proposed Order)(Hebron, Kelly) (Entered: 10/02/2008) |
| 11/12/2008 | 95 | ORDER granting motions to dismiss and compel arbitration as to plaintiffs' claims against BP, Statoil, and the individual BP defendants. See text of the Order and the accompanying Memorandum Opinion for details. Signed by Judge John D. Bates on 11/12/08. (lcjdb1) (Entered: 11/12/2008) |
| 11/12/2008 | 96 | MEMORANDUM OPINION accompanying Order granting motions to dismiss and compel arbitration as to plaintiffs' claims against BP, Statoil, and the individual BP defendants. Signed by Judge John D. Bates on 11/12/08. (lcjdb1) (Entered: 11/12/2008) |
| 11/12/2008 | | MINUTE ORDER: Upon consideration of 88 plaintiffs' and BG Group's joint status report, and the entire record herein, it is hereby ORDERED that the parties adhere to the following briefing schedule: plaintiffs shall file a consolidated opposition to BG Group's motion to compel and reply in support |

| | | |
|---|---|---|
| | | of plaintiffs' motion for default judgment by not later than November 24, 2008; BG Group shall file its reply in support of its motion to compel by not later than December 2, 2008. SO ORDERED. Signed by Judge John D. Bates on 11/12/08. (lcjdb1) (Entered: 11/12/2008) |
| 11/12/2008 | | Set/Reset Deadlines: Plaintiffs' response to BG Group's motion to compel arbitration/reply in support of plaintiffs' motion for default judgment due by 11/24/2008. BG Group's reply in support of its motion to compel by 12/2/2008. (lcjdb1) (Entered: 11/12/2008) |
| 11/24/2008 | 97 | MOTION for Leave to File *Material Under Seal* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Memorandum in Support)(Abrams, Daniel) (Entered: 11/24/2008) |
| 11/24/2008 | 98 | NOTICE *Regarding Filing of Sealed Material* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Abrams, Daniel) (Entered: 11/24/2008) |
| 11/25/2008 | | MINUTE ORDER: Upon consideration of 97 plaintiffs' motion to seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that plaintiffs' memorandum in opposition to BG's motion to compel is hereby sealed until further Order of this Court. SO ORDERED. Signed by Judge John D. Bates on 11/25/08.(lcjdb1) (Entered: 11/25/2008) |
| 11/25/2008 | 99 | Memorandum in opposition to re 77 MOTION to Compel Arbitration and Dismiss, filed by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX). (FILED UNDER SEAL) (jf, ) (Entered: 12/02/2008) |
| 12/02/2008 | 100 | MOTION for Order *to Seal* by BG GROUP P.L.C. (Attachments: # 1 Text of Proposed Order)(Burgoyne, Robert) (Entered: 12/02/2008) |
| 12/02/2008 | 101 | NOTICE *Regarding Filing of Sealed Material* by BG GROUP P.L.C. re 100 MOTION for Order *to Seal* (Burgoyne, Robert) Modified on 12/4/2008 (tr)(FILED UNDER SEAL). (Entered: 12/02/2008) |
| 12/03/2008 | | MINUTE ORDER: Upon consideration of 100 BG's motion to seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that BG's memorandum in support of its motion to compel is hereby sealed until further Order of this Court. SO ORDERED. Signed by Judge John D. Bates on 12/3/08. (lcjdb1) (Entered: 12/03/2008) |
| 02/09/2009 | 102 | ORDER denying 70 plaintiffs' motion for default judgment and granting 77 BG's motion to set aside default, compel arbitration, and dismiss. See text of the Order for details. Signed by Judge John D. Bates on 2/9/09. (lcjdb1) (Entered: 02/09/2009) |
| 02/09/2009 | 103 | MEMORANDUM OPINION. Signed by Judge John D. Bates on 2/9/09. (lcjdb1) (Entered: 02/09/2009) |
| 03/02/2009 | 104 | |

| | | |
|---|---|---|
| | | NOTICE OF APPEAL as to 102 Order on Motion for Default Judgment, Order on Motion to Set Aside Default by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX). Fee Status: No Fee Paid. Parties have been notified. (Abrams, Daniel) (Entered: 03/02/2009) |
| 03/03/2009 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 104 Notice of Appeal, (tr) (Entered: 03/03/2009) |
| 03/11/2009 | | USCA Case Number 09−7029 for 104 Notice of Appeal, filed by JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX). (tr) (Entered: 03/12/2009) |
| 03/13/2009 | | USCA Appeal Fees received $ 455 receipt number 4616019081 re 104 Notice of Appeal, filed by JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX) (tr) (Entered: 03/16/2009) |
| 03/16/2009 | | Supplemental Record on Appeal transmitted to US Court of Appeals re USCA Appeal Fees (tr) (Entered: 03/16/2009) |
| 07/29/2009 | 105 | MOTION to Seal Motion for TRO by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Memorandum in Support, # 2 Affidavit)(Hebron, Kelly) (Entered: 07/29/2009) |
| 07/29/2009 | 106 | NOTICE *of Filing Sealed Documents* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) re 105 MOTION to Seal Motion for TRO (Hebron, Kelly) (Entered: 07/29/2009) |
| 07/29/2009 | | Set/Reset Hearings: Motion Hearing set for 7/30/2009 10:30 AM in Courtroom 8 before Judge John D. Bates. (lcjdb1) (Entered: 07/29/2009) |
| 07/30/2009 | 107 | MOTION for Leave to File *Under Seal* by BG GROUP P.L.C. (Attachments: # 1 Text of Proposed Order)(Burgoyne, Robert) (Entered: 07/30/2009) |
| 07/30/2009 | 108 | NOTICE *of Filing of Document Under Seal* by BG GROUP P.L.C. (Burgoyne, Robert) (Entered: 07/30/2009) |
| 07/30/2009 | | Minute Entry Motion Hearing held on 7/30/2009 before Judge John D. Bates: RE: MOTION for TRO filed by JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX). Motion heard and takened under advisement. (Court Reporter Bryan Wayne. (tb, ) (Entered: 07/31/2009) |
| 07/31/2009 | | MINUTE ORDER: Upon consideration of 105 107 the parties' motions for leave to file under seal, the representations of the parties, and the entire record herein, it is hereby ORDERED that the motions are DENIED. SO ORDERED. Signed by Judge John D. Bates on 7/31/09. (lcjdb1) (Entered: 07/31/2009) |

| 07/31/2009 | 109 | | MOTION for Emergency Temporary Restraining Order and Injunction Pending Appeal by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Memorandum in Support, # 2 Abrams Affirmation, # 3 Declaration of Daniel L. Abrams)(tr) (Entered: 07/31/2009) |
|---|---|---|---|
| 07/31/2009 | 110 | | RESPONSE re 109 MOTION for Temporary Restraining Order filed by BG GROUP P.L.C.. (Attachments: # 1 Exhibit 1)(tr) (Entered: 07/31/2009) |
| 07/31/2009 | 111 | | ORDER denying 109 plaintiffs' motion for equitable relief. Signed by Judge John D. Bates on 7/31/09. (lcjdb1) (Entered: 07/31/2009) |
| 08/07/2009 | 112 | | ORDER of USCA (certified copy) as to 104 Notice of Appeal, filed by JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX) ; USCA Case Number 09−7029. Upon consideration of the joint motion to dismiss appeal, it isORDERED that the motion be granted, and this case is hereby dismissed. (kb) (Entered: 08/10/2009) |
| 12/29/2015 | 113 | | NOTICE of Appearance by Bruce Samuel Marks on behalf of JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Marks, Bruce) (Entered: 12/29/2015) |
| 12/29/2015 | 114 | | MOTION for Relief from Judgment *pursuant to Fed. R. Civ. P. 60(b)* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Memorandum in Support of Plaintiffs Motion for Relief From Judgment Pursuant To Fed. R. Civ. P. 60(b), # 2 Declaration of Jack J. Grynberg, # 3 Exhibit Index, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Text of Proposed Order)(Marks, Bruce) (Entered: 12/29/2015) |
| 01/08/2016 | 115 | | NOTICE of Appearance by Christopher Michael Viapiano on behalf of BP P.L.C., JOHN BROWNE, PETER SUTHERLAND (Viapiano, Christopher) (Entered: 01/08/2016) |
| 01/08/2016 | 116 | | STIPULATION *Setting Briefing Schedule for Plaintiffs' Motion for Relief from Judgment* by BP P.L.C., JOHN BROWNE, PETER SUTHERLAND. (Viapiano, Christopher) (Entered: 01/08/2016) |
| 01/11/2016 | | | MINUTE ORDER: Upon consideration of 116 the parties' joint proposed briefing schedule, and the entire record herein, it is hereby ORDERED as follows: defendants shall file their opposition to plaintiffs' motion by not later than February 10, 2016; plaintiffs shall file their reply in support of their motion by not later than March 4, 2016. SO ORDERED. Signed by Judge John |

| | | | |
|---|---|---|---|
| | | | D. Bates on 1/11/16. (lcjdb1) (Entered: 01/11/2016) |
| 01/12/2016 | 117 | | NOTICE of Appearance by Kenneth Marc Bialo on behalf of STATOILHYDRO ASA (Bialo, Kenneth) (Entered: 01/12/2016) |
| 01/12/2016 | 118 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Mordecai Geisler, :Firm− Emmet, Marvin & Martin, LLP, :Address− 120 Broadway, New York, New York 10271. Phone No. − (212) 238−3000. Fax No. − (212) 238−3100 Filing fee $ 100, receipt number 0090−4375774. Fee Status: Fee Paid. by STATOILHYDRO ASA (Bialo, Kenneth) (Entered: 01/12/2016) |
| 01/13/2016 | 119 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Thomas C. Sullivan, :Firm− Marks & Sokolov LLC, :Address− 1835 Market Street, Philadelphia, PA 19103. Phone No. − 215.569.8901. Fax No. − 215.569.8912 Filing fee $ 100, receipt number 0090−4376690. Fee Status: Fee Paid. by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX), PRICASPIAN DEVELOPMENT CORPORATION (TX) (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Marks, Bruce) (Entered: 01/13/2016) |
| 01/13/2016 | | | MINUTE ORDER: Upon consideration of 119 the motion for leave for Thomas C. Sullivan to appear pro hac vice, and 118 the motion for leave for Mordecai Geisler to appear pro hac vice, and pursuant to Local Civil Rule 83.2(d), it is hereby ORDERED that the motions are GRANTED; and it is further ORDERED that the Clerk of Court shall enter the appearance of Thomas C. Sullivan on behalf of plaintiffs and shall enter the appearance of Mordecai Geisler on behalf of defendant Statoil ASA, named herein as StatoilHydro ASA. SO ORDERED. Signed by Judge John D. Bates on 1/13/16. (lcjdb1) (Entered: 01/13/2016) |
| 01/14/2016 | | | Set/Reset Deadlines: Response due by 3/4/2016. (tb) (Entered: 01/14/2016) |
| 01/15/2016 | 120 | | MOTION for Order *FOR A RULE 26(f) CONFERENCE TO TAKE DISCOVERY IN SUPPORT OF THEIR RULE 60(b) MOTION AND TO PRESERVE CRITICAL EVIDENCE* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX) (Attachments: # 1 Memorandum in Support Of their Motion For A Rule 26(f) Conference To Take Discovery In Support Of Their Rule 60(B) Motion and to Preserve Critical Evidence, # 2 Exhibit Plaintiffs First Set Of Document Requests Directed To Defendants, # 3 Exhibit Plaintiffs First Set Of Interrogatories Directed To Defendants, # 4 Exhibit Attachment To Document Subpoena In A Civil Action Directed To Conocophillips, Co. Or Exxon Mobil, Corp, # 5 Exhibit Attachment To Document Subpoena In A Civil Action Directed At James A. Giffen And Mercator Corporation, # 6 Text of Proposed Order)(Marks, Bruce) (Entered: 01/15/2016) |
| 01/19/2016 | 121 | | NOTICE of Appearance by Justin V. Shur on behalf of All Plaintiffs (Shur, Justin) (Entered: 01/19/2016) |
| 01/26/2016 | 122 | | NOTICE of Appearance by Christopher Michael Viapiano on behalf of ANTHONY HAYWARD (Viapiano, Christopher) (Entered: 01/26/2016) |
| 01/26/2016 | 123 | | NOTICE of Change of Address by Daryl Andrew Libow (Libow, Daryl) (Entered: 01/26/2016) |

| 01/27/2016 | 124 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, STATOILHYDRO ASA, PETER SUTHERLAND (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order for Defendants' Motion to Seal, # 2 Memorandum in Support of Defendants' Opposition to Plaintiffs' Motion for a Rule 26(f) Conference, # 3 Declaration of Christopher M. Viapiano in Support of Defendants' Opposition to Plaintiffs' Motion for a Rule 26(f) Conference, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Text of Proposed Order for Plaintiffs' Motion for a Rule 26(f) Conference, # 9 Certificate of Service)(Libow, Daryl) (Entered: 01/27/2016) |
|---|---|---|
| 01/28/2016 | 125 | ERRATA *for TEXT OF PROPOSED ORDER FOR PLAINTIFFS' MOTION FOR A RULE 26(F) CONFERENCE (Dkt. No. 124−8)* by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND 124 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, STATOILHYDRO ASA, PETER SUTHERLAND (This document is SEALED and only available to authorized persons.) filed by ANTHONY HAYWARD, BP P.L.C., JOHN BROWNE, STATOILHYDRO ASA, PETER SUTHERLAND. (Attachments: # 1 Text of Proposed Order for Plaintiffs' Motion for a Rule 26(f) Conference)(Libow, Daryl) (Entered: 01/28/2016) |
| 02/08/2016 | 126 | MOTION to Amend/Correct by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX) (Attachments: # 1 Memorandum in Support of their Motion to Amend the Complaint, # 2 Exhibit 1. Amended Complaint, # 3 Text of Proposed Order)(Marks, Bruce) (Entered: 02/08/2016) |
| 02/08/2016 | 127 | Memorandum in opposition to re 124 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, STATOILHYDRO ASA, PETER SUTHERLAND (This document is SEALED and only available to authorized persons.) filed by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX). (Attachments: # 1 Text of Proposed Order)(Marks, Bruce) (Entered: 02/08/2016) |
| 02/08/2016 | 128 | MEMORANDUM re 120 MOTION for Order *FOR A RULE 26(f) CONFERENCE TO TAKE DISCOVERY IN SUPPORT OF THEIR RULE 60(b) MOTION AND TO PRESERVE CRITICAL EVIDENCE* filed by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX) by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX). (Marks, Bruce) (Entered: 02/08/2016) |
| 02/10/2016 | 129 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, STATOILHYDRO ASA, PETER SUTHERLAND (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order for Motion to Seal, # 2 Memorandum in Support Defendants' Opposition to Plaintiffs' Motion for Relief from Judgment, # 3 Declaration of Kenneth M. Bialo, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 |

| | | |
|---|---|---|
| | | Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18−a, # 22 Exhibit 18−b, # 23 Exhibit 18−c, # 24 Exhibit 19, # 25 Exhibit 20, # 26 Exhibit 21, # 27 Exhibit 22, # 28 Exhibit 23, # 29 Exhibit 24, # 30 Exhibit 25, # 31 Exhibit 26, # 32 Exhibit 27, # 33 Exhibit 28, # 34 Exhibit 29, # 35 Exhibit 30, # 36 Exhibit 31, # 37 Exhibit 32, # 38 Exhibit 33, # 39 Exhibit 34, # 40 Exhibit 35, # 41 Exhibit 36, # 42 Exhibit 37, # 43 Exhibit 38, # 44 Exhibit 39, # 45 Exhibit 40, # 46 Exhibit 41, # 47 Exhibit 42, # 48 Exhibit 43, # 49 Exhibit 44, # 50 Text of Proposed Order for Plaintiffs' Motion for Relief from Judgment, # 51 Certificate of Service)(Libow, Daryl) (Entered: 02/10/2016) |
| 02/18/2016 | 130 | SEALED REPLY TO OPPOSITION filed by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, STATOILHYDRO ASA, PETER SUTHERLAND re 124 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, STATOILHYDRO ASA, PETER SUTHERLAND (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Kenneth M. Bialo, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Certificate of Service)(Libow, Daryl) (Entered: 02/18/2016) |
| 02/19/2016 | 131 | STIPULATION *Regarding the Briefing Schedule for Plaintiffs' Motion for Leave to File the Amended Complaint* by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND. (Libow, Daryl) (Entered: 02/19/2016) |
| 02/22/2016 | | MINUTE ORDER: Upon consideration of 130 defendants' reply memorandum in further support of 124 their motion to seal, wherein defendants represent that they "are prepared to sort out with plaintiffs which documents should be disclosed and which should remain sealed," it is hereby ORDERED that the parties CONFER to determine which documents should be disclosed and which should remain sealed; it is further ORDERED that the parties shall file a joint status report regarding their resolution of the motion to seal by not later than February 26, 2016. Signed by Judge John D. Bates on 2/22/16. (lcjdb1) (Entered: 02/22/2016) |
| 02/22/2016 | | Set/Reset Deadlines: Joint Status Report due by 2/26/2016. (tb) (Entered: 02/22/2016) |
| 02/26/2016 | 132 | ENTERED IN ERROR. . . . .Joint STATUS REPORT *regarding Defendants' January 27, 2016 Motion to Seal* by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND. (Attachments: # 1 Text of Proposed Order)(Libow, Daryl) Modified on 2/29/2016 (td). (Entered: 02/26/2016) |
| 02/29/2016 | | NOTICE OF ERROR re 132 Status Report; emailed to libowd@sullcrom.com, cc'd 21 associated attorneys −− The PDF file you docketed contained errors: 1. Please refile document, 2. Correspondence should not be filed. Please refer to LcvR 5.1(d) regarding format. (td, ) (Entered: 02/29/2016) |
| 02/29/2016 | 133 | STIPULATION *Setting Revised Briefing Schedule for Plaintiffs' Reply in Further Support of Motion for Relief from Judgment* by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX), PRICASPIAN DEVELOPMENT |

| | | | |
|---|---|---|---|
| | | | CORPORATION (TX). (Shur, Justin) (Entered: 02/29/2016) |
| 02/29/2016 | 134 | | Joint STATUS REPORT *regarding Defendants' January 27, 2016 Motion to Seal* by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND. (Attachments: # 1 Text of Proposed Order)(Libow, Daryl) (Entered: 02/29/2016) |
| 03/01/2016 | 135 | | ORDER sealing [124−4] Exhibit 1 and [124−7] Exhibit 4 to [124−3] the declaration of Christopher M. Viapiano and dismissing as moot 124 defendants' motion to seal their opposition to plaintiffs' motion for a Rule 26(f) conference. See text of order for details. Signed by Judge John D. Bates on 3/1/16. (lcjdb1) (Entered: 03/01/2016) |
| 03/01/2016 | 136 | | ORDER denying 120 plaintiffs' motion for a Rule 26(f) conference. See text of order for details. Signed by Judge John D. Bates on 3/1/16. (lcjdb1) (Entered: 03/01/2016) |
| 03/01/2016 | | | MINUTE ORDER: Upon consideration of 133 the parties' stipulation to the setting of a revised briefing schedule, which the Court construes as a consent motion to amend the briefing schedule set by the Court's January 11, 2016, minute order, it is hereby ORDERED that plaintiffs shall file their reply in support of 114 their motion for relief from judgment pursuant to Rule 60(b) by not later than March 9, 2016. Signed by Judge John D. Bates on 3/1/16. (lcjdb1) (Entered: 03/01/2016) |
| 03/01/2016 | 137 | | SEALED DOCUMENT filed by BG GROUP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, STATOILHYDRO ASA, PETER SUTHERLAND. re 135 Order,. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit)(ztd) Modified on 3/2/2016 (td). (Entered: 03/02/2016) |
| 03/01/2016 | 138 | | Memorandum in opposition to re 120 MOTION for Order *FOR A RULE 26(f) CONFERENCE TO TAKE DISCOVERY IN SUPPORT OF THEIR RULE 60(b) MOTION AND TO PRESERVE CRITICAL EVIDENCE* filed by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, STATOILHYDRO ASA, PETER SUTHERLAND. (Attachments: # 1 Declaration, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Text of Proposed Order, # 5 Certificate of Service); (Unsealed pursuant to Order 135 )(td) (Entered: 03/02/2016) |
| 03/02/2016 | | | Set/Reset Deadlines: Reply due by 3/9/2016. (tb) (Entered: 03/02/2016) |
| 03/04/2016 | 139 | | Memorandum in opposition to re 124 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, STATOILHYDRO ASA, PETER SUTHERLAND (This document is SEALED and only available to authorized persons.) filed by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX). (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Certificate of Service)(Marks, Bruce) (Entered: 03/04/2016) |
| 03/08/2016 | 140 | | SEALED REPLY TO OPPOSITION filed by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, STATOILHYDRO ASA, PETER SUTHERLAND re 129 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, STATOILHYDRO ASA, PETER SUTHERLAND (This document is |

| | | |
|---|---|---|
| | | SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Kenneth M. Bialo, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Certificate of Service)(Libow, Daryl) (Entered: 03/08/2016) |
| 03/09/2016 | 141 | REPLY re 114 MOTION for Relief from Judgment *pursuant to Fed. R. Civ. P. 60(b)* filed by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX). (Attachments: # 1 Appendix A, # 2 Declaration of Jack J. Grynberg, # 3 Exhibit 37, # 4 Exhibit 38, # 5 Exhibit 39, # 6 Exhibit 40, # 7 Exhibit 41, # 8 Exhibit 42, # 9 Declaration of D. Abrams, # 10 Exhibit A−1, # 11 Exhibit A−2, # 12 Exhibit A−3, # 13 Exhibit A−4, # 14 Exhibit A−5, # 15 Exhibit A−6, # 16 Exhibit A−7, # 17 Exhibit A−8, # 18 Exhibit A−9, # 19 Exhibit A−10, # 20 Exhibit A−11, # 21 Exhibit A−12, # 22 Exhibit A−13, # 23 Exhibit A−14, # 24 Exhibit A−15, # 25 Exhibit A−16, # 26 Exhibit A−17, # 27 Exhibit A−18, # 28 Exhibit A−19)(Marks, Bruce) Modified on 3/10/2016 (ztd). (Entered: 03/09/2016) |
| 03/18/2016 | 142 | NOTICE OF WITHDRAWAL OF APPEARANCE as to PRICASPIAN DEVELOPMENT CORPORATION (TX). Attorney Bruce Samuel Marks terminated. (Shur, Justin) (Entered: 03/18/2016) |
| 03/31/2016 | 143 | STIPULATION *re: Sealing of Documents* by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND. (Viapiano, Christopher) (Entered: 03/31/2016) |
| 04/11/2016 | | MINUTE ORDER: Upon consideration of 143 the parties' stipulation, and the entire record herein, it is hereby ORDERED that defendants shall re−file on the public docket the undisputed documents and exhibits as identified by the parties in their stipulation regarding sealing of documents. Signed by Judge John D. Bates on 4/11/16. (lcjdb1) (Entered: 04/11/2016) |
| 04/13/2016 | 144 | Memorandum in opposition to re 114 MOTION for Relief from Judgment *pursuant to Fed. R. Civ. P. 60(b)* filed by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND. (Attachments: # 1 Text of Proposed Order in Opposition to Rule 60(b), # 2 Declaration of Kenneth M. Bialo, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Certificate of Service)(Libow, Daryl) (Entered: 04/13/2016) |
| 04/14/2016 | 145 | REDACTED DOCUMENT− Memorandum in opposition to 114 MOTION for Relief from Judgment *pursuant to Fed. R. Civ. P. 60(b)* by BP P.L.C., JOHN BROWNE, ANTHONY HAYWARD, PETER SUTHERLAND. (Libow, Daryl) (Entered: 04/14/2016) |
| 09/08/2016 | 146 | |

| | | | |
|---|---|---|---|
| | | | ORDER denying <u>114</u> plaintiffs' motion for relief from judgment, denying as moot <u>126</u> plaintiffs' motion for leave to amend their complaint, and denying <u>129</u> defendants' motion to seal as to the still disputed exhibits. See text of Order and accompanying Memorandum Opinions for details. Signed by Judge John D. Bates on 9/8/16. (lcjdb3) (Entered: 09/08/2016) |
| 09/08/2016 | <u>147</u> | | MEMORANDUM OPINION denying plaintiffs' motion for relief from judgment. Signed by Judge John D. Bates on 9/8/16. (lcjdb3) (Entered: 09/08/2016) |
| 09/08/2016 | <u>148</u> | | MEMORANDUM OPINION denying defendants' motion to seal as to the still disputed exhibits. Signed by Judge John D. Bates on 9/8/16. (lcjdb3) (Entered: 09/08/2016) |
| 10/07/2016 | <u>149</u> | | NOTICE of Appearance by Bruce Samuel Marks on behalf of PRICASPIAN DEVELOPMENT CORPORATION (TX) (Marks, Bruce) (Entered: 10/07/2016) |
| 10/07/2016 | <u>150</u> | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to <u>146</u> Order on Motion for Relief from Judgment, Order on Motion to Amend/Correct, Order on Sealed Motion for Leave to File Document Under Seal,,, <u>147</u> Memorandum & Opinion by JACK J. GRYNBERG, GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX), PRICASPIAN DEVELOPMENT CORPORATION (TX). Fee Status: No Fee Paid. Parties have been notified. (Marks, Bruce) (Entered: 10/07/2016) |
| 10/11/2016 | <u>151</u> | | ENTERED IN ERROR. . . .Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the fee was an Appeal by the Government re <u>150</u> Notice of Appeal to DC Circuit Court,. (td) Modified on 10/11/2016 (td). (Entered: 10/11/2016) |
| 10/11/2016 | <u>152</u> | | CORRECTED: Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re <u>150</u> Notice of Appeal to DC Circuit Court,. (td) (Entered: 10/11/2016) |
| 10/11/2016 | | | USCA Case Number 16−7120 for <u>150</u> Notice of Appeal to DC Circuit Court, filed by JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX). (zrdj) (Entered: 10/12/2016) |
| 10/12/2016 | <u>153</u> | 29 | USCA Appeal Fees received $ 505 receipt number 4616081015 re <u>150</u> Notice of Appeal to DC Circuit Court, filed by JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION (TX), GRYNBERG PRODUCTION CORPORATION (CO), GRYNBERG PRODUCTION CORPORATION (TX) (td) (Entered: 10/17/2016) |



# Marks    Sokolov LLC
### ATTORNEYS AT LAW

BRUCE S. MARKS, ESQUIRE
LICENSED IN PENNSYLVANIA,
NEW JERSEY AND S.D. NEW YORK

1835 Market Street, 17th Floor
Philadelphia, PA 19103
Tel: +1 (215) 569-8901
Fax: +1 (215) 569-8912
www.Marks-Sokolov.com

PHILADELPHIA | MOSCOW

MARKS@MSLEGAL.COM

October 11, 2016

### _Via FedEx Airbill No. 8104 1701 7082_
Clerk of the Court
Room 1225
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> **RE:   Jack J. Grynberg, et al v. BP P.L.C., et al – Civil Action No. 1:08cv00301**
> **U.S.D.C. for the District of Columbia (Washington, D.C.)**

Dear Clerk of the Court:

Please find enclosed Check No. 12078 in payment for Document No. 150 (see attached) filed electronically on Friday, October 7, 2016.

Sincerely,
_/s/ Bruce S. Marks_
Bruce S. Marks, Esq.
For:   Marks & Sokolov, LLC

*Note:*
*Give*
*USC A*
*receipt to*
*CASE ADMIN.*
*on 10/14/16*

Encl. Check No. 12078

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616081015
Cashier ID: CLesley
Transaction Date: 10/14/2016
Payer Name: MARKS AND SOKOLOV LLC
-------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: MARKS AND SOKOLOV LLC
 Amount:        $505.00
-------------------------------------
Paper Check Conversion
 Check/Money Order Num: 12078
 Amt Tendered:  $505.00
-------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

08-301
```



OCT 1 2 2016

```
Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$53 fee will be charged for a
```

UNITED STATES DISTRICT COURT
For the
DISTRICT OF COLUMBIA (WASHINGTON, DC)

JACK J. GRYNBERG, et. al.,      )          Civil Action No. 1:08-cv-00301
                Plaintiffs,     )
                                )
v.                              )
                                )
BP P.L.C., et al.,              )
                Defendants      )

## NOTICE OF APPEAL

Notice is hereby given that **Jack J. Grynberg, Grynberg Production Corporation (TX), Grynberg Production Corporation (CO) and Pricaspian Development Corporation (TX),** Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit, the judgment by Order (ECF 146) and Memorandum Opinion (ECF 147), denying Plaintiffs' Motion for Relief from Judgment (ECF 114), entered in this action on September 8, 2016, in the United States District Court for the District of Columbia.

Date:   October 7, 2016

_____
Bruce S. Marks, Esquire
*Attorneys for Jack J. Grynberg*
*Grynberg Production Corporation (TX)*
*Grynberg Production Corporation (CO)*
*Pricaspian Development Corporation (TX)*
Marks & Sokolov, LLC
1835 Market Street, Suite 1717
Philadelphia, PA 19103
Email  marks@mslegal.com
T      215.569.8901
F      215.569.8912

**CLERK**:   Please mail copies of the above Notice of Appeal to the following at the addresses
             Indicated:

1

| | |
|---|---|
| Kenneth Mark Bialo, Esquir<br>Mordecai Geisler, Esquire<br>Matthew Kennedy McCoy, Esquire<br>Paul T. Weintein, Esquire<br>Emmet, Marvin & Martin, LLP<br>120 Broadway, 32nd Floor<br>New York, NY 10271<br>T 212.238.3000<br>F 212.238.3100<br>Email kbialo@emmetmarvin.com<br>      pweinstein@emmetmarvin.com<br>      mmccoy@emmetmarvin.com | Robert A. Burgoyne, Esquire<br>Norton Rose Fulbright US LLP<br>799 9th Street, N.W.<br>Suite 1000<br>Washington, DC 20001-4510<br>T 202.662.4513<br>F 202.662.4643<br>Email<br>robert.burgoyne@nortonrosefulbright.com |
| Justin V. Shur, Esquire<br>Molo Lamken, LLP<br>600 New Hampshire Avenue, N.W.<br>Suite 660<br>Washington, DC 20037<br>T 202.556.2000<br>Email jshur@mololamken.com | Daryl A. Libow, Esquire<br>Christopher M. Viapiano, Esquire<br>Sullivan & Cromwell LLP<br>1700 New York Avenue, N.W.<br>Suite 700<br>Washington, DC 20006<br>T 202.956.7500<br>F 202.956.6973<br>Email libowd@sullcrom.com<br>      viapianoc@sullcrom.com |
| Layne E. Kruse, Esquire<br>Anne M. Rodgers, Esquire<br>Fulbright & Jaworski<br>1301 McKinney Street<br>Suite 5100<br>Houston, TX 77010<br>T 713.651.5151<br>F 713.651.5246<br>Email anne.rodgers@nortonrosefulbright.com<br>      Layne.kruse@nortonrosefulbright.com | Brian William Hickey, Esquire<br>Sullivan & Cromwell LLP<br>St. Olave's House<br>9a Ironmonger Lane<br>London EC2V 8EY 00000<br>ENGLAND<br>T 202.956.7055<br>F 202.956.7022<br>Email hickey@sullcrom.com |