# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 16-7120**                  **September Term, 2016**

1:08-cv-00301-JDB

**Filed On:** January 30, 2017

Jack J. Grynberg, et al.,

    Appellants

  v.

BP p.l.c., doing business as BP Corporation
North America Inc., et al.,

    Appellees

## O R D E R

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                     BY:      /s/
                                 Laura Chipley
                                 Deputy Clerk